USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHARLENE TALARICO,

                        Plaintiff,

        -against-

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

                        Defendant.
-----------------------------------------------------------------X

18-cv-00909 (JPO) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    This action has been referred to the undersigned for general pre-trial management.

(Dkt. No. 54.)  The parties are directed to file a joint status letter on ECF by no later than **May 15, 2020** advising the Court of the status of discovery and outlining any discovery disputes the parties may have.

**SO ORDERED.**

DATED:    New York, New York
               April 16, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge