USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHARLENE TALARICO,

                Plaintiff,                18-cv-00909 (JPO) (KHP)

    -against-                         **ORDER**

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

                Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The telephonic conference scheduled for **May 28, 2020** at 11:00 a.m. is hereby moved to **10:00 a.m**.  The parties shall call Judge Parker's AT&T bridge line listed on her Individual Practices Page in the COVID-19 Procedures.

**SO ORDERED.**

DATED:    New York, New York
              May 27, 2020

*[signature: Katharine H. Parker]*
_____
KATHARINE H. PARKER
United States Magistrate Judge