```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
CHARLENE TALARICO,

                                Plaintiff,                           18-cv-00909 (JPO) (KHP)

        -against-                                **ORDER RESCHEDULING**
                                                              **DISCOVERY CONFERENCE**

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

                                Defendant.
----------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

        The telephonic Discovery Conference scheduled for Thursday, December 10, 2020 at 12:45 p.m. is hereby rescheduled to **Thursday, January 7, 2021 at 2:30 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

**SO ORDERED.**

DATED:        New York, New York
                   December 10, 2020

                                                                  _____
                                                                  KATHARINE H. PARKER
                                                                  United States Magistrate Judge