UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLENE TALARICO,

                Plaintiff,

-v-

THE PORT AUTHORITY OF NY AND NJ,

                Defendant.

18-CV-909 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The letter motion to file under seal (Dkt. No. 77) is granted. When the exhibit containing the sensitive video surveillance is filed (alongside Defendant's motion for summary judgment), the Clerk of Court is directed to place the document under seal. The Clerk of Court is also directed to close the motion at Docket Number 77.

    SO ORDERED.

Dated: May 3, 2021
       New York, New York

                                        J. PAUL OETKEN
                                       United States District Judge