UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHARLENE TALARICO,

                Plaintiff,

      v.

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

               Defendants.
------------------------------------------------------------------X

Case No.: 1:18-cv-00909-JPO

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**ORAL ARGUMENT REQUESTED**

      **PLEASE TAKE NOTICE**, that upon the Rule 56.1 Statement, the Declaration of Sandy Milord, Esq. and the exhibits attached thereto, and the accompanying Memorandum of Law, the Port Authority of New York and New Jersey (the "Port Authority"), will move this Court before the Honorable J. Paul Oetken, United States District Court Judge, Southern District of New York, 40 Foley Square, Room 2101, New York, New York 10007, on a date and time to be determined by the Court for an Order granting the Port Authority Summary Judgment, pursuant to Fed. R. Civ. P. 56, and for such other relief as this Court may deem just and proper.

-2-

Dated:  New York, New York
       May 3, 2021

                                  Respectfully yours,

                                  PORT AUTHORITY LAW DEPARTMENT
                                  Attorney for Defendant
                                  Port Authority of New York and
                                  New Jersey

                                By:  /s/ David R. Kromm
                                     David R. Kromm, Esq.
                                     Sandy Milord, Esq.
                                     4 World Trade Center, 24th Floor
                                     150 Greenwich Street
                                     New York, New York 10007
                                     Telephone No.: (212) 435-3483

To:    Richard Soto, Esq.
        Advocates for Justice
        Chartered Attorneys
        225 Broadway, Suite 1902
        New York, New York 10007