# EXHIBIT "D"

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

-------------------------------------------X

CHARLENE TALARICO, individually and on behalf of a

class of all others similarly situated;,

PLAINTIFFS,

                         -against-

Index No.:

00909(JPO)

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

DEFENDANTS.

-------------------------------------------X

                    DATE: August 14, 2020

                    TIME: 10:14 A.M.

            EXAMINATION BEFORE TRIAL of the PLAINTIFF,

CHARLENE TALARICO, taken by the DEFENDANTS, pursuant

to a COURT ORDER, held at the offices of The Port

Authority of NY & NJ  10006, before Danielle S.

Battle, a Notary Public of the State of New York.



Page 8

1  Port Authority?

2      A.   I started on January 5, 2009.

3      Q.   And your current title with the Port

4  Authority is what?

5      A.   I'm a C21, I'm not quite sure senior

6  administrator secretary, maybe, I'm not sure.

7      Q.   And where is your office located

8  currently?

9      A.   I work in the office of the chief of

10  security otherwise known as police head quarters.

11      Q.   And is that at 241 Erie Street in Jersey

12  City?

13      A.   PATC, yup.

14      Q.   And who is your immediate supervisor at

15  the CSO's office?

16      A.   I guess you want to say Waylon Munson

17  [sic].

18      Q.   And how long have you been working at the

19  CSO offices at PATC?

20      A.   Well, they pushed me out of work at the

21  Lincoln Tunnel from June until October so, I think

22  the date I went back was October 12, 2016.

23          MR. SOTO:  Can we just get a clarification

24      of what PATC is for the record?

25      Q.   Ms. Talarico, do you know what the term



1   So August 4, 2016 was your first day back to work

2   since June of 2016?

3          A.   Yes, they forced me out, yes.

4          Q.   I just want to take this one step at a

5   time.  So when you say they forced you out, was that

6   in June of 2016 that you're referring to?

7          A.   Yes.

8          Q.   And when you say they forced you out in

9   June of 2016, what are you referring to?

10         A.   They forced me out.

11         Q.   Who is they?

12         A.   Jerry Lindenmeir, L-I-N-D-E-N-M-E-I-E-R,

13  something like that.  They forced -- well, you want

14  the sorry of what happened because it's more than a

15  yes or no?

16         Q.   Well, we're going to take it one step at a

17  time, let's just start with who is they?

18         A.   Well, they is Jerry Lindenmeier, Diannae

19  Ehler, Rebecca Krulenburg [sic] I believe was

20  involved.  I think what's his face that works here

21  was involved, and the people -- Dr. Fisher was

22  involved, Robin Martin was involved and the

23  contracted psychologist in New York, what the heck

24  is his name, Novich [sic] there was a group of

25  people that were involved that they decided to have



1    -- let me get it in the right order, to the chief

2    security office which at the time was called public

3    safety then that was temporary, I was only there for

4    a few months because the person came back to work.

5    Then I had to go back to Staten Island, should I

6    keep going?

7         Q.   Please?

8         A.   Then I went from Staten Island to another

9    temporary at the George Washington bridge.  I'm not

10   sure if I have them in the right order, it could

11   have been PATC first then the head quarters, no, I

12   think -- then the George and then I went back to

13   Staten Island, I'm pretty sure, this is the best I

14   can remember, you know I've been through a lot.

15        Q.   I'm only asking for your best

16   recollection?

17        A.   And then I went and took a lateral

18   position to the Lincoln Tunnel which was a permanent

19   position.

20        Q.   Approximately when was that lateral switch

21   that you took to the Lincoln Tunnel?

22        A.   Oh, I just had that date, I want to say it

23   was like in November.

24             MR. SOTO:  Do you want her to leave that

25        blank for her to fill that in?



Page 22

```
1    everybody didn't love you that definitely happens in
2    the Port Authority unfortunately.  But as far as
3    having any of these big issues, anonymous notes,
4    people spiting in my food, and all that no, it all
5    happened at the Lincoln.
6         Q.   And so you were telling us about the first
7    time that the Port had sent you to OMS and that was
8    based on things that were going on between you and
9    other individuals at the Lincoln Tunnel?
10        A.   Actually, I don't know that I agree with
11   that analysis of what had happened.
12        Q.   So please tell me?
13        A.   Well, steven Palatano was not happy that I
14   sent a letter to Patrick Floyd, so Steven Palatano
15   had myself and Donna Leborn in a room, in a meeting
16   Steven Palatano proceeded to pull his chair within a
17   millimeter of my nose and point his finger at my
18   face and told me if I don't go along with his
19   program he's calling HR and I'm out of here, which
20   to me is threating my job.  And then Donna Leborn
21   [sic] took notes of the meeting okay, I asked for a
22   copy of the notes and she said oh, I threw them out
23   and I said well send me a copy of the notes you sent
24   to Steven Patalano, oh, I deleted it.  The note the
25   minutes from that meeting that Steven Palatano wrote
```



