# EXHIBIT "E"

```
 1                                                           1
 2      UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
 3      ---------------------------X
 4      CHARLENE TALARICO, individually and on
        behalf of a class of all others similarly
 5      situated,
 6                    Plaintiffs,
 7           -against-           18-CV-909(JPO)
 8      THE PORT AUTHORITY OF NEW YORK AND NEW
        JERSEY,
 9
                      Defendant.
10
        ---------------------------X
11                                  October 19, 2020
                                    3:00 P.M.
12
13
14           Videoconference deposition of the
15      Defendant, PASCALE KERLEGRAND, M.D., taken
16      by the Plaintiffs, pursuant to a court
17      order, reported remotely by Sharon Tal, a
18      Shorthand Reporter and Notary Public of the
19      State of New York.
20
21
22
23
24
25
```

PA LAW DEPARTMENT

543783

```
 1                    Kerlegrand                    14
 2        A.    I don't have my notes with me so
 3   this is from memory, but she had swelling,
 4   if I'm not mistaken, she had redness and
 5   there was sign of an injury, what I would
 6   call a sprain.
 7        Q.    And did you take notes during
 8   this examination?
 9        A.    I did.
10        Q.    Do you have a copy of those
11   notes?
12        A.    I do not.
13        Q.    Is there anyone who would have a
14   copy of those notes?
15        A.    They should be in her medical
16   record.
17        Q.    With whom is that medical record
18   being held --
19        A.    With Port Authority Medical
20   Division.  It should be part of her
21   electronic medical record as well.
22        Q.    Did you determine a course of
23   treatment, if any, to deal with the
24   swelling of the hand?
25        A.    I first asked that X-rays be
```

```
 1                    Kerlegrand                   18
 2      whether the employee is medically able to
 3      perform duties or not.
 4           Q.   On the day of August 4th did you
 5      have any hand in conducting a medical
 6      status evaluation of Ms. Talarico?
 7           A.   I believe that's part of the
 8      examination that I performed.
 9           Q.   And did you help draw a
10      conclusion on her medical fitness to
11      perform her work on that day?
12           A.   I did.
13           Q.   Did anyone else help you
14      formulate that position on that day?
15           A.   No.
16           Q.   What was the conclusion you
17      reached about her ability to perform her
18      work --
19           A.   I --
20           Q.   -- status evaluation?
21           A.   Well, medically, given her job
22      title, she could still probably work with
23      the hand like that, but if I remember
24      correctly, I think I might have kept her
25      out of work, I'm not sure.
```

```
1                      Kerlegrand                    19
2        Q.    Do you recall why you kept her
3   out of work?
4        A.    I know I wanted her to be
5   evaluated by the hand surgeon.  I don't
6   remember when the appointment with the hand
7   surgeon was for.  I believe it was the
8   following day but I'm not sure.  I think I
9   wanted her to be evaluated to ensure that
10  there were no more serious injuries than
11  what my exam revealed and then we would do
12  her work determination.  I'm not sure.
13       Q.    Did you do any follow up
14  evaluations of Ms. Talarico after August 4,
15  2016?
16             MS. GRODENTZIK:  Do you mean with
17       respect to the hand?
18             MR. SOTO:  I'll narrow it down.
19       Q.    With respect to the hand?
20       A.    No.
21       Q.    Did you do any sort of follow-up
22  medical status evaluation with Ms. Talarico
23  after August 4, 2016?
24       A.    No.
25       Q.    Changing gears a bit.
```

```
 1                    Kerlegrand                    20
 2              Are you aware of any policies or
 3     procedures at the Port Authority
 4     surrounding the use of video surveillance
 5     equipment at the Office of Medical Services
 6     at 233 Park Avenue South?
 7              MS. GRODENTZIK:  Objection.
 8              You can answer, if you know.
 9        A.    I did not know.
10        Q.    My question right now is on
11     policy and procedure.  Are you aware of any
12     policy and procedure surrounding the use of
13     the security camera at 233 Park Avenue
14     South?
15        A.    Now?
16        Q.    At the time of August 4, 2016?
17        A.    No, I did not.
18        Q.    Were you aware that this
19     examination that you were conducting of Ms.
