# EXHIBIT "F"

1                                                    1

2        UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK
3        --------------------------x

4        CHARLENE TALARICO, et al.,

5              Plaintiff,

6              -against-            18 Civ. 0909 (JPO)

7        PORT AUTHORITY OF NEW YORK AND
         NEW JERSEY,
8
               Defendant.
9
         --------------------------x
10                                  October 20, 2020
                                    10:04 a.m.
11

12

13

14            Videoconference deposition of JOSEPH

15       PANIO, taken by plaintiff, pursuant to

16       notice, reported remotely by Julia Liu, a

17       Shorthand Reporter and Notary Public of the

18       State of New York.

19

20

21

22

23

24

25

```
1                    Panio                    13

2      particular company?

3           A.    Yes, it is.  Boss Systems.

4           Q.    And who does the day-to-day

5      operation of the security systems that Boss

6      Systems has installed on Port Authority

7      property?

8           A.    That would be our manager of

9      security.

10          Q.    And who is the manager of

11     security, current manager?

12          A.    Yes, the current manager is Luigi

13     Canepa, C-A-N-E-P-A.

14          Q.    Does he have a particular

15     position in the Port Authority?

16          A.    He's a -- his title is he's a

17     field supervisor.  He's an Operations

18     represented staff.  And he's in my group as

19     well as the chief security officer.  He

20     works for both groups.

21          Q.    Who is the chief security officer

22     currently?

23          A.    John Bilich.

24          Q.    How long has Boss Systems had the

25     contract?
```

```
 1                    Panio                    14
 2          A.    Boss Systems has had a number of
 3     contracts with the Port Authority.
 4     Offhand, I don't -- I can't -- I don't
 5     recall how long each contract has been for
 6     or what the current contract -- I mean
 7     they're, generally, they're like two to
 8     four years each contract.  But he's had a
 9     number of contracts.
10          Q.    In August of 2016, was Boss
11     Systems responsible for the installation of
12     security systems at Port Authority
13     property?
14          A.    Yes.
15          Q.    And was the manager of security
16     responsible for the operation of those
17     systems in August of 2016?
18          A.    Yes.
19          Q.    And who was the manager of
20     security in August of 2016?
21          A.    John Meyer, M-E-Y-E-R.
22          Q.    Who is the -- and I take it that
23     -- did John Meyer have a dual report to
24     yourself as well as the chief security
25     officer in August 2016?
```

```
1                     Panio                16

2          A.    No.

3                MS. GRODENTZIK:  Object to form.

4          You can answer.

5          Q.    Are there any other types of

6     cameras other than surveillance cameras

7     that are operated on Port Authority

8     property through your division?

9                MS. GRODENTZIK:  Same objection.

10         A.    No.

11               MS. GRODENTZIK:  You can answer.

12         Q.    Are you aware of any other kinds

13    of cameras that are operated on Port

14    Authority that are outside of your

15    division?

16               MS. GRODENTZIK:  Same objection.

17         You can answer.

18         A.    No, not aware of that.

19         Q.    So is it safe to say that the

20    only kinds of cameras that are fixed in

21    Port Authority locations are surveillance

22    cameras?

23         A.    For my properties, they're

24    security cameras, yes.

25         Q.    And what is the purpose of these
```

                          Panio                    17

1

2        surveillance cameras?

3              A.     They monitor the access and

4        egress from our office space, the elevator

5        lobbies, entrances to offices, exit

6        stairwells.

7              Q.     And is this surveillance, are

8        these surveillance cameras present in all

9        Port Authority properties?

10                   MS. GRODENTZIK:  Objection to

11             form.  You can answer.

12             A.     In all of my properties, yes.

13             Q.     Are you aware of any Port

14       Authority properties where there are no

15       surveillance cameras present?

16             A.     No.

17             Q.     And just to clarify, no, you're

18       not aware or no, there are no properties

19       where there are no security cameras

20       present?

21             A.     I'm not aware.

22             Q.     Are you aware of any specific

23       Port Authority policy with respect to the

24       operation of surveillance cameras?

25                   MS. GRODENTZIK:  Objection.  You

1                          Panio                    18

2              can answer.

3              A.    For my properties, no, as far as

4         any operation.

5              Q.    Are you aware of how footage

6         taken by these video cameras is stored?

7              A.    Yes.

8              Q.    And how is that video information

9         stored?

10             A.    It's stored on localized

11        recorders.

12             Q.    And how long is it stored on

13        localized recorders?

14             A.    30 days.

15             Q.    Who is responsible for the

16        operation of the localized recorders?

17             A.    Same.  It would be our

18        contractor, our security equipment

19        contractor.

20             Q.    And when the images are first

21        recorded, are you aware of who has access

22        to the monitoring equipment at that point

23        and who reviews that information?

