# EXHIBIT "G"
# Filed Under Seal Pursuant to Judge Paul Oetken's Order dated May 3, 2021