Page 23

1    or had written, do not reflect anything that

2    occurred during that meeting and when I asked Donna

3    Leborn about Steve getting in my face and scaring me

4    okay, how about she says, I don't recall.  So,

5    that's why I went because I went and wrote another

6    letter saying what he did to me and that's why they

7    sent me to medical.  That had nothing to do with how

8    I was getting along, they didn't care.  I always did

9    my work, my work was impeccable, impeccable, I saved

10   the Port Authority thousands and thousands of

11   dollars of needless overtime.  I did my job exactly

12   the way I was told to do it, I never missed any of

13   my work, no one else ever did any of my work but the

14   problem was, the people that was losing the overtime

15   from sitting around weren't happy.  The TBA's they

16   started harassing me to an extent that should been

17   allowed.  The girls in the office was mad because

18   they took work away from them and gave it to me,

19   which makes no sense to me but that's what they do.

20       Q.   So the first time that you were sent to PA

21   medical --

22       A.   I was sent to Journal Square to see Dr.

23   Francis and Dr. Francis opens up her notes and says

24   Charlene, you don't even have a file in medical.  I

25   know Dr. Francis, I've never been here.  Charlene



Page 24

1   why are you here, well, because they're forcing me

2   here because I keep begging for them to get me some

3   help and have people stop abusing me and so they

4   decided to send me here.

5        Q.   And was that -- how many times did you see

6   Dr. Francis --

7        A.   Once.

8        Q.   Please let me finish -- so that you had

9   one trip to PA medical that first time and one

10  meeting with Dr. Francis and --

11       A.   At Journal Square.

12       Q.   At Journal Square, and then did you return

13  back to work after that?

14       A.   Absolutely, I wasn't even out of work,

15  they just made me an appointment to go there, I was

16  working that whole time.

17       Q.   And did there come a point in time when

18  somebody at the agency referred you back to PA

19  medical for a second time?

20       A.   Yeah, years later when Jerry Lindenmeier

21  came to the Lincoln Tunnel to make my life a

22  living -- oh, no -- yes, because that was after

23  Steve to make my life a living hell, yes.  Jerry

24  sent me, I don't know if he sent me there two or

25  three times, I'm not quite sure but it all revolved



Page 28

1   was supposed to go back to work on August 4, 2016

2   because I was very concerned and said I don't want

3   one day without pay.  So August 4, 2016, I was

4   supposed to go back to work.  August 3, 2016, I met

5   with that contract guy Novich, that guy up on Park

6   Avenue who while I was out and I do have documented

7   anxiety, they rearranged my cubicle which would have

8   exacerbated my anxiety, going against Americans with

9   Disabilities, I spoke with Dr. Novich --

10       Q.   Ms. Talarico, will have an opportunity --

11       A.   This has to do with going back to work.

12       Q.   I know, but you didn't realize that

13   anybody changed your cubicle --

14       A.   Oh, yeah, I knew months before, and I was

15   writing to HR all the time, how can you do this,

16   absolutely.  So, I go to Dr. Novich -- I didn't go

17   because I wanna, I have to and there were times that

18   I had to visit help him in between while I was home,

19   you know to check in for no apparent reason.  On

20   August 3rd I was with him and he said he talked to

21   my personal therapist that is Depice and that Gary

22   told him that the workspace was fine.  Well, I

23   called up Gary from Doctor -- well, I don't call him

24   a Doctor,  Novich's office, I called up Gary and

25   Gary said he never said any such thing and I told



Page 32

1    that they told you on October -- I'm sorry, on

2    August third the day before?

3         A.   I might have known before.  All I can tell

4    you is that on August third I went to see Novich.  I

5    might have already known I had to go back on the

6    fourth, but I had to see him on the third because he

7    would have to clear me to go back work on the

8    fourth.  So I have no idea how I found out prior to,

9    I'd be lying maybe Rebecca called me, I don't know.

10        Q.   You don't know, you don't know, that's

11   fine.  But you do know that you went back to work on

12   August 4, 2016, correct?

13        A.   Yes.

14        Q.   And what time did you go back to work that

15   day?