20     Talarico was being recorded on a video
21     camera?
22        A.    I was not aware.
23        Q.    When did you become aware that
24     your examination of Ms. Talarico on August
25     4, 2016 had been recorded on a video
```

```
 1                    Kerlegrand                  21
 2      camera?
 3           A.    I don't remember the exact date
 4      but I have it in my notes, but I would have
 5      to check.  It was some time -- I would have
 6      to check.  I think early 2017 I became
 7      aware -- in March 2017.
 8           Q.    How did you become aware that
 9      that evaluation had been recorded?
10           A.    Dr. Fischer indicated it to me.
11      I was examining an employee in another room
12      and he came to me and said that I need to
13      report to Robin Martin's office
14      immediately.  When I got to Robin's office
15      Robin Martin told me to sit at her computer
16      desk and review something on the computer.
17      And when they turned the computer on, I
18      believe it was either Dr. Fischer or Robin
19      Martin started the computer feed, it showed
20      Charlene Talarico's examination.
21           Q.    What was your reaction when you
22      learned that that examination had been
23      video taped?
24           A.    Extreme shock, distress, outrage.
25           Q.    And why did you feel shock,
```

```
 1                     Kerlegrand                    22
 2      distress, and outrage?
 3             A.    I immediately said:  This was
 4      recorded?  Where is the camera?  Why was
 5      this recorded?
 6                   And then Robin answered:  You
 7      just need to narrate your exam for that
 8      day.
 9             Q.    When she said you just need to
10      narrate what happened that day, was that
11      for her for anybody in particular?
12             A.    I asked Robin can you explain why
13      I need to narrate this, why do I need to
14      narrate the video feed?
15             Q.    What did she say?
16             A.    She said that Charlene Talarico
17      is claiming that she was not examined by a
18      physician on August 4, 2016.  So would I
19      mind going through the video feed to
20      explain each of my actions throughout the
21      video.
22             Q.    Did she say what venue you would
23      be explaining your actions in?
24             A.    As the video feed continued,
25      Robin told me to say what am I doing at
```

```
 1                     Kerlegrand                  23
 2     each point in the video.
 3          Q.    So you were narrating to her what
 4     you were doing in the video?
 5          A.    There were other people in
 6     Robin's office.
 7          Q.    Do you recall who those
 8     individuals were aside from Robin Martin
 9     and Dr. Fischer?
10          A.    Paulette Counts was there and
11     Detective Gaunt, G-A-U-N-T.
12          Q.    Just to go back a bit.  Who is
13     Dr. Fischer?
14          A.    Dr. Fischer is the chief medical
15     officer of Port Authority, I believe, that
16     was his title at the time.
17          Q.    And who is Paulette Counts?
18          A.    Paulette Counts, I don't know
19     what her official title was.  I think it
20     was operational supervisor but I'm not
21     sure.
22          Q.    Do you recall who Detective Gaunt
23     was?
24          A.    Gaunt, he was a detective with
25     the Port Authority Police.
```

```
 1                     Kerlegrand                    28
 2      think it was satisfactory.
 3      BY MR. SOTO:
 4           Q.    What was the nature of the
 5      response?
 6           A.    The response was that the camera
 7      must have been there from the time the
 8      medical department had taken over that
 9      space I believe back in 20 -- 2003.  The
10      camera might have been put there to make
11      sure no one was stealing medications from
12      the medication cabinet.
13           Q.    Why did you deem that response
14      unsatisfactory?
15           A.    I explained to Dr. Fischer that
16      we don't keep medications in that cabinet
17      that's in view of the camera so why is the
18      camera still there.
19           Q.    When you pointed that out did you
20      receive any sort of a response?
21           A.    Yes, I did.
22           Q.    What was the response?
23           A.    The response was, well, we moved
24      in after 9/11.  It might be that we were
25      keeping medications in that cabinet at that
```

```
 1                    Kerlegrand                   35
 2     these possible other cameras, did he
 3     indicate to you what protocol there would
 4     be in terms of keeping you abreast of when
 5     you were actually being videotaped,
 6     conducting examinations?