24                  MS. GRODENTZIK:  Objection.  You

25             can answer if you can.

```
 1                  Panio                    19

 2           A.    Well, it's -- who views.  In some

 3      cases our security guards would be viewing

 4      -- it depends on the location, it depends

 5      on the location.  In some cases, it's just

 6      recorded and in some cases, it's recorded

 7      and monitored.

 8           Q.    In which cases would a recording

 9      be both recorded and monitored in real

10      time?

11           A.    Certainly the entrances and exits

12      to our space.

13           Q.    And in what instances would

14      locations simply be recorded?

15           A.    It would depend if we had staff

16      at that location, whether it was strictly a

17      security camera.  Those would be situations

18      where it would be just recorded.

19           Q.    Is there any documentation that

20      points to which security cameras are to be

21      viewed in real time and which are simply

22      there for recording purposes?

23           A.    No, not to my knowledge.

24           Q.    Are you aware if security

25      footage, once taken and stored for 30 days,
```

```
 1                      Panio                20
 2        is it subjected to any sort of data mining?
 3             A.    I'm sorry, I don't understand
 4        that.
 5             Q.    Is it subjected to any sort of
 6        facial recognition technology --
 7             A.    No.
 8             Q.    -- or other technology to pull
 9        images?
10             A.    No.
11             Q.    Who particularly has access to
12        the data storage that those images are
13        stored for 30 days in?
14             A.    Our security manager, the
15        security contractor would have access, and
16        the Office of the Inspector General, upon
17        request.
18             Q.    And are you aware of how a
19        request to access any of the recorded video
20        imagery is handled through the Office of
21        Inspector General?
22             A.    I don't know how they handle
23        them.  They have to approve them.
24             Q.    Does your office have any role in
25        processing any request to view imagery
```

```
 1                    Panio                    21

 2      that's stored from the video cameras?

 3           A.    Yes.  The Inspector General's

 4      office would approve a request.  And we

 5      would then process that request and provide

 6      that video or footage to whomever they

 7      directed us to provide it to.

 8           Q.    Is there a particular liaison

 9      that your office deals with at the Office

10      of Inspector General to process these

11      requests?

12           A.    I don't believe so.

13           Q.    Is there any document that sums

14      up how your office processes a request for

15      the submission of video from your video

16      archive with the Office of Inspector

17      General?

18           A.    No.

19                 MS. GRODENTZIK:  Sorry, I missed

20           part of that question.  The what a

21           video?

22           Q.    Is there any sort of document

23      that memorializes how your office interacts

24      with the Office of the Inspector General

25      when processing a request to get video from
```

1                          Panio                      23

2          department and the IG's office and the Law

3          department.

4               Q.    Has there ever been an instance

5          where you've refused a request by the IG's

6          office for any video?

7               A.    No, no.

8               Q.    Have you ever received a request

9          to submit video outside the IG's office

10         from that video surveillance archive, the

11         30-day archive?

12              A.    I'm sorry, has the request ever

13         come in from outside the agency?

14              Q.    Have you ever received a request

15         from outside the Inspector General's

16         office?

17              A.    Either way, the inspect -- no.

18         The Inspector General's office has to

19         approve.  Have we received a request from

20         outside the agency?  We've received

21         requests from local law enforcement, and

22         then that would also have to be approved by

23         the Inspector General.

24              Q.    So if you receive a request

25         directly from local law enforcement, you

```
1                    Panio                  28

2         the 233 Park Avenue South location?

3              A.    Yes.

4              Q.    And that, by 2016, Port Authority

5         was out of that location?

6              A.    Yeah.  The Medical Services

7         office was the last department to relocate

8         -- to vacate our Park Avenue South offices.

9         And that was like in the spring of '17.  It

10        was later than any of the other

11        departments.

12             Q.    Do you recall how many

13        surveillance and CCTV cameras were

14        operational at 233 Park Avenue South on the

15        8th floor at that time?

16                   MS. GRODENTZIK:  Objection to the

17             form.  You can answer.

18             A.    Oh boy, I don't know the exact

19        number.  There would have been one at each

20        of the entrances.  One at the stairwell,

21        the exit stairwell.  And one or two in the

22        elevator lobby inside the space.  And I

23        know that there was a camera inside one of

24        the rooms.

25             Q.    The one camera you recall being
```

```
1                      Panio                  32

2       occupancy.

3            Q.    And when did Office of Medical

4       Services occupy that location?

5            A.    I would say certainly some time

6       in 2002.

7            Q.    Was -- strike that.

8                  Was OMS at One World Trade Center

9       before they moved to 233 Park Avenue South?

10           A.    Yes, they were.

11           Q.    So it was the attack on the World

12      Trade Center that prompted the move?

13           A.    Yes.

14           Q.    And do you recall why the request

15      was made to put that particular

16      surveillance camera in place in that room

17      at 233 Park Avenue South?

18           A.    Yes.  The request was made

19      because they had installed a drug or a

20      medication cabinet in that room and they

21      wanted to increase security on that

22      cabinet.

23           Q.    And do you recall if that

24      particular camera was monitored in real

25      time or if it just went straight to
```

```
1                        Panio                      41

2          at this point.

3                MS. GRODENTZIK:  I just have one

4          or two questions.  Just give me a

5          second.

6     EXAMINATION

7     BY MS. GRODENTZIK

8          Q.    Mr. Panio, does your office keep

9     a log of the requests that would have been

10    made for the particular camera that we've

11    been discussing that captured the video in

12    Exhibit 1?

13         A.    We do maintain copies of requests

14    from the -- that are approved by the IG's

15    office, yes.

16         Q.    Okay.  Other than a request that

17    might have been made for the video with

18    respect to this particular case involving

19    Ms. Talarico, are you aware of any other

20    requests having been made for the video

21    being pulled from the camera that showed

22    the footage in Exhibit 1 -- that would have

23    depicted, sorry, the room at OMS in Exhibit

24    1?

25         A.    No, no.
```

1                        Panio                        42

2          Q.    Okay.  So your office has no

3     other requests for that video?

4          A.    No.

5          Q.    And that would have been from

6     2002 until when OMS vacated the property at

7     233 Park Avenue South?

8          A.    Yes.

9               MS. GRODENTZIK:  I don't have

10          anything else.

11               MR. SOTO:  Nothing for me.

12               (Time noted:  11:09 a.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25