16        A.   Approximately I was normally working at

17   7:30, I normally get to work earlier so somewhere in

18   between seven and 7:30 I would guesstimate.

19        Q.   And what happened when you arrived?

20        A.   Oh, Jerry Lindenmeier and Diannae Ehler

21   are waiting for me which never happens.  Jerry

22   Lindenmeier usually didn't show up to work until

23   late and Diannae Ehler was never there in the

24   morning when I got there.

25        Q.   And where were they waiting?



1        A.   Then we go into Jerry's office and I'm

2   very nervous and very upset and so when you walk

3   into Jerry's office, as soon as you get into office

4   to the left, there's a chair with a table.  I

5   immediately sat down in that chair because I didn't

6   know what else to do because I was so upset they

7   were screaming at me.  And then Diannae was in front

8   of me on one leg, Jerry was over here and I was

9   sitting in the chair and I had my phone over here

10  and I put it on the table and they just continued to

11  keep screaming at me.

12       Q.   Do you recall what it was that they were

13  screaming?

14       A.   They were screaming at me, you better not

15  be taping this, I only wish I was.  I wish to God I

16  was taped them because we wouldn't even be here,

17  this would have been done years ago.  Screaming at

18  me, you better not be taping this, you better not be

19  taping this.

20       Q.   And what happened next?

21       A.   Diannae Ehler from over here reaches all

22  the way across goes to rip the phone out of my hand

23  my hand goes up in the air and I was just like kind

24  of in shock and I get up and I said that's it, you

25  assaulted me I'm going downstairs and I went



Page 40

```
 1   downstairs to the police.
 2        Q.   And did either Jerry or Diannae say
 3   anything when you told them you were going
 4   downstairs to the police?
 5        A.   Not that I recall.
 6        Q.   Did they attempt to stop you at all from
 7   going?
 8        A.   No that I -- in that instant, no.
 9        Q.   And where downstairs did you go?
10        A.   I went downstairs you go out the office
11   there were stairs right there.  I went downstairs
12   walked into the captains office who I did not know
13   because it was a new captain since I was out, it was
14   Captain Gonzalez, Emilio Gonzalez [sic] and so he
15   was sitting there, he didn't know who I was, I
16   didn't know who he was, and I told him I was just
17   assaulted and I want to press criminal charges.
18        Q.   And what the captain say?
19        A.   He sent me to Sergeant Flemming and then
20   Sergeant Flemming I thought I was put in criminal
21   charges but that's not what happened.  And then
22   Jerry Lindenmeier shows up and then all of these
23   other cops show up and everybody is yelling at me
24   and then the captain comes back and it's not his
25   decision and he says, I'm sorry, Ms. Talarico this
```



MAGNA ▶
LEGAL SERVICES

Page 41

1    this doesn't rise to a criminal level, we won't be

2    accepting any charges.  I looked over and I pointed

3    right at him and said captain, if you don't accept

4    these charges, I'm going to Weehawken and if

5    Weehawken doesn't accept them, I'm going to the

6    state police.

7        Q.   And what did he say in response?

8        A.   Then they all Sergeant Kellerhar, [sic]

9    Lieutenant De Martino [sic] was there, they were all

10   telling me, you don't go to the police, you don't go

11   to the police -- no, yeah, you don't go the police,

12   you go to the court, you go to the court.  Yeah,

13   sure I was a deputy court administrator, you go to

14   the police, I know where you go.  So anyway, then

15   they had my writing down this statement with

16   Flemming which I thought was putting in a police

17   report, turns out it was only an incident report.

18   They had some female cop come sit over here who I

19   never said three words to or spoke, Harrington [sic]