 7          A.    Well, the information wasn't
 8     given to me all at once.  If I remember
 9     correctly, he had to contact the building
10     maintenance supervisor for each facility.
11     And as he got a response from each of those
12     supervisors, he would then inform me.
13                So he emailed me, I believe, a
14     floor plan for 233 Park Avenue South that
15     showed where cameras used to be and where
16     there was only this one existing.  And I
17     think by that time it was no longer there.
18                And then at a later date, I got
19     an email that showed a picture of a hallway
20     at the Tech Center of a common hallway.
21     The Tech Center.  Port Authority Tech
22     Center is the complete name.
23          Q.    Do you still have copies of those
24     emails?
25          A.    I don't have -- I would have to
```

```
 1                    Kerlegrand                    36
 2      -- I have notes that I took at the time and
 3      it took me a long time to find them because
 4      they're in my Port Authority papers.  I
 5      finally found the notes that I took.
 6           Q.   Those notes that you took, when
 7      did you take those notes?
 8           A.   I started taking the notes the
 9      day of February 2017.
10               MR. SOTO:  I ask for supplemental
11           production of Dr. Kerlegrand's notes.
12           I'll put it in writing.
13      BY MR. SOTO:
14           Q.   So this is information you're
15      discussing you got from Dr. Fischer about
16      locations of cameras, but did he ever give
17      you any indication on, moving forward, how
18      the Port Authority might keep you abreast
19      of when the cameras were actually turned on
20      while you were conducting evaluations?
21               MS. GRODENTZIK:  Objection.
22           Assumes facts not established or known,
23           but you can answer if you can.
24           A.   I actually don't understand the
25      question.
```

```
 1                      Kerlegrand                     37
 2      BY MR. SOTO:
 3          Q.    You indicated before that you
 4      were outraged that this examination had
 5      been filmed without your consent.  Did Dr.
 6      Fischer or anyone else at the Port
 7      Authority ever tell you about, moving
 8      forward, how would they address that
 9      outrage and keep you informed when and if
10      medical examinations were being filmed?
11              MS. GRODENTZIK:  Same objection.
12              You can answer if you can.
13          A.    Well, I remember at one point,
14      I'm not sure during the time it was, Dr.
15      Fischer did tell me that there are no video
16      cameras that are in patients' rooms.
17      BY MR. SOTO:
18          Q.    Do you recall when exactly he
19      told you that?
20          A.    I don't know for sure but I know
21      we did have that conversation.  I was
22      actually covering for Dr. Whiteley at
23      Journal Square Medical Center, and Dr.
24      Fischer called me and told me that he
25      investigated with each of the building
```

```
 1                     Kerlegrand                  38
 2      maintenance people at each facility, and
 3      there are no cameras there in the
 4      examination rooms.
 5           Q.   After you learned that this
 6      examination of Mr. Talarico had been
 7      videotaped, aside from Ms. Martin and Dr.
 8      Fischer, did you discuss this with any
 9      colleagues at Office of Medical Services?
10           A.   I discussed this with at least
11      two other people.
12           Q.   Who are these other people?
13           A.   One was Mary Burke, the nurse who
14      was in the exam room with me on August 4th.
15           Q.   And do you recall who the other
16      individual was?
17           A.   Loretta Platero.  She was the
18      nurse supervisor.
19           Q.   What was Nurse Burke's reaction?
20           A.   Surprise.  She's actually in the
21      video as well.  She was surprised.
22           Q.   What was Nurse Platero's
23      reaction?
24           A.   She was surprised because part of
25      that room is her office.  So the nurse
```

```
 1                    Kerlegrand                  39
 2     supervisor's office is within that space.
 3     There's a curtain that separates the nurse
 4     supervisor's desk from the rest of the
 5     emergency room.
 6             MR. SOTO:  I don't think I have
 7     any other questions at this point.
 8             Do you have any questions,
 9     Lauren?
10             MS. GRODENTZIK:  I don't have any
11     questions.
12             MR. SOTO:  So I think we're done.
13             COURT REPORTER:  Are you ordering
14     the original and one of this
15     transcript?
16             MR. SOTO:  Yes.
17             (Time noted:  4:05 p.m.)
18
19
20
21
22
23
24
25
```