20   was her name and she just sat there and I kept

21   making mistakes on this because I was shaken and

22   nervous and everything and I kept ripping them up

23   and starting again.  And then there like Jerry comes

24   down and they're all hanging in the doorway and

25   staring at me talking about me, they're like have



Page 42

1    you to come up stairs for this meeting, you have to

2    come up stairs for this meeting.  So Flemming says

3    Charlene it's okay, you go upstairs for the meeting

4    and then you come back downstairs and we'll do this

5    then.  I go upstairs and basically they give me this

6    piece of paper that says all kinds of things, they

7    changed all my work responsibilities, I'm not

8    allowed to email,  I'm not allowed to talk to

9    people, I mean it was bizarre what they wrote and to

10   me it was more retaliation and abuse.  So they had

11   me so upset at one point that I was ready to throw

12   up, then I ran out of the room and went the ladies

13   room and threw up.  And then I come back in and

14   Michelle Corosis [sic]stops me and says come in,

15   come in my office, I said I can't, I said I don't

16   know what the heck they're doing in there and I was

17   so upset.  So I went back in and I said are you

18   done, and they said they were done.  I went

19   downstairs to the police to Sergeant Flemming and I

20   started writing again and as I was sitting there

21   writing, my hands started tingling and started

22   swelling up over here and I said to Flemming, look,

23   I don't know what is going on so I called PA medical

24   --

25       Q.   Just so we're clear, it's your left hand



Page  43

1    you're referring to?

2         A.    Yeah.   I showed Flemming he sees it and

3    everything so I called PA medical, I called PATC PA

4    medical where Madonna and them are but they were out

5    to lunch because I decided I needed to have somebody

6    look at this in PA medical so --

7         Q.    Lets slowdown, I'll give you a chance to

8    keep going.   So you called PA medical on the New

9    Jersey side?

10        A.    Journal Square -- not Journal Square,

11   PATC.

12        Q.    And there was nobody there?

13        A.    Nobody answered, I left a voicemail.

14        Q.    And then after that, did you call PA

15   medical on the New York side?

16        A.    Oh, no.

17        Q.    What happened next?

18        A.    I go upstairs to tell Jerry I'm going to

19   PA medical and he ordered me to PA medical to go see

20   that contract guy, Novich again but I was already

21   going on my own account to have my hand looked at in

22   PATC.

23        Q.    Right but --

24        A.    I didn't make my plan to go to Park

25   Avenue, no, that was them forcing me again.   And now



1        A.    No, I don't remember.

2        Q.    Were there more than one?

3        A.    I have no idea.

4        Q.    But you do at least remember seeing one

5    with a curtain around it, correct?

6        A.    Well, the curtain wasn't around it, the

7    was right here.  So there was a curtain nothing was

8    closed off, the curtain was there, the curtain was

9    wide open.

10       Q.    And who was the first person you saw when

11   you went into that area outside of the reception

12   area?

13       A.    I have no idea.

14       Q.    Do you recall meeting with a doctor?

15       A.    Yeah, Dr. Kerlegrand.

16       Q.    Did you speak with anyone from OMS before

17   you spoke with Dr. Kerlegrand?

18       A.    Maybe I'm not sure, if they asked me

19   questions, I don't know.

20       Q.    When you met with Dr. Kerlegrand did you

21   -- who spoke first, did you talk to her first --

22       A.    I don't know.

23       Q.    Please let me finish, did you speak to her

24   first or did she speak to you first?

25       A.    I don't recall.



Page 49

1      Q.    What do you recall when speaking to Dr.
2   Kerlegrand?
3      A.    Well, I recall she asked what happened, I
4   told her Diannae Ehler assaulted me.  I told her how
5   I was assaulted and I told her that my hand was
6   tingling and swelling and showed her my hand.
7      Q.    Did Dr. Kerlegrand tell you if she knew
8   that you were coming or not?
9      A.    Not that I recall, I don't know.  I'm not
10  saying she didn't, I'm not saying she did, is my
11  answer, I have no recollection.
12     Q.    Where were you showing your hand to Dr.
13  Kerlegrand in the medical office?
14     A.    In the medical office.
15     Q.    But where in the medical office?
16     A.    In the office, what do you mean where, we
17  were in the office, the doorway was way over there
18  we were in the office.
19     Q.    Lets slow it down and sort of go through
20  it step by step.  When you first go into the office
21  what is the first thing you see?
22     A.    I was there all of once, and I had never
23  been back.
24     Q.    Ms. Talarico, if you do not remember, say
25  you don't remember?



Page 52

1      Q.   And so you don't -- was this area that you

2  were seated in a chair separate and apart from the

3  rest of the medical office?

4      A.   No, it's right there, here's the curtain

5  right here, I can touch it.

6      Q.   So there was no door that you saw?

7      A.   I'm not saying that, I don't know, I don't

8  recall.

9      Q.   Approximately how long were you seated in

10  the chair talking to Dr. Kerlegrand for?

11      A.   I have no idea.

12      Q.   A couple of minutes, half-hour?

13      A.   I have no idea.

14      Q.   An hour?

15      A.   I have no -- I doubt it an hour because

16  then she had me get up and she did all of her

17  examination and do this and do that and let me see

18  your hand and do this and do that so, no, because

19  remember I also had to go see that other guy.

20      Q.   Novich?

21      A.   Yes.

22      Q.   Did you see Novich before or after you

23  spoke to Dr. Kerlegrand?

24      A.   I want to say after, or maybe in between,

25  I'm not sure.  I'm pretty sure I saw Kerlegrand



Page 53

1   first I just don't know if I saw Kerlegrand again

2   after it, you know what I mean?

3       Q.   Where you were with Dr. Kerlegrand seated

4   in that chair, could other people walking by see

5   what was going on?

6       A.   Well, the nurses were there you know, Mary

7   Burke or whatever they could see and if somebody was

8   allowed into medical, I don't know, I guess because

9   they didn't have the curtains closed around me so I

10  guess they could see them, I don't know.

11          MR. SOTO:  I just want to raise an

12      objection, she obviously answered it.

13      Q.   What did Dr. Kerlegrand ask you to do for

14  the examination?

15      A.   Oh, she was having me doing things with my

16  hands, with my hands out, touching my nose going --

17  that's the stuff I remember, I couldn't tell you

18  everything because I don't remember all.

19      Q.   Did she give any x-rays?

20      A.   Yeah, they took x-rays, they took x-rays,

21  yes, and they took x-rays.

22      Q.   And where did those x-rays -- where were

23  they taken?

24      A.   There, wherever they take them, they took

25  me somewhere.



1      Q.   But that's in a different area than --

2      A.   In different room, yeah.

3      Q.   And approximately how long -- withdrawn --

4  did they take you for x-rays after Dr. Kerlegrand

5  was performing the examination on you?

6      A.   Yes, I'm pretty sure, I'm pretty sure.

7      Q.   And after Kerlegrand looked at your hand

8  and asked you to move your hand around, that's when

9  they took you for x-rays?

10      A.   I don't recall whether when I saw Novich

11  when I got the x-rays, I know they took x-rays, I

12  know I saw Novich, I know I saw Dr. Kerlegrand, I

13  know they bandaged my hand, I don't know.

14      Q.   After Dr. Kerlegrand looked at your hand,

15  was she the one who took you to x-ray machine?

16      A.   I don't know.

17      Q.   How far away from that area by the seat

18  that you were telling us about is the x-ray machine?

19      A.   I don't know.

20      Q.   But it is presumably in another room,

21  correct?

22      A.   I believe it's in another room, I'm pretty

23  sure it's in another room.

24      Q.   Do you remember how to get to the --

25      A.   Absolutely not, it's like a maze in there.



1      Q.   And was Mary Burke there when Dr.

2    Kerlegrand was looking at your hand?

3      A.   She was in and out.

4      Q.   Do you recall what Dr. Kerlegrand said to

5    you if anything when she was looking at your hand?

6      A.   I don't recall.

7      Q.   Did Dr. Kerlegrand or Mary Burke tell you

8    that they were going to give you x-rays?

9      A.   I don't know who said I was getting an

10   x-ray, they took me to x-ray, I did what they told

11   me.

12     Q.   And after they took the x-rays, did you

13   stay in that -- withdrawn -- after the x-rays were

14   taken, did they bring you back to the same area with

15   the seat or did you stay near the x-ray machine?

16     A.   I have no idea.

17     Q.   Did they tell you the results of the

18   x-rays?

19     A.   I don't recall.

20     Q.   Did they look at any or examine any other

21   parts of your body other than your hand?

22     A.   I don't know think so, I mean like, my

23   arms and stuff she touched and had me do things but

24   that's all hand related.

25     Q.   And when they looked at your hand, you



Page 56

1    were fully clothed, correct?

2         A.   Yes.

3         Q.   They did not ask you to undress or to put

4    on a gown.

5         A.   Thank God they didn't.

6         Q.   Did you see any cameras or recording

7    devices in the medical office when were you there

8    that day?

9         A.   Absolutely not.

10        Q.   After you got your x-rays, where did you

11   go?

12        A.   I'm not sure the order of what happened,

13   remember, I don't know when I saw Novich but I know

14   I saw Novich before I left.  I know they bandaged my

15   hand before I left, I don't know the order, I don't

16   recall.

17        Q.   And where was Novich office in relation to

18   Dr. Kerlegrand was looking at your hand?

19        A.   He's on this side you go in these doors

20   and she's on that side.

21        Q.   So it's a separate office?

22        A.   Well, like I said, it's a maze there's

23   office all around, but it's a maze.  She's over

24   there, the doctors office is are over there, and

25   there's all offices up there and offices there and



1     point in time.

2     _____

3     _____

4          Q.   Just to go back just for a second, I know

5     you mentioned when you were in the medical office

6     not on Dr. Novich's side but Dr. Kerlegrand side,

7     you said that Mary Burke was there, correct?

8          A.   She was in the room when I was being

9     examined, I'm pretty sure.

10         Q.   And she's a nurse with OMS, is that

11    correct?

12         A.   Right, and there was some other nurse

13    there or something, I don't know who she was.

14         Q.   Well, A, you don't remember who the other

15    nurse was?

16         A.   No.

17         Q.   Do you remember where that other nurse was

18    located?

19         A.   No, they were in and out people, were in

20    and out they were in and out.

21         Q.   Do you remember what the other nurse

22    looked like?

23         A.   No, but she's on the video, she's in the

24    video.

25         Q.   As far as you can recall, you saw two



Page 64

1    give him the opportunity.

2         Q.   And who is the chief that you spoken to?

3              THE WITNESS:  Do I have to tell him that?

4              MR. SOTO:  Yes.

5         A.   Christopher Trasillo [sic] now the Chief

6    of New Jersey Transit prior he was the Chief at the

7    Port Authority.  I went back to the Lincoln Tunnel,

8    I went upstairs my hand was all bandaged to give

9    them my slip, to give Zanobia my slip saying I was

10   out of work.  Jerry came out and he turned white

11   when he saw my hand all bandaged.  I went downstairs

12   and I got in my car because remember now the

13   lieutenants and the sergeants they were screaming at

14   me, don't go to the police, don't go to the police.

15   I got in my car and I called the Weehawken Police

16   Department and Sergeant Johnson answered the phone

17   and I said, I need to press criminal charges, I was

18   assaulted at work, I work at the Lincoln Tunnel or

19   something to this effect, and what should I do, he

20   said dear, you come right up here to the police

21   department which is what I did.

22        Q.   And was that the same day?

23        A.   Absolutely.

24        Q.   Did there come a time when you learned

25   there this was something procedurally incorrect



Page 74

1    away when you got back?

2        A.   No, no, it was hours of discs, hours, it's

3    everything I did that day.

4        Q.   When did you sitdown and look at the

5    discs?

6        A.   It was some night I was sitting in my

7    living room and looking at them.  Off the top of my

8    head, I don't have the exact date, I know you do.  I

9    know because we had to have the exact date or

10   approximate date before we put the lawsuit in, the

11   approximate date, I don't know off the top of my

12   head.

13       Q.   If I said that February 2, 2017 would that

14   sound about right?

15       A.   I think that might be near, yeah.

16       Q.   And again, this was in your home?

17       A.   Yes, I was by myself in my -- well, the

18   dog and I.

19       Q.   And what do you recall doing?

20       A.   I couldn't believe it.  I couldn't be;ieve

21   it.  First of all, I was shocked that everywhere I

22   went in the elevators and everything they had me on

23   tape which I never knew.  Especially after I know

24   the terrible things and Jerry was trying to say I

25   was acting crazy that day when it's clear on tape



1  that I was calm as a cucumber.  You know, other than

2  maybe being a little upset but I wasn't acting like

3  he was talking about.  Then all of a sudden I see my

4  entire medical examination with Dr. Kerlegrand, the

5  entire thing.  I couldn't even wrap my head around

6  it, I called my girlfriend we must have been on the

7  phone for two or three hours, I was like shocked.

8  Like bad enough all the rotten things the Port

9  Authority did to me but now HIPPA violations.

10  They've destroyed my reputation and everything else

11  and now they're filming my medical, I still can't

12  wrap my head around it.  Like do they know no

13  bounds, does justice and truth and honesty mean

14  nothing?

15       Q.   And the examination that you viewed on the

16  recording, this is what you were referring to before

17  when Dr. Kerlegrand was asking to move your hands

18  around?

19       A.   It was my entire medical examination with

20  Dr. Kerlegrand.  Every single thing that Dr.

21  Kerlegrand is right there on the tape and me.

22       Q.   And obviously the recordings speak for

23  themselves but when you say that everything in the

24  examine, you mean when she was asking you to move

25  your hands?

