# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

-------------------------------------------X

CHARLENE TALARICO, individually and on behalf of a

class of all others similarly situated;,

PLAINTIFFS,

-against-

Index No.:

00909(JPO)

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

DEFENDANTS.

-------------------------------------------X

DATE: August 14, 2020

TIME: 10:14 A.M.

EXAMINATION BEFORE TRIAL of the PLAINTIFF,
CHARLENE TALARICO, taken by the DEFENDANTS, pursuant
to a COURT ORDER, held at the offices of The Port
Authority of NY & NJ  10006, before Danielle S.
Battle, a Notary Public of the State of New York.



Page 2

```
 1   A P P E A R A N C E S:
 2

     ADVOCATES FOR JUSTICE
 3           Attorneys for the Plaintiffs
             CHARLENE TALARICO
 4           225 Broadway, Suite 1902
             New York, New York 10007
 5           BY: RICHARD SOTO, ESQ.
 6

 7   PORT AUTHORITY LAW DEPARTMENT
             Attorneys for the Defendants
 8           THE PORT AUTHORITY OF NEW YORK AND NEW
             JERSEY
 9           4 World Trade Center
             150 Greenwich Street, 24th Floor
10           New York, New York 10007
             BY: DAVID KROMM, ESQ.
11

12

13   ALSO PRESENT:
14   VIDEOGRAPHER - JON WATTS FROM MAGNA
15   ALSO LISTENING IN THROUGH WEBX - LAUREN GRODENTIZIK
     FROM ADVOCATES FOR JUSTICE
16           *         *         *
17

18

19

20

21

22

23

24

25
```



```
 1              221. UNIFORM RULES FOR THE
                   CONDUCT OF DEPOSITIONS
 2      221.1 Objections at Depositions
                (a) Objections in general.  No objections
 3      shall be made at a deposition except those which,
        pursuant to subdivision (b), (c) or (d) of Rule 3115
 4      of the Civil Practice Law and Rules, would be waived
        if not interposed, and except in compliance with
 5      subdivision (e) of such rule.  All objections made
        at a deposition shall be noted by the officer before
 6      whom the deposition is taken, and the answer shall
        be given and the deposition shall proceed subject to
 7      the objections and to the right of a person to apply
        for appropriate relief pursuant to Article 31 of the
 8      CPLR.
                (b) Speaking objections restricted.
 9      Every objection raised during a deposition shall be
        stated succinctly and framed so as not to suggest an
10      answer to the deponent and, at the request of the
        questioning attorney, shall include a clear
11      statement as to any defect in form or other basis of
        error or irregularity.  Except to the extent
12      permitted by CPLR Rule 3115 or by this rule, during
        the course of the examination persons in attendance
13      shall not make statements or comments that interfere
        with the questioning.
14      221.2 Refusal to answer when objection is made    A
        deponent shall answer all questions at a deposition,
15      except (i) to preserve a privilege or right of
        confidentiality, (ii) to enforce a limitation set
16      forth in an order of the court, or (iii) when the
        question is plainly improper and would, if answered,
17      cause significant prejudice to any person.  An
        attorney shall not direct a deponent not to answer
18      except as provided in CPLR Rule 3115 or this
        subdivision.  Any refusal to answer or direction not
19      to answer shall be accompanied by a succinct and
        clear statement of the basis therefor.  If the
20      deponent does not answer a question, the examining
        party shall have the right to complete the remainder
21      of the deposition.
22
23
24
25
```



1         221. UNIFORM RULES FOR THE
             CONDUCT OF DEPOSITIONS

2
  221.3 Communication with the deponent

3         An attorney shall not interrupt the
deposition for the purpose of communicating with the

4 deponent unless all parties consent or the
communication is made for the purpose of determining

5 whether the question should not be answered on the
grounds set forth in section 221.2 of these rules

6 and, in such event, the reason for the communication
shall be stated for the record succinctly and

7 clearly.

8

9

        IT IS FURTHER STIPULATED AND AGREED that

10 the transcript may be signed before any Notary
Public with the same force and effect as if signed

11 before a clerk or a Judge of the court.

12

        IT IS FURTHER STIPULATED AND AGREED that

13 the examination before trial may be utilized for all
purposes as provided by the CPLR.

14

15         IT IS FURTHER STIPULATED AND AGREED that
all rights provided to all parties by the CPLR

16 cannot be deemed waived and the appropriate sections
of the CPLR shall be controlling with respect

17 hereto.

18

        IT IS FURTHER STIPULATED AND AGREED by and

19 between the attorneys for the respective parties
hereto that a copy of this examination shall be

20 furnished, without charge, to the attorneys
representing the witness testifying herein.

21

22

23

24

25



Page 5

1   C H A R L E N E   T A L A R I C O, called as a

2   witness, having been first duly sworn by a Notary

3   Public of the State of New York, was examined and

4   testified as follows:

5   EXAMINATION BY

6   MR. KROMM:

7        Q.   Please state your name for the record.

8        A.   Charlene Talarico.

9        Q.   Please state your address for the record.

10       A.   207 Lawrence Drive, Paramus, New Jersey

11   107652.

12       Q.   Thank you.  Good morning Ms. Talarico,

13   first am I pronouncing it right?

14       A.   Talarico.

15       Q.   Thank you. Good Morning Ms. Talarico, as I

16   noted my name is David Kromm, I'm an a attorney with

17   the Port Authority of New York and New Jersey and

18   we're here today just to ask you some questions

19   about the incidents of August 4, 2016.  However,

20   before I begin, I just want to note for the record,

21   Mr. Soto this deposition today is being conducted

22   live and in person here at the Port Authority

23   offices at your request, is that correct?

24            MR. SOTO:  Yes.

25            MR. KROMM:  And the option for a zoom or



Page 6

```
1        some other form of virtual deposition was
2        something that you did not agree to, you wanted
3        to conducted this deposition in person,
4        correct?
5             MR. SOTO:  That is correct.
6             MR. KROMM:  And is that something that you
7        have discussed with your client, Ms. Talarico?
8             MR. SOTO:  Without revealing the character
9        of any discussions or any client communications
10       it was discussed.
11       Q.   And Ms. Talarico, do you also agree that
12  you are here today because you wanted to do this
13  deposition live and in person at the Port Authority
14  Corporate offices?
15       A.   Yes.
16       Q.   And that you did not want to conduct this
17  deposition via zoom or some other form of virtual
18  deposition?
19       A.   No, I did not want to.
20       Q.   So today I just want to go over a couple
21  of real quick real ground rules before we get
22  started, I'd just ask that you know, I'm going to be
23  asking you a series of questions today and I'd just
24  ask that you let me finish the question before you
25  start your answer just because as you see, we have a
```



1  court reporter here who is going to be trying to get

2  everything down and if we start talking over each

3  other that's something that she's not going to be

4  able to get a good transcript, for okay -- that

5  brings me to another instruction.  Just if you could

6  answer all of the questions verbally as in yes or no

7  or something else, no, um-hmm, uh-uh or anything

8  like that, is that okay?

9       A.   Sure.

10      Q.   If you could -- if you need a break at any

11 point, please let us know and we're happy to

12 accommodate that, I'd just ask that if there's a

13 question that is pending, I'd just ask that you give

14 an answer to the question and then we can take a

15 break, do you understand?

16      A.   Yup.

17      Q.   Is there anything that -- are you

18 currently taking any types medications or anything

19 that would effect your ability to recall or give a

20 truthful and accurate testimony here today?

21      A.   No.

22      Q.   Ms. Talarico, you are currently employed

23 by the Port Authority, is that correct?

24      A.   Yes.

25      Q.   And how long have you been employed by the



Page 8

1    Port Authority?

2         A.   I started on January 5, 2009.

3         Q.   And your current title with the Port

4    Authority is what?

5         A.   I'm a C21, I'm not quite sure senior

6    administrator secretary, maybe, I'm not sure.

7         Q.   And where is your office located

8    currently?

9         A.   I work in the office of the chief of

10   security otherwise known as police head quarters.

11        Q.   And is that at 241 Erie Street in Jersey

12   City?

13        A.   PATC, yup.

14        Q.   And who is your immediate supervisor at

15   the CSO's office?

16        A.   I guess you want to say Waylon Munson

17   [sic].

18        Q.   And how long have you been working at the

19   CSO offices at PATC?

20        A.   Well, they pushed me out of work at the

21   Lincoln Tunnel from June until October so, I think

22   the date I went back was October 12, 2016.

23             MR. SOTO:  Can we just get a clarification

24        of what PATC is for the record?

25        Q.   Ms. Talarico, do you know what the term



Page 9

1  PATC means?

2      A.   Port Authority Technical Center.

3      Q.   So is it fair to say that you've been

4  working at the CSO's office at the tech center since

5  October of 2016?

6      A.   Best of my recollection, I think that's

7  the date.

8      Q.   And has your job title changed at all

9  since October of 2016?

10     A.   No -- excuse me, a title meaning my C21,

11 is that what we're talking about, is that what he

12 means?

13     Q.   I can rephrase the question.  When I say

14 your job title, I mean your position, your function

15 at the CSO's office I believe you had mentioned

16 something about a senior administrator assistant?

17     A.   So just the C21 title, no, that hasn't

18 changed in many years.

19     Q.   But your role in terms of what it is your

20 daily functions at the CSO's office, has that

21 changed at all since October of 2016?

22     A.   Yes.

23     Q.   Can you briefly describe how so?

24     A.   It's nothing to do with what I did when I

25 was at the Lincoln Tunnel, it's a totally different



1   job with totally different responsibilities.

2       Q.   Understood.  But when you first went to

3   the CSO's office in October of 2016, they gave you a

4   set of responsibilities or duties that you were to

5   handle while you were working there?

6       A.   Yeah, well, at first I did petty cash and

7   then after months, they had me start doing the

8   travel and training for the police officers.

9       Q.   And was Waylon Munson your immediate

10  supervisor in October of 2016?

11      A.   No.

12      Q.   Who was your immediate supervisor at that

13  point?

14      A.   That was the thing, they forced me to go

15  to the PATC to work under somebody that I

16  specifically told human resources and everybody that

17  they I would -- they tried to force me back to the

18  London tunnel and I said I would go to work anywhere

19  in the Port Authority except to work for Sandra

20  Ortiz --

21          MR. KROMM:  Ms. Talarico, please A, move

22      to strike the nonresponsive portion.  I'm

23      asking you a question and I'd just ask that you

24      answer the question directly, A.  B, please

25      when you are giving your answer, please try to



1       slowdown so that the reporter can get it.

2              THE WITNESS:  I'm sorry, I know I speak

3       fast I'll try my hardest.

4              MR. KROMM:  So can you read back my last

5       question please.

6                     (Whereupon, the referred-to

7                     question was read back by the

8                     reporter.)

9              THE WITNESS:  That's a gray area, do I

10      answer it fully or technically it was supposed

11      to be Sandra Ortiz but the day I started

12      working there, Claudia Dickey, the director of

13      the department told me I didn't even have to so

14      much as to say hello or goodbye to Sandra

15      Ortiz.  So instead she had me answer to someone

16      named Laura Glynn.

17      Q.   And then at some point in time you stopped

18 reporting to Laura Glynn, or in other words, Laura

19 Glynn was no longer your immediate supervisor at

20 some point in time?

21      A.   Right, then I had Waylon Munson.

22      Q.   That's what I'm trying to get at.  So

23 basically you have had two direct immediate

24 supervisors in your time at the CSO's office, Laura

25 Glynn and Waylon Munson?


MAGNA
LEGAL SERVICES

Page 12

1        A.   But Waylon was always the one, I just

2   didn't go direct to him so it's a whole gray area

3   the way it works.

4        Q.   And you mentioned responsibilities when

5   you first got there doing petty cash and then travel

6   and training for the police officers, did there come

7   a time when you received other job responsibilities

8   at the CSO's office?

9        A.   Yeah, they took away the petty cash and

10  had me do traveling and training for the entire CSO.

11  Which means civilian and non-civilian world trade

12  center people you know, wherever you are.

13       Q.   Any other responsibilities that you had at

14  the CSO's office other than that?

15       A.   Not that I've been given, but there's many

16  other things that I do when I'm there just because I

17  do them.

18       Q.   Now I want to direct your attention to

19  August 4th of 2016.  Okay, and were you working on

20  that date?

21       A.   After they put me out on June 23rd, I

22  think it's June 23rd they put me out of work and I

23  think that was the date.  August 4th was supposed to

24  be my first day back at work.

25       Q.   I just want to unpack this a little bit.



1    So August 4, 2016 was your first day back to work

2    since June of 2016?

3         A.   Yes, they forced me out, yes.

4         Q.   I just want to take this one step at a

5    time.  So when you say they forced you out, was that

6    in June of 2016 that you're referring to?

7         A.   Yes.

8         Q.   And when you say they forced you out in

9    June of 2016, what are you referring to?

10        A.   They forced me out.

11        Q.   Who is they?

12        A.   Jerry Lindenmeir, L-I-N-D-E-N-M-E-I-E-R,

13   something like that.  They forced -- well, you want

14   the sorry of what happened because it's more than a

15   yes or no?

16        Q.   Well, we're going to take it one step at a

17   time, let's just start with who is they?

18        A.    Well, they is Jerry Lindenmeier, Diannae

19   Ehler, Rebecca Krulenburg [sic] I believe was

20   involved.  I think what's his face that works here

21   was involved, and the people -- Dr. Fisher was

22   involved, Robin Martin was involved and the

23   contracted psychologist in New York, what the heck

24   is his name, Novich [sic] there was a group of

25   people that were involved that they decided to have



Page 14

1    all these phone calls and forced me out.

2        Q.    And when you say forced you out, what do

3    you mean?

4        A.    They put me out my entire Port Authority

5    -- let me rephrase, my entire Port Authority career

6    I had perfect attendance.  I was never out sick once

7    or anything, they forced me out by putting me out

8    sick and telling me I needed to go see a

9    psychiatrist before I was allowed back.

10        Q.    And that was in June of 2016?

11        A.    Yes.

12        Q.    And did they tell you -- withdrawn -- did

13    anyone tell you why they were asking you to see a

14    psychiatrist?

15        A.    Absolutely not, but I was not allowed to

16    return to work until I did.

17        Q.    And did you in fact see a psychiatrist?

18        A.    Absolutely.

19        Q.    And who did you see?

20        A.    I don't remember her name, I do have the

21    records home, and I'm sure you have them too.  Port

22    Authority has them because she sent a letter about

23    the results of my examination.

24        Q.    And was this one psychiatrist or did you

25    see multiple psychiatrist?



Page 15

1      A.   No, this was one psychiatrist that the

2   Port Authority made me go to a psychiatrist to

3   before I was allowed to go back to work then she had

4   to give them a report.

5      Q.   And you don't remember the name of this

6   psychiatrist?

7      A.   I saw her once, I could tell you the bill

8   was like 350 dollars that I had to beg the Port

9   Authority to reimburse me.

10      Q.   Ms. Talarico, please, I'd just ask that

11   you answer the question --

12      A.   Okay.

13      Q.   Were you seeing your own psychiatrist or

14   therapist?

15      A.   No -- therapist, yes.

16      Q.   Please, again, let me finish the question?

17      A.   I got it.

18      Q.   And what is the name of the therapist that

19   were you seeing at that time?

20      A.   Gary Depice, D-E-P-I-C-E.  And that was

21   sporadic that was not a constant see the therapist,

22   it was predicated upon what was going on in my life.

23      Q.   Or did you see Mr. Depice at all in

24   between June of 2016 and August 4, 2016?

25      A.   Absolutely.



Page 16

1          Q.   Was this the first time -- withdrawn -- in
2    June of 2016 when you were asked to go to PA medical
3    to see a psychiatrist, was this the first time that
4    you had been ask to see a psychiatrist?
5          A.   Oh, no it was the second -- wait, back up,
6    no, that's an incorrect answer.  I take that back.
7    No, it was the second time that Port Authority sent
8    me to PA medical, not to a psychiatrist.  The June
9    was the first time I ever went to a psychiatrist but
10   it was the second time they sent me to PA -- no, it
11   was the third -- well, I don't even know, whether it
12   was the third or fourth time they sent me to medical
13   PA, I'm not sure.
14         Q.   So to the best of your recollection, in
15   July of 2016 that was either the third or fourth
16   time that you were sent to PA?
17         A.   No, no, no, I missed -- when Steven
18   Palatano [sic] was alive he forced me to go see Dr.
19   Francis who is a Port Authority therapist, okay once
20   --
21         Q.   Yes, I don't want to cut you off you're
22   going to be permitted to finish --
23         A.   I'm trying to figure out when I went
24   there.
25         Q.   Was that the first time?



1        A.    That was the first time, that was when

2   Steven Palatano was alive which was years before.

3        Q.    And approximately what time was that?

4        A.    I have no idea, Steven Palatano was still

5   alive so it was when I was at the Lincoln, I was

6   trying to get somebody to help me and I wouldn't

7   give up and I went through the whole chain of

8   command and wrote a letter to Floyd -- sorry, I

9   wrote a letter to executive director Floyd after

10   everyone in TBT was ignoring me begging me for help

11   so the next thing you know, they send me to medical.

12        Q.    When you say and I'm only referring to

13   this first time, when you say that TBT was ignoring

14   you, can you elaborate what do you mean by that?

15        A.    They were allowing me to be abused and

16   harassed and intimidated and be treated like dirt

17   and they never tried to stop it.

18        Q.    Who is they?

19        A.    Who is they, who allowed it, I went

20   through the whole chain of command, you name it I

21   went to them.  All the way up to Cedric Fulton and

22   Steven Palatano because prior to Cedric Fulton,

23   Steven Palatano was the head there.

24        Q.    Can you recall, I know you said you went

25   through all of them?



1        A.    Oh, my God, I went to HR, I went

2   everywhere you name a person in the Port Authority

3   and upper management that a person would go to, and

4   I went to them.  Stephanie Desiree, Rebecca

5   Krulenburg, Mary-Lee Hanna, Patrick Floyd, Cedric

6   Fulton, Steven Palatano, Diannae Ehler of course,

7   Mark Chaffey, [sic] he was the only one that was

8   halfway decent and ever tried to help me, who else?

9        Q.    Ms. Talarico, these names that you're

10  naming, this was all that first time?

11       A.    Oh, see I don't -- can I tell you honestly

12  --

13       Q.    Ms. Talarico, please just answer --

14       A.    I don't know the answer to that.

15       Q.    If you don't know that's fine?

16       A.    Okay, I don't know the answer, these are

17  the names of people that I begged to for help over

18  the course.  The very first time it would have to be

19  with Steven Palatano and I want to say Mary-Lee

20  Hanna for sure, I can't tell you who else then.  But

21  I went -- I wouldn't have a job if I didn't go to

22  chain of command so whoever I should have gone to

23  for assistance, my direct supervisor at the time

24  Ann-Marie Gentil [sic] I forgot about her.  I think

25  Pearson Smalls [sic] I went to at the time.  There's



Page 19

1    so many people I begged for help, I really can't

2    tell you which group and remember a lot of these

3    people I kept going back to for help because I

4    wasn't getting any.

5         Q.   And you don't recall when that first time

6    was?

7         A.   It was after -- well, it was the end -- I

8    sent my letter to Patrick Floyd I want to say it was

9    at the end of the year so maybe 2012, maybe 2012 I

10   sent a letter to Patrick Floyd.

11        Q.   And when were you first employed by the

12   Port Authority?

13        A.   January 5, 2009.

14        Q.   So it was approximately three years after

15   you first came to the Port Authority that this --

16        A.   The Lincoln Tunnel was the problem, I

17   worked in Staten Island prior to the Lincoln Tunnel

18   so all this real real bad bad stuff happened at the

19   Lincoln Tunnel.

20        Q.   So in January of 2009, where was the first

21   facility that you were assigned to?

22        A.   Staten Island bridge.

23        Q.   And when did you leave the Staten Island

24   bridge?

25        A.   Then I took a lateral position temporary



Page 20

1    -- let me get it in the right order, to the chief

2    security office which at the time was called public

3    safety then that was temporary, I was only there for

4    a few months because the person came back to work.

5    Then I had to go back to Staten Island, should I

6    keep going?

7         Q.   Please?

8         A.   Then I went from Staten Island to another

9    temporary at the George Washington bridge.  I'm not

10   sure if I have them in the right order, it could

11   have been PATC first then the head quarters, no, I

12   think -- then the George and then I went back to

13   Staten Island, I'm pretty sure, this is the best I

14   can remember, you know I've been through a lot.

15        Q.   I'm only asking for your best

16   recollection?

17        A.   And then I went and took a lateral

18   position to the Lincoln Tunnel which was a permanent

19   position.

20        Q.   Approximately when was that lateral switch

21   that you took to the Lincoln Tunnel?

22        A.   Oh, I just had that date, I want to say it

23   was like in November.

24             MR. SOTO:  Do you want her to leave that

25        blank for her to fill that in?



1          MR. KROMM:  We can do that.

2    _____

3    _____

4          A.   It's about 2011, I want to say my father

5    died in -- I started in 2009 and my father died 2010

6    and I was at the Staten Island so it had to be 2011,

7    or maybe '12 but I'm leaning towards '11, but it was

8    late in the year, it was like November, December if

9    I can pull-up my Port Authority calendar I can

10   probably tell you.

11         Q.   As your Counsel mentioned we'll leave it

12   blank and then --

13         A.   I'm sure you have the records.

14         Q.   All what I have in front of me is -- I do

15   not have when you started at the Lincoln Tunnel.  So

16   and then is it and am I correct in saying that the

17   problems that you were alluding to where they first

18   sent you to OMS occurred after you got to the

19   Lincoln Tunnel in approximately 2011 or 2012?

20         A.   I don't understand the question.

21         Q.   You had no problems at the Staten Island

22   bridges, correct?

23         A.   I wouldn't call it -- I mean nobody has

24   perfect days at work you know but it was okay there.

25   There was definite cliques and stuff you know where



Page 22

1   everybody didn't love you that definitely happens in

2   the Port Authority unfortunately.  But as far as

3   having any of these big issues, anonymous notes,

4   people spiting in my food, and all that no, it all

5   happened at the Lincoln.

6        Q.   And so you were telling us about the first

7   time that the Port had sent you to OMS and that was

8   based on things that were going on between you and

9   other individuals at the Lincoln Tunnel?

10       A.   Actually, I don't know that I agree with

11  that analysis of what had happened.

12       Q.   So please tell me?

13       A.   Well, steven Palatano was not happy that I

14  sent a letter to Patrick Floyd, so Steven Palatano

15  had myself and Donna Leborn in a room, in a meeting

16  Steven Palatano proceeded to pull his chair within a

17  millimeter of my nose and point his finger at my

18  face and told me if I don't go along with his

19  program he's calling HR and I'm out of here, which

20  to me is threating my job.  And then Donna Leborn

21  [sic] took notes of the meeting okay, I asked for a

22  copy of the notes and she said oh, I threw them out

23  and I said well send me a copy of the notes you sent

24  to Steven Patalano, oh, I deleted it.  The note the

25  minutes from that meeting that Steven Palatano wrote



1    or had written, do not reflect anything that

2    occurred during that meeting and when I asked Donna

3    Leborn about Steve getting in my face and scaring me

4    okay, how about she says, I don't recall.  So,

5    that's why I went because I went and wrote another

6    letter saying what he did to me and that's why they

7    sent me to medical.  That had nothing to do with how

8    I was getting along, they didn't care.  I always did

9    my work, my work was impeccable, impeccable, I saved

10   the Port Authority thousands and thousands of

11   dollars of needless overtime.  I did my job exactly

12   the way I was told to do it, I never missed any of

13   my work, no one else ever did any of my work but the

14   problem was, the people that was losing the overtime

15   from sitting around weren't happy.  The TBA's they

16   started harassing me to an extent that should been

17   allowed.  The girls in the office was mad because

18   they took work away from them and gave it to me,

19   which makes no sense to me but that's what they do.

20        Q.   So the first time that you were sent to PA

21   medical --

22        A.   I was sent to Journal Square to see Dr.

23   Francis and Dr. Francis opens up her notes and says

24   Charlene, you don't even have a file in medical.  I

25   know Dr. Francis, I've never been here.  Charlene


MAGNA
LEGAL SERVICES

Page 24

1   why are you here, well, because they're forcing me

2   here because I keep begging for them to get me some

3   help and have people stop abusing me and so they

4   decided to send me here.

5        Q.   And was that -- how many times did you see

6   Dr. Francis --

7        A.   Once.

8        Q.   Please let me finish -- so that you had

9   one trip to PA medical that first time and one

10  meeting with Dr. Francis and --

11       A.   At Journal Square.

12       Q.   At Journal Square, and then did you return

13  back to work after that?

14       A.   Absolutely, I wasn't even out of work,

15  they just made me an appointment to go there, I was

16  working that whole time.

17       Q.   And did there come a point in time when

18  somebody at the agency referred you back to PA

19  medical for a second time?

20       A.   Yeah, years later when Jerry Lindenmeier

21  came to the Lincoln Tunnel to make my life a

22  living -- oh, no -- yes, because that was after

23  Steve to make my life a living hell, yes.  Jerry

24  sent me, I don't know if he sent me there two or

25  three times, I'm not quite sure but it all revolved



1   around me trying to get help and refusing to stop

2   writing emails and begging for help.  I went up the

3   entire chain of command begging for help, I even

4   went to Newark.

5          Q.   Ms. Talarico we'll get there.  So and now

6   we need to go back, lay this out a little bit.  So

7   the second time you were sent to PA medical you said

8   that it was Jerry Lindenmeier that referred you

9   there, is that correct, yes or no?

10         A.   Jerry Lindenmeier is the one who said it

11  but there was other people who were involved in it.

12  I'm sure Rebecca Krulenburg and Diannae Ehler and

13  what's his name, I can't remember because I know

14  when the lawsuit -- when I put the lawsuit in charge

15  Diannae Elher with the criminal offenses, I got

16  notes and stuff that said people were involved --

17         Q.   Ms. Talarico, please, please, we're going

18  to take it --

19         A.   I'm just trying -- I don't know exactly --

20  Jerry Lindenmeier is the one who told me I had to go

21  and had me escorted and driven to medical but this

22  time he sent me to New York.

23         Q.   This is the second time that we're talking

24  about?

25         A.   First time from Jerry but second time to a



Page 26

1    different because this is a different medical

2    office.

3        Q.    OMS on Park Avenue?

4        A.    Yes.

5        Q.    Approximately how long after the first

6    time that you were sent?

7        A.    No, idea.

8        Q.    And when you were sent the second time to

9    PA medical, who did you see to there?

10       A.    That contract person, there's a contract

11   therapist Novich, I think his first name is Jeremy.

12       Q.    And how many times did you speak with

13   Novich?

14       A.    That time I went back to work.

15       Q.    So you went to PA medical on the second

16   time to the office on Park Avenue South, you spoke

17   with Novich and Novich sent you back to work, is

18   that correct?

19       A.    Yes.

20       Q.    And then was there a third time that you

21   were sent to PA medical, yes or no?

22       A.    Yes, maybe, there's a third there might be

23   a fourth, I'm not sure if there was three or four,

24   I'm not sure.  He definitely sent me to the one and

25   had me escorted, I'm not sure if he sent me again or


MAGNA
LEGAL SERVICES

1  well -- he sent me, but I was going anyway.  So I'm

2  not sure if there was one in between the day I got

3  assaulted or not, I can't remember honestly.

4       Q.   So let me take a step back --

5       A.   It came to me, so he sent me to Novich the

6  first time, Novich had me go back.  The second time

7  I went to Novich, that's when he told me -- they put

8  me out and told me I have to go see a psychiatrist

9  that was the second time.  But there is a third

10 time.

11      Q.   And that second time was June of 2016?

12      A.   I believe.

13      Q.   And when you say second time, you mean

14 second time from Jerry Lindenmeier which would then

15 actually be the third time total, correct?

16      A.   Absolutely, and Jerry Lindenmeier was in a

17 short period of time.

18      Q.   And that second time which occurred in

19 June of 2016, the first day back from that leave was

20 August 4th of 2016, is that correct?

21      A.   Yes.

22      Q.   And did somebody notify you or tell you to

23 come back to work on August 4, 2016?

24      A.   On August 3, 2016 first of all, I don't

25 know where this goes in but I was made aware that I



Page 28

```
 1   was supposed to go back to work on August 4, 2016
 2   because I was very concerned and said I don't want
 3   one day without pay.  So August 4, 2016, I was
 4   supposed to go back to work.  August 3, 2016, I met
 5   with that contract guy Novich, that guy up on Park
 6   Avenue who while I was out and I do have documented
 7   anxiety, they rearranged my cubicle which would have
 8   exacerbated my anxiety, going against Americans with
 9   Disabilities, I spoke with Dr. Novich --
10        Q.   Ms. Talarico, will have an opportunity --
11        A.   This has to do with going back to work.
12        Q.   I know, but you didn't realize that
13   anybody changed your cubicle --
14        A.   Oh, yeah, I knew months before, and I was
15   writing to HR all the time, how can you do this,
16   absolutely.  So, I go to Dr. Novich -- I didn't go
17   because I wanna, I have to and there were times that
18   I had to visit help him in between while I was home,
19   you know to check in for no apparent reason.  On
20   August 3rd I was with him and he said he talked to
21   my personal therapist that is Depice and that Gary
22   told him that the workspace was fine.  Well, I
23   called up Gary from Doctor -- well, I don't call him
24   a Doctor,  Novich's office, I called up Gary and
25   Gary said he never said any such thing and I told
```



Page 29

1    Dr. Novich that I can't work in that space, it's not

2    right, it doesn't work and Dr. Novich says just go

3    and deal with management when you get there.

4         Q.   All right lets try to focus on this one

5    issue the cubicle.  What happened to the cubicle

6    that you feel was done improper?

7         A.   They rearranged it so my anxiety would be

8    off the charts, they had it so every person walking

9    through the door would be banging pass me and then

10   they had me trapped where I wouldn't be able to feel

11   like protected.  I need to have my back to things

12   like when I work in PATC, there's an opening over

13   here where everybody can see, the doorway is here,

14   my back is here, my desk is here.  When I first got

15   to PATC before they moved me to this different

16   location, there was a opening here and I was way in

17   the corner so nobody could be able to come up behind

18   me and freak me out.

19        Q.   At the Lincoln Tunnel, the cubicle that

20   you were working in before you were sent to medical

21   in June of 2016 --

22        A.   How was it arranged?

23        Q.   You're right, that was going to be my

24   question but please wait until I finish it, how was

25   that cubicle arranged?



Page 30

```
 1        A.   You have to understand -- here's the
 2   doorway okay, this is the doorway into the office,
 3   right, this is the opening to get into the office
 4   where everybody is.  Now, my cube is right here, at
 5   the entrance of the doorway okay, so well, the
 6   entrance is here there's a walkway.  My cube opened
 7   here there was a wall so anybody that walked through
 8   the door was walking pass the wall, not me opening
 9   right at the doorway.  So then, they took the --
10   because you know where the closed part is was over
11   here and I had an opening here and this open so I
12   can feel open and nobody can come around behind me,
13   and it was open and I could see what was going.
14   Instead, they rearranged it so that I was trapped
15   with this big thing in front of me and this whole
16   side was open so that every time somebody came by, I
17   couldn't pay attention to what I was doing.
18             MR. KROMM:  Were you able to get all of
19        that in the shot?
20             MR KAUFMAN:  Do you want her to draw a
21        diagram?
22             THE WITNESS:  You have pictures, there's
23        pictures in the file.  Jerry Lindenmeier sent
24        in the files there's all kind of pictures of
25        what it was like afterwards and everything, I
```



```
1        can draw what it was like before.  But what
2        they did was they put the big cabinet with the
3        file in it over my head so that I would be I'm
4        supposed to be here, people can come up behind
5        me here and then I've got this big thing over
6        here.
7            Q.   And did you become aware of the change in
8   the cubicle while were you out?
9            A.   Yes, I wrote emails requesting that they
10  fix it that it wasn't going to work that it would
11  exacerbate my anxiety prior to me going back to
12  work.
13           Q.   There came a point when they asked to come
14  back to working, correct?
15           A.   They told me I had to come back to work
16  and I told you Novich said deal with management
17  after he talked to my therapist that day who
18  confirmed that it was no good.
19           Q.   Did they call you and tell you, or did you
20  receive a letter?
21           A.   I have no idea, I want to say -- that time
22  I don't know if Novich told me, I don't know who
23  told me, I have no recollection of who told me,
24  somebody did obviously.
25           Q.   But I believe you had mentioned earlier
```



Page 32

1    that they told you on October -- I'm sorry, on

2    August third the day before?

3        A.   I might have known before.  All I can tell

4    you is that on August third I went to see Novich.  I

5    might have already known I had to go back on the

6    fourth, but I had to see him on the third because he

7    would have to clear me to go back work on the

8    fourth.  So I have no idea how I found out prior to,

9    I'd be lying maybe Rebecca called me, I don't know.

10        Q.   You don't know, you don't know, that's

11    fine.  But you do know that you went back to work on

12    August 4, 2016, correct?

13        A.   Yes.

14        Q.   And what time did you go back to work that

15    day?

16        A.   Approximately I was normally working at

17    7:30, I normally get to work earlier so somewhere in

18    between seven and 7:30 I would guesstimate.

19        Q.   And what happened when you arrived?

20        A.   Oh, Jerry Lindenmeier and Diannae Ehler

21    are waiting for me which never happens.  Jerry

22    Lindenmeier usually didn't show up to work until

23    late and Diannae Ehler was never there in the

24    morning when I got there.

25        Q.   And where were they waiting?



Page 33

1          A.    In Jerry's office.

2          Q.    And where was Jerry's office in relation

3     to your cubicle?

4          A.    It was over there.

5          Q.    Approximately how far away, approximately?

6          A.    Well, the entrance to his door was

7     maybe -- I don't know, maybe five feet from my

8     cubicle the entrance to his office.

9          Q.    And when you arrived, did you go to your

10    cubicle?

11         A.    I think they called me in and I had all of

12    my stuff in my hands I think, I'm not sure.  Because

13    I couldn't sit in the cubicle, I did not go to sit

14    in the cubicle because I couldn't, I knew it didn't

15    work for me.

16         Q.    So you're not sure if you went to your

17    cubicle first or Jerry Lindenmeier's office first,

18    is that correct?

19         A.    I think they called me in and said that

20    they wanted me to put my stuff -- I think, this is

21    all thinking, that they wanted me to put my stuff

22    down and have a meeting.

23         Q.    Okay.  Who said that to you Jerry or

24    Diannae?

25         A.    I don't know, one or both of them.



Page 34

```
 1        Q.   And did you in fact go but your stuff down

 2   and go back for the meeting?

 3        A.   Yeah, I went back in and I told -- well,

 4   yes.

 5        Q.   And what stuff did you have that you

 6   putdown?

 7        A.   My bag with my lunch, my pocketbook, my

 8   stuff.

 9        Q.   What happened when you went back into the

10   office?

11        A.   I told them that I would not meet with

12   them unless I had a representative someone on my

13   side because of what happened.

14        Q.   And what did they say in response to that?

15        A.   Oh, they sent me out of the room.  They

16   said you can't do that and then a while later, they

17   made a bunch of phone calls and then they talked

18   to -- I don't even know, what's his name -- oh, I

19   can't think of his name and Rebecca and them and

20   then they come back and say we can meet with you

21   with a representative but has to either be someone

22   from your union or management.  And you have to have

23   them here by Ten A.M. and what's the chances of

24   that.

25        Q.   U7n
```



1   and did you call somebody?

2        A.   I called lots of people, everybody I can

3   think of and nobody was available and finally

4   because Mark Chaffey unfortunately got transferred

5   to the bus terminal and left the Lincoln that's when

6   my life got even worse when Jerry came.  I called

7   Mark I didn't know what else to do so I called Mark

8   and that was tide up in a tour and he wasn't going

9   to be able to be exactly at Ten o'clock but he said

10  that he would come he would just be a few minutes

11  late.  Which I told Rebecca Krulenburg and Rebecca

12  told me that she was going to tell Jerry and

13  Diannae.

14       Q.   When you spoke to Mark, were you speaking

15  to him on the office phone in your cubicle --

16       A.   No, my cellphone.

17       Q.   Please let me finish.  You called Mark on

18  your cellphone?

19       A.   I believe, I believe I called everybody

20  from my cellphone -- except maybe Rebecca

21  Krulenburg, I might have called from the office

22  phone, I'm not quite sure, it's a long time ago.

23       Q.   Did you have your cellphone with you when

24  you first went into Jerry's office that morning?

25       A.   I believe I did, I always have my



1  cellphone with me if I didn't, I would have gone

2  back to get it because I don't go any where without

3  it.

4      Q.  Did there come a point that morning where

5  you told Jerry and Diannae that you wanted to go get

6  your phone from your cubicle?

7      A.  I don't know, if I didn't have it with me,

8  I would have gone to get it, and if I had it with

9  me, I wouldn't have, I honestly don't recall.

10      Q.  Other than Mark, Mark Chaffey, who else

11  did you call that morning -- please let me finish.

12  Who else did you call that morning to come down to

13  be in this meeting?

14      A.  Everyone I could think of and anyone I

15  could think of.  I couldn't even -- numerous people

16  I can't even tell you who.  I knew my union was no

17  good they was never going to get there for Ten

18  o'clock you can't get them to answer the phone.  I

19  don't even know.  I called some cops that I knew, I

20  called some friends that I knew, I called everybody

21  I could think of but I can't tell you who because I

22  don't recall.

23      Q.  And after you spoke with Mark and he said

24  that he could not get down there until approximately

25  Ten o'clock, did you relay this information back to



1   Jerry and Diannae?

2       A.   I told Rebecca Krulenburg who told me that

3   she was going to tell Jerry and Diannae.

4       Q.   What happened next after she told you

5   that?

6       A.   I don't know what happened next, all I

7   know is at some point Jerry and Diannae started

8   giving me grief that Mark wasn't coming, does Mark

9   knows he's coming I said Rebecca said she was going

10  to call you so with them standing there screaming at

11  me.  I called Rebecca again and Rebecca -- I don't

12  even know exactly but then Rebecca called Jerry in

13  his office and the next thing you know, they come

14  back out, I don't know it just got really crazy and

15  they were yelling at me it was insane.

16      Q.   When you say that Jerry and Diannae were

17  yelling at you, where in the office was this

18  occurring?

19      A.   Right in front of Jerry's office in front

20  of my cubicle.

21      Q.   This was in between your cubicle and

22  Jerry's office door in that area?

23      A.   No, the cubicle is here, there's a path --

24  here this is my cube okay, this is my cube.  Here's

25  the door you come in and here you go here and



1    Jerry's office is here, at the end of my cube and

2    Zonabia's [sic] office is over here, we were over

3    here.

4          Q.    It is more right in front of your cubicle

5    then?

6          A.    Yes, in the pathway towards you know.

7          Q.    In the pathway towards Jerry's office?

8          A.    Jerry's office, that's the best of my

9    recollection.

10         Q.    And while were you in that area that you

11   just described, was anybody else there other than

12   you, Gary -- I'm sorry, you, Jerry and Diannae?

13         A.    I'm sure there was people walking by

14   people, I would assume people were doing their

15   normal business and they were yelling at me so I

16   everybody wants to see what's going on.  I have no

17   idea who, but I'm sure there must have been.

18         Q.    Did there come a point in time when you

19   went back into Jerry's office?

20         A.    Because it was getting so loud and they

21   were screaming at me, Diannae said, that's it, lets

22   go in Jerry's office and I turn around and she

23   pushes me and I said, you're not allowed to touch

24   me, you don't push me.

25         Q.    What happened next?



1       A.   Then we go into Jerry's office and I'm

2  very nervous and very upset and so when you walk

3  into Jerry's office, as soon as you get into office

4  to the left, there's a chair with a table.  I

5  immediately sat down in that chair because I didn't

6  know what else to do because I was so upset they

7  were screaming at me.  And then Diannae was in front

8  of me on one leg, Jerry was over here and I was

9  sitting in the chair and I had my phone over here

10  and I put it on the table and they just continued to

11  keep screaming at me.

12       Q.   Do you recall what it was that they were

13  screaming?

14       A.   They were screaming at me, you better not

15  be taping this, I only wish I was.  I wish to God I

16  was taped them because we wouldn't even be here,

17  this would have been done years ago.  Screaming at

18  me, you better not be taping this, you better not be

19  taping this.

20       Q.   And what happened next?

21       A.   Diannae Ehler from over here reaches all

22  the way across goes to rip the phone out of my hand

23  my hand goes up in the air and I was just like kind

24  of in shock and I get up and I said that's it, you

25  assaulted me I'm going downstairs and I went



Page 40

1    downstairs to the police.

2        Q.   And did either Jerry or Diannae say

3    anything when you told them you were going

4    downstairs to the police?

5        A.   Not that I recall.

6        Q.   Did they attempt to stop you at all from

7    going?

8        A.   No that I -- in that instant, no.

9        Q.   And where downstairs did you go?

10       A.   I went downstairs you go out the office

11   there were stairs right there.  I went downstairs

12   walked into the captains office who I did not know

13   because it was a new captain since I was out, it was

14   Captain Gonzalez, Emilio Gonzalez [sic] and so he

15   was sitting there, he didn't know who I was, I

16   didn't know who he was, and I told him I was just

17   assaulted and I want to press criminal charges.

18       Q.   And what the captain say?

19       A.   He sent me to Sergeant Flemming and then

20   Sergeant Flemming I thought I was put in criminal

21   charges but that's not what happened.  And then

22   Jerry Lindenmeier shows up and then all of these

23   other cops show up and everybody is yelling at me

24   and then the captain comes back and it's not his

25   decision and he says, I'm sorry, Ms. Talarico this



Page 41

1    this doesn't rise to a criminal level, we won't be

2    accepting any charges.  I looked over and I pointed

3    right at him and said captain, if you don't accept

4    these charges, I'm going to Weehawken and if

5    Weehawken doesn't accept them, I'm going to the

6    state police.

7         Q.    And what did he say in response?

8         A.    Then they all Sergeant Kellerhar, [sic]

9    Lieutenant De Martino [sic] was there, they were all

10   telling me, you don't go to the police, you don't go

11   to the police -- no, yeah, you don't go the police,

12   you go to the court, you go to the court.  Yeah,

13   sure I was a deputy court administrator, you go to

14   the police, I know where you go.  So anyway, then

15   they had my writing down this statement with

16   Flemming which I thought was putting in a police

17   report, turns out it was only an incident report.

18   They had some female cop come sit over here who I

19   never said three words to or spoke, Harrington [sic]

20   was her name and she just sat there and I kept

21   making mistakes on this because I was shaken and

22   nervous and everything and I kept ripping them up

23   and starting again.  And then there like Jerry comes

24   down and they're all hanging in the doorway and

25   staring at me talking about me, they're like have



Page 42

1    you to come up stairs for this meeting, you have to

2    come up stairs for this meeting.  So Flemming says

3    Charlene it's okay, you go upstairs for the meeting

4    and then you come back downstairs and we'll do this

5    then.  I go upstairs and basically they give me this

6    piece of paper that says all kinds of things, they

7    changed all my work responsibilities, I'm not

8    allowed to email,  I'm not allowed to talk to

9    people, I mean it was bizarre what they wrote and to

10   me it was more retaliation and abuse.  So they had

11   me so upset at one point that I was ready to throw

12   up, then I ran out of the room and went the ladies

13   room and threw up.  And then I come back in and

14   Michelle Corosis [sic]stops me and says come in,

15   come in my office, I said I can't, I said I don't

16   know what the heck they're doing in there and I was

17   so upset.  So I went back in and I said are you

18   done, and they said they were done.  I went

19   downstairs to the police to Sergeant Flemming and I

20   started writing again and as I was sitting there

21   writing, my hands started tingling and started

22   swelling up over here and I said to Flemming, look,

23   I don't know what is going on so I called PA medical

24   --

25        Q.   Just so we're clear, it's your left hand



1    you're referring to?

2         A.   Yeah.   I showed Flemming he sees it and

3    everything so I called PA medical, I called PATC PA

4    medical where Madonna and them are but they were out

5    to lunch because I decided I needed to have somebody

6    look at this in PA medical so --

7         Q.   Lets slowdown, I'll give you a chance to

8    keep going.   So you called PA medical on the New

9    Jersey side?

10        A.   Journal Square -- not Journal Square,

11   PATC.

12        Q.   And there was nobody there?

13        A.   Nobody answered, I left a voicemail.

14        Q.   And then after that, did you call PA

15   medical on the New York side?

16        A.   Oh, no.

17        Q.   What happened next?

18        A.    I go upstairs to tell Jerry I'm going to

19   PA medical and he ordered me to PA medical to go see

20   that contract guy, Novich again but I was already

21   going on my own account to have my hand looked at in

22   PATC.

23        Q.   Right but --

24        A.    I didn't make my plan to go to Park

25   Avenue, no, that was them forcing me again.   And now



Page 44

1    he sends me with two guys that sends me in a van

2    with two guys that worked in the maintenance

3    electrical whatever guys.

4         Q.   So let me just ask, when you went back and

5    Jerry ordered you to PA medical that's PA medical on

6    Park Avenue South, correct, because he wanted you to

7    speak to Novich, correct?

8         A.   Well, he didn't tell me why, he just

9    orders me.

10        Q.   But at that time point in time you had not

11   called PA medical on Park Avenue South?

12        A.   Never, I had no intentions of going there,

13   I was going to PATC.

14        Q.   Just a reminder let me finish before you

15   start answering.  So you went to PA medical on Park

16   Avenue South with these two other individuals they

17   drove you over, is that correct?

18        A.   Oh, yeah.

19        Q.   And this was based on Jerry's order to go

20   to PA medical, is that correct?

21        A.   Yes.

22        Q.   When you got to PA medical on Park Avenue

23   South, approximately how long did it take you to get

24   there?

25        A.   I don't know, I have no idea, I mean we



Page 45

1    weren't stuck in traffic if that's the question, I

2    have no idea how long it takes.

3         Q.   When you got there to Park Avenue South,

4    what did you do?

5         A.   I went upstairs.

6         Q.   And did the other two --

7         A.   No, they stayed in the van.

8         Q.   And when you went upstairs, can you

9    describe for me the layout of that building and OMS

10   in that building, so it's a building it's on Park

11   Avenue South or it was, approximately how many

12   stories in that building?

13        A.   How would I know, I have no idea.

14        Q.   Were there other offices in that building

15   other than --

16        A.   I have no idea what was in the building I

17   assume there would be because it was more than one

18   floor.  I have no idea, I walked into the building

19   there was a reception desk, I don't recall if

20   anybody was even at the desk.  There's an elevator,

21   I got on the elevator, I went up to the floor I

22   needed to be on, the doors opened into the reception

23   area where you sit and wait for them to call you.

24        Q.   And did you check -- when you went

25   upstairs into the reception area in OMS, did you



Page 46

1    check in at all and speak to somebody at the desk up

2    there?

3         A.   If there was somebody at the desk up there

4    I would have spoken to them.  Do I recall if there

5    was somebody there that day, sometimes there is,

6    sometimes there isn't.  If there isn't somebody

7    there, you just sit there until somebody comes for

8    you.

9         Q.   Do you remember if there was anybody else

10   there?

11        A.   I have no idea.

12        Q.   Do you remember --

13        A.   It's all on video though.

14        Q.   Ms. Talarico, please let me finish the

15   question.  Do you remember if -- withdrawn -- do you

16   know approximately how long it was before somebody

17   asked you to come into the medical office?

18        A.   No idea.

19        Q.   Now, this the reception area approximately

20   how big was it, were there seats in there?

21        A.   Oh yeah, it's big, I think it's wider than

22   this room.  I want to say two elevators open up,

23   there's glass doors over here, there's glass doors

24   over there, there's a reception desk over there and

25   there's chairs all in the middle and there's a



Page 47

1    couple of chairs along the wall here too.

2        Q.   So is it fair to say at some point in time

3    somebody came and asked you to come into the medical

4    office off of the waiting area?

5        A.   Yeah, they came and got me out of the

6    reception area and took me into the medical office,

7    yes.

8        Q.   Can you describe the medical office for

9    us?

10       A.   It's a medical office, it had medical

11   equipment, it had the curtains, it had the tools,

12   you know things for the ceiling, there were

13   cabinets, there was gurney you sit on or whatever

14   you call it.

15       Q.   Were there examination tables in this

16   area?

17       A.   Isn't that what like the gurney thing is,

18   to me that's -- yeah, I'll say yes, to me that's

19   what it was, I don't know if you call it a table or

20   a gurney or whatever.

21       Q.   Did you --

22       A.   There were curtains you could close for

23   privacy.

24       Q.   Do you remember how many gurney's or

25   tables there are in that area?



Page 48

1       A.   No, I don't remember.

2       Q.   Were there more than one?

3       A.   I have no idea.

4       Q.   But you do at least remember seeing one

5   with a curtain around it, correct?

6       A.   Well, the curtain wasn't around it, the

7   was right here.  So there was a curtain nothing was

8   closed off, the curtain was there, the curtain was

9   wide open.

10      Q.   And who was the first person you saw when

11  you went into that area outside of the reception

12  area?

13      A.   I have no idea.

14      Q.   Do you recall meeting with a doctor?

15      A.   Yeah, Dr. Kerlegrand.

16      Q.   Did you speak with anyone from OMS before

17  you spoke with Dr. Kerlegrand?

18      A.   Maybe I'm not sure, if they asked me

19  questions, I don't know.

20      Q.   When you met with Dr. Kerlegrand did you

21  -- who spoke first, did you talk to her first --

22      A.   I don't know.

23      Q.   Please let me finish, did you speak to her

24  first or did she speak to you first?

25      A.   I don't recall.



Page 49

1      Q.   What do you recall when speaking to Dr.
2   Kerlegrand?
3      A.   Well, I recall she asked what happened, I
4   told her Diannae Ehler assaulted me.  I told her how
5   I was assaulted and I told her that my hand was
6   tingling and swelling and showed her my hand.
7      Q.   Did Dr. Kerlegrand tell you if she knew
8   that you were coming or not?
9      A.   Not that I recall, I don't know.  I'm not
10  saying she didn't, I'm not saying she did, is my
11  answer, I have no recollection.
12     Q.   Where were you showing your hand to Dr.
13  Kerlegrand in the medical office?
14     A.   In the medical office.
15     Q.   But where in the medical office?
16     A.   In the office, what do you mean where, we
17  were in the office, the doorway was way over there
18  we were in the office.
19     Q.   Lets slow it down and sort of go through
20  it step by step.  When you first go into the office
21  what is the first thing you see?
22     A.   I was there all of once, and I had never
23  been back.
24     Q.   Ms. Talarico, if you do not remember, say
25  you don't remember?



Page 50

1        A.    All I know is it's a medical office like

2    you go in a doctors office and it's a medical office

3    that's all I know.  What exactly was in there, I

4    think it was like a refrigerator over there, there

5    was the curtains I remember.  There was whether it

6    was a table a gurney or bed or whatever was over

7    there.  There was a chair over here, I don't know

8    what else was in there.

9        Q.    When you entered into the medical office

10   and you were speaking to Dr. Kerlegrand, did anyone

11   ask you to sitdown on either the gurney or a bed or

12   chair there?

13       A.    I don't know if they asked to me but I did

14   sitdown, I just don't know if I sat down or they

15   asked me to sitdown.

16       Q.    What did you sitdown on?

17       A.    A chair.

18       Q.    So it wasn't the bed or the gurney?

19       A.    No.

20       Q.    And where was the chair that you sat on?

21       A.    Right there with the curtain and

22   everything.

23       Q.    Was the chair right next to the gurney?

24       A.    I have no idea, I don't recall and I don't

25   know if it was a gurney or table you call it but it



Page 51

1    was something that could you have lied down on.

2        Q.   And where was Dr. Kerlegrand while were

3    you seated on the chair?

4        A.   I guess she was standing in front of me, I

5    don't know.

6        Q.   Don't guess, if you don't remember, you

7    don't remember?

8        A.   Well, at some point she was there when I

9    was sitting in the chair I just don't know at which

10   point.

11       Q.   And what did Dr. Kerlegrand say to you

12   while you were sitting in the chair?

13       A.   What happened.

14       Q.   And what did you tell her in response?

15       A.   I told her exactly how I was assaulted by

16   Diannane Elher trying to rip my cellphone out of my

17   hand and how they were screaming at me and that my

18   fingers -- you know, my hand over here was starting

19   to swell up and I showed her and my fingers were

20   tingling like they were getting numb.

21       Q.   And was there a door to this area where

22   you were seated in the chair?

23       A.   We were way into the room, it was a long

24   room, we were way back here and the room was over

25   there I honestly don't know, I have no recollection.



Page 52

1      Q.   And so you don't -- was this area that you

2 were seated in a chair separate and apart from the

3 rest of the medical office?

4      A.   No, it's right there, here's the curtain

5 right here, I can touch it.

6      Q.   So there was no door that you saw?

7      A.   I'm not saying that, I don't know, I don't

8 recall.

9      Q.   Approximately how long were you seated in

10 the chair talking to Dr. Kerlegrand for?

11     A.   I have no idea.

12     Q.   A couple of minutes, half-hour?

13     A.   I have no idea.

14     Q.   An hour?

15     A.   I have no -- I doubt it an hour because

16 then she had me get up and she did all of her

17 examination and do this and do that and let me see

18 your hand and do this and do that so, no, because

19 remember I also had to go see that other guy.

20     Q.   Novich?

21     A.   Yes.

22     Q.   Did you see Novich before or after you

23 spoke to Dr. Kerlegrand?

24     A.   I want to say after, or maybe in between,

25 I'm not sure.  I'm pretty sure I saw Kerlegrand



Page 53

1    first I just don't know if I saw Kerlegrand again
2    after it, you know what I mean?
3         Q.   Where you were with Dr. Kerlegrand seated
4    in that chair, could other people walking by see
5    what was going on?
6         A.   Well, the nurses were there you know, Mary
7    Burke or whatever they could see and if somebody was
8    allowed into medical, I don't know, I guess because
9    they didn't have the curtains closed around me so I
10   guess they could see them, I don't know.
11            MR. SOTO:   I just want to raise an
12        objection, she obviously answered it.
13        Q.   What did Dr. Kerlegrand ask you to do for
14   the examination?
15        A.   Oh, she was having me doing things with my
16   hands, with my hands out, touching my nose going --
17   that's the stuff I remember, I couldn't tell you
18   everything because I don't remember all.
19        Q.   Did she give any x-rays?
20        A.   Yeah, they took x-rays, they took x-rays,
21   yes, and they took x-rays.
22        Q.   And where did those x-rays -- where were
23   they taken?
24        A.   There, wherever they take them, they took
25   me somewhere.



Page 54

1        Q.    But that's in a different area than --

2        A.    In different room, yeah.

3        Q.    And approximately how long -- withdrawn --

4    did they take you for x-rays after Dr. Kerlegrand

5    was performing the examination on you?

6        A.    Yes, I'm pretty sure, I'm pretty sure.

7        Q.    And after Kerlegrand looked at your hand

8    and asked you to move your hand around, that's when

9    they took you for x-rays?

10       A.    I don't recall whether when I saw Novich

11   when I got the x-rays, I know they took x-rays, I

12   know I saw Novich, I know I saw Dr. Kerlegrand, I

13   know they bandaged my hand, I don't know.

14       Q.    After Dr. Kerlegrand looked at your hand,

15   was she the one who took you to x-ray machine?

16       A.    I don't know.

17       Q.    How far away from that area by the seat

18   that you were telling us about is the x-ray machine?

19       A.    I don't know.

20       Q.    But it is presumably in another room,

21   correct?

22       A.    I believe it's in another room, I'm pretty

23   sure it's in another room.

24       Q.    Do you remember how to get to the --

25       A.    Absolutely not, it's like a maze in there.



Page 55

1        Q.    And was Mary Burke there when Dr.

2    Kerlegrand was looking at your hand?

3        A.    She was in and out.

4        Q.    Do you recall what Dr. Kerlegrand said to

5    you if anything when she was looking at your hand?

6        A.    I don't recall.

7        Q.    Did Dr. Kerlegrand or Mary Burke tell you

8    that they were going to give you x-rays?

9        A.    I don't know who said I was getting an

10   x-ray, they took me to x-ray, I did what they told

11   me.

12       Q.    And after they took the x-rays, did you

13   stay in that -- withdrawn -- after the x-rays were

14   taken, did they bring you back to the same area with

15   the seat or did you stay near the x-ray machine?

16       A.    I have no idea.

17       Q.    Did they tell you the results of the

18   x-rays?

19       A.    I don't recall.

20       Q.    Did they look at any or examine any other

21   parts of your body other than your hand?

22       A.    I don't know think so, I mean like, my

23   arms and stuff she touched and had me do things but

24   that's all hand related.

25       Q.    And when they looked at your hand, you



Page 56

1  were fully clothed, correct?

2       A.   Yes.

3       Q.   They did not ask you to undress or to put

4  on a gown.

5       A.   Thank God they didn't.

6       Q.   Did you see any cameras or recording

7  devices in the medical office when were you there

8  that day?

9       A.   Absolutely not.

10      Q.   After you got your x-rays, where did you

11 go?

12      A.   I'm not sure the order of what happened,

13 remember, I don't know when I saw Novich but I know

14 I saw Novich before I left.  I know they bandaged my

15 hand before I left, I don't know the order, I don't

16 recall.

17      Q.   And where was Novich office in relation to

18 Dr. Kerlegrand was looking at your hand?

19      A.   He's on this side you go in these doors

20 and she's on that side.

21      Q.   So it's a separate office?

22      A.   Well, like I said, it's a maze there's

23 office all around, but it's a maze.  She's over

24 there, the doctors office is are over there, and

25 there's all offices up there and offices there and



Page 57

1    his office you can go through this door.  There's

2    the reception area with the glass doors, you can go

3    in this door where I went to see Dr. Kerelgrand in

4    medical.  And if you go through this door, you can

5    see that Novich guy or if go in this door and they

6    take you around some way, you can get to Novich that

7    was too, I'm just not sure how.

8         Q.    When you're getting off the elevator, you

9    get off into the reception area, correct?

10        A.    Yes.

11        Q.    Dr. Kerlegrand and where she looked at

12   your hand was to the right as you get off of the

13   elevator --

14        A.    In the medical side, as far as I know is

15   the medical and the other side is the therapist.

16   That's the way I understand it, I don't know if

17   that's correct, but that's how I understand it.

18        Q.    So Dr. Novich was to the left as you get

19   off the elevator?

20        A.    That's where his office is behind the

21   glass door on the left side.  It's a hallway you

22   walk in the glass door to the hallway then there's

23   offices, you understand it's not that I'm just going

24   from that reception area, I go from the reception

25   area into a hallway into his office.



Page 58

```
 1        Q.    Understood.  And how long did you meet
 2   with Dr. Novich on that day?
 3        A.    I have no idea.
 4        Q.    Do you recall what it is that you spoke
 5   about?
 6        A.    I talked to him about how I was assaulted
 7   by Diannae Elher.
 8        Q.    And what if anything did he say?
 9        A.    I have no idea.
10        Q.    Did you talk about anything else with Dr.
11   Novich?
12        A.    Not that I recall, maybe I said something
13   about the workspace and how it was his fault
14   possibly that I got assaulted because he forced me
15   back knowing that the workspace was no good, it's
16   possible but I have no idea.
17        Q.    Did you speak with Dr. Novich in his
18   office?
19        A.    To the best of my recollection, yes.
20        Q.    Was it just you and him?
21        A.    Well, that's a gray area.  What happens is
22   you talk to him, he runs out the door and talks to
23   somebody else and then he comes back and says one
24   thing and then he runs out the door and says
25   something -- sorry --
```



1        Q.    Ms. Talarico, that is not the question,

2    the question is when were you in the office with him

3    --

4        A.    It was just him and I.

5        Q.    And was he seated behind a desk during

6    that conversation?

7        A.    I believe so.

8        Q.    And were you seated in a chair or

9    something on the opposite side of the desk?

10       A.    Maybe, maybe I was standing, I'm not sure.

11   I don't recall how long I was there I have no idea

12   honestly.  There were chairs.

13       Q.    Do you mentioned that your hand was

14   wrapped in a bandage, do you recall if your hand was

15   wrapped in when you were in the office with Dr.

16   Novich?

17       A.    I have no recollection.  I'm not sure what

18   order how everything went down.

19       Q.    Who wrapped your hand?

20       A.    I don't recall, it was wrapped from here

21   all the way around -- well, somebody else on the

22   phone told me to keep my hand up so the swelling

23   wouldn't get bad.

24       Q.    After you left Novich's office, what did

25   you do next?



1        A.   I don't know because I don't know the

2    order in which anything happened.  At some point, I

3    was in front of at that into the medical area in

4    between I was in front of that desk where they make

5    appointments.  And over here is your therapy, over

6    here is your medical, and I was there because while

7    I was downstairs putting in my police report, I did

8    ask Port Authority Policy Dictates and I called the

9    inspector generals office for the help.  And the

10   detective that answered Marinko [sic] I think his

11   name was -- Martinko something like that, Marinko

12   was Steve, that's a different one.  Martinko, I

13   don't know I have his name written down and he told

14   me he would call me back as I standing at the end of

15   my (inaudible).  I don't know what order but when I

16   was all done with everybody, my cellphone rings and

17   it's the inspector generals office and it's that

18   detective he says, Ms. Talarico, I'm sorry, I just

19   want to let you know we don't handle these types of

20   matters.  And I actually laughed and I said, you

21   know what maybe someday I can call the inspectors

22   generals office and you'll actually do something to

23   help me and goodbye.

24        Q.   What did you do after that phone call?

25        A.   I was taken back and they were waiting for



Page 61

1   me downstairs and they took me back to Lincoln

2   Tunnel and I had the note that they would put meet

3   out of work again and I also received an appointment

4   while I was at that desk before the phone call or

5   during it.  That they were sending me to a hand

6   specialist the next day, under workers compensation

7   and nobody ever filled out an IOD report, which they

8   should have, because I couldn't I was out of work

9   the managers should have.

10       Q.   And did you actually see somebody from

11  Workers Comp?

12       A.   Yes.

13       Q.   Do you recall who?

14       A.   His name?

15       Q.   Yeah?

16       A.   No, but it's all in the records, they've

17  got it.

18       Q.   Do you recall where?

19       A.   I want to say it was in Bloomfield, I

20  actually saw him that day and then I had to go back

21  I think a week later, again, I think it was a week

22  I'm not sure.  And I think it was Bloomfield, I

23  wonder if his name is in my contacts.

24            MR. KROMM:  We can put a space in the

25            transcript and you can fill it in at a later



Page 62

1          point in time.

2     _____

3     _____

4          Q.   Just to go back just for a second, I know

5     you mentioned when you were in the medical office

6     not on Dr. Novich's side but Dr. Kerlegrand side,

7     you said that Mary Burke was there, correct?

8          A.   She was in the room when I was being

9     examined, I'm pretty sure.

10         Q.   And she's a nurse with OMS, is that

11    correct?

12         A.   Right, and there was some other nurse

13    there or something, I don't know who she was.

14         Q.   Well, A, you don't remember who the other

15    nurse was?

16         A.   No.

17         Q.   Do you remember where that other nurse was

18    located?

19         A.   No, they were in and out people, were in

20    and out they were in and out.

21         Q.   Do you remember what the other nurse

22    looked like?

23         A.   No, but she's on the video, she's in the

24    video.

25         Q.   As far as you can recall, you saw two



Page 63

1    nurses there and Dr. Kerlegrand on that side of the

2    medical office?

3         A.    To the best of my knowledge as I recall, I

4    think, it's been a long time.

5         Q.    After you went you said you went to see

6    the Workers Comp specialist?

7         A.    Yes.

8         Q.    And did there come a time when you went

9    and filed a criminal complaint against Diannae Ehler

10   at the Weehawken Court.

11        A.    Absolutely.

12        Q.    And when did that occur?

13        A.    What happened is I went back to the

14   Lincoln -- well, you want to know what really

15   happened, how this happened?

16        Q.    Of course?

17        A.    On my way back or on my way back to

18   medical I called a very respected chief of police

19   that I know and I told him what the captain did and

20   that he refused to take my charges.  And this chief

21   advised me, he said Charlene, go back to the Lincoln

22   Tunnel and give the captain the opportunity to do

23   the right thing.  It's not up to him to decide if

24   something is a criminal level or not, that is

25   decided by a judge so you back to the Lincoln and



Page 64

1    give him the opportunity.

2          Q.    And who is the chief that you spoken to?

3                THE WITNESS:  Do I have to tell him that?

4                MR. SOTO:  Yes.

5          A.    Christopher Trasillo [sic] now the Chief

6    of New Jersey Transit prior he was the Chief at the

7    Port Authority.  I went back to the Lincoln Tunnel,

8    I went upstairs my hand was all bandaged to give

9    them my slip, to give Zanobia my slip saying I was

10   out of work.  Jerry came out and he turned white

11   when he saw my hand all bandaged.  I went downstairs

12   and I got in my car because remember now the

13   lieutenants and the sergeants they were screaming at

14   me, don't go to the police, don't go to the police.

15   I got in my car and I called the Weehawken Police

16   Department and Sergeant Johnson answered the phone

17   and I said, I need to press criminal charges, I was

18   assaulted at work, I work at the Lincoln Tunnel or

19   something to this effect, and what should I do, he

20   said dear, you come right up here to the police

21   department which is what I did.

22         Q.    And was that the same day?

23         A.    Absolutely.

24         Q.    Did there come a time when you learned

25   there this was something procedurally incorrect



Page 65

1   about that initial complainant?

2        A.   I'm not sure what you're asking me.

3        Q.   Did the prosecutors office at some point

4   contact you?

5        A.   No.

6        Q.   You never spoke with an assistant

7   prosecutor in Weehawken?

8        A.   An assistant prosecutor in Weehawken, I

9   spoke to Lauren Alavere [sic] who was the prosecutor

10  and I spoke to Stephanie Desiree who was the Hudson

11  County prosecutor A.K.A. Lauren Alavere's boss, but

12  I don't know who any assistant prosecutor is unless

13  Stephanie is an assistant prosecutor.

14       Q.   So you did speak with a prosecutor from

15  Weehawken?

16       A.   Not until I had to go to court.

17       Q.   And when did that -- when did you have to

18  go to court?

19       A.   Who knowns, I went to court a million

20  times to try to get the judge to take the proper

21  charge.  Do you want to know what happened at the

22  police station when I got there?

23       Q.   When you first got there?

24       A.   Yes.

25       Q.   When you spoke with --



Page 66

1          A.    Sergeant Johnson?

2          Q.    Correct, sure?

3          A.    I get to the police station, Sergeant

4    Johnson has me sit down and he starts taking -- I

5    tell him what happened.  He starts writing it up, I

6    bring him a copy of what I come learn after the fact

7    the incident report that I had given to Sergeant

8    Flemming, Sergeant Flemming gave me a copy of it.

9    So Sergeant Johnson read the incident report and he

10   goes in the back room and he comes back and he says

11   oh, my Lieutenant is on the phone with the captain,

12   oh, back up.  I went to the police as Chief Trasillo

13   told me to do when I got back to the Lincoln and

14   Scotty Kellerhar answered the door and I said I need

15   to speak to the captain and he said the captain is

16   not here, I said listen, I talked to a Chief and I

17   need to speak to the captain, Scotty Kellerhar got

18   all nasty, smashed the door as I'm still talking

19   closes the door on me and doesn't help me at all.  I

20   go to the car, I call the Weehawken Police

21   Department, Sergeant Johnson tells me to come right

22   up.  I go in, I have with me the paperwork from

23   medical that shows that I had to go to a hand

24   specialist the next day.  I have the incident report

25   that I learned was an incident report that Sergeant



1   Flemming had given me, he starts writing up the

2   complaint, he gets up and goes in the back room and

3   he says oh, my Lieutenant's on the phone with the

4   captain, I said what do you mean, the captain is not

5   at work.  Oh, well they know each other, they're

6   friends so he's on the phone don't worry about.  So

7   then he sits down and I tell him that I want to

8   press charges for a simple assault because it was a

9   soft tissue injury, and he says well, okay, so he

10  writes that down.  And then he says to me, well, you

11  know there's another charge we should add and I said

12  well, what do you mean, you're the expert, I don't

13  know, he says well, it's harassment forcible

14  touching.  I'm like, well, I don't know what is that

15  well, she pushed you so and then she tried to rip

16  the phone out of your hand.  So anyway, I didn't

17  know I had a choice, I thought he was the expert and

18  knew what he was doing, so of course he puts

19  harassment and forcible touching and simple assault,

20  okay, they're both on there.  It goes to the judge,

21  they call the judge, they go away, they call the

22  judge, he comes back and says the judge won't accept

23  the simple assault charges which is ridiculous, he

24  will only take the harassment charges so we do that.

25   Then a few days go by and Sergeant Johnson calls me



Page 68

1    up again and he never gave me a copy of that

2    complaint and the prosecutor in Weehawken never saw

3    that complaint because then he has me come in and I

4    have to sign another complaint and I do.  And again,

5    I spoke to Lauren twice I went before that judge in

6    Weehawken and was abused trying to get him to take

7    the proper charge, simple assault, that's what she

8    did and that's what should have been charged.

9         Q.   And when you say you were abused is this

10   by the judge or the prosecutor?

11        A.   Oh, my God the judge was so nasty to me,

12   it was like I was the criminal everywhere I went,

13   everywhere I went and until well -- well, get there.

14   I went before that judge two or three times it might

15   be three I'm not sure, but at least twice I went

16   before that judge and the last time I went the

17   prosecutor said, don't worry Charlene, he's going to

18   take the simple assault charges, but guess what, and

19   he wouldn't he refused.  And then he got nasty again

20   and said you got to stop, you can't be saying this

21   okay, fine.  So now go we pretend we're going to

22   have this trial and eight guys, eight detectives

23   from the Port Authority show up to this poor little

24   lonely prosector in Weehawken and it just went on

25   and on and on and on.



Page 69

```
 1        Q.   When you say that you had the trial, when
 2   did that occur?
 3        A.   Well, we went a long way before the trial.
 4        Q.   But to be fair, when you said you had a
 5   trial you're referring to the ultimate trial where
 6   Diannae Ehler was --
 7        A.   Which was after, we went through a court
 8   in Weehawken numerous times and people just ignored
 9   subpoenas it didn't matter the judge do anything to
10   anybody but harass and abuse me.  Then we get to a
11   point where the judge says on the record, I was
12   going to retire but I decided to stay here until
13   this case gets settled, so that the new judge
14   doesn't have to deal with it.  I left that court
15   room thinking finally I'm going to get justice
16   because politics don't matter.  The next time I'm
17   supposed to go to court, guess what happens, the
18   judge retires, the prostitutor is made the judge and
19   they transfer it to Union City where Captain
20   Gonzalez had just recently retired from.
21        Q.   So after the case was transferred to Union
22   City, did you meet with another prosecutor?
23        A.   Yes, TJ Oleg [sic].
24        Q.   Ms. Talarico, when was this case transfer
25   today Union City?
```



Page 70

1      A.   It was after I saw the filming of my
2  medical because the Weehawken prosecutor told me
3  that Detective Guant [sic] told her and sent her an
4  email stating that my medical examination wasn't
5  taped and that that wasn't a doctor.  So I had her
6  send it to me and then she refused to send it to me
7  so I went over her head to the Hudson County
8  prosecutor.  I also went to the N.Y.P.D because the
9  medical examination took place in New York so I had
10 to get the N.Y.P.D. to confirm that Dr. Kerlegrand
11 was in fact a doctor because Detective Guant of the
12 Port Authority Inspector Generals office said that
13 she was an administrative assistant.
14      Q.   Ms. Talarico I need to ask about this.
15 This is what I'm trying to get to approximately when
16 did you first learn that there was a recording or
17 some sort of filming of Dr. Kerlegrand looking at
18 your hand?
19      A.   Well, because I pressed charges I asked
20 for discovery.  The prosecutor gave me a whole bunch
21 and in the discovery unbeknownst to me, the Port
22 Authority films you of pretty much everywhere even
23 in the elevators.  But the first set of discs I got
24 because they're like surveillance discs, you need a
25 special reader to look at it, they wouldn't work.



Page 71

1    So then she sent me another set of discs in the mail
2    to my house.
3         Q.    When you say she, are you referring to
4    Lauren Alavera?
5         A.    The prosecutor, yes.
6         Q.    This is the initial prosecutor?
7         A.    The Weehawken prosecutor now the judge.
8    She sent me a package in my mail to my home address
9    and I want to say it was like over like right before
10   new years weekend I'm pretty sure of which was many
11   you know a long time since this whole thing started.
12   And when I got the mail which you have pictures of
13   I'm sure, somebody opened the mail, took the disc
14   out, threw in a couple of magazines.  They tampered
15   with the mail and stole the disc out of it and had
16   to continue to be sent to my house.  As soon as I
17   got that mail, I called the Weehawken prosecutor of
18   course no one answers the phone.  I called the
19   Hudson County prosecutor of course no one answered
20   the phone.  I called the Chief of police in my own
21   town, Kenneth Erinburg [sic] and he told me to
22   immediately go to the police station with it and put
23   in suspicious event and he has the package up there.
24   And they tried to get fingerprints and they called
25   the postal inspector and stuff and the Weehawken



Page 72

1  prosecutor said that she put in mail and the

2  Weehawken Court but somebody tampered with the mail.

3  So then sometime after that, I'm pretty sure I

4  physically went to the prosecutor in Weehawken to

5  get a set in the discs.

6      Q.   And you went down to Ms. Alavere's office

7  to try to get the disc?

8      A.   I'm pretty sure that's how I got them

9  finally, I can't swear to that but I think finally

10  after the mail being stolen and everything, I think

11  that's how I finally got them.

12     Q.   And approximately when was this that you

13  went down to the office to get the disc?

14     A.   Sometime after they stole them the last

15  time and before I saw it, I don't know.

16     Q.   Was this in 2017?

17     A.   I don't know what year it was.

18     Q.   Well, do you remember when -- I'm going to

19  try to give like a frame of reference here, do you

20  remember when the trial was?

21     A.   I know it was four years last week that I

22  was assaulted, the trial took forever, I don't even

23  know.  Off the top of my head, no, I can't remember

24  dates.

25     Q.   But you received the videos at some point



Page 73

1  before the trial, correct?

2      A.    Part of the trial was going on in

3  Weehawken you know,there was stuff going on before I

4  got all of the tapes.

5      Q.    When I say trial, I'm referring to what

6  you see on T.V. when people are going up there on a

7  stand and you're in front of the judge and you're

8  giving your testimony.  I'm not talking about the

9  discovery process or meeting with the prosecutor,

10  I'm talking about just purely the trial and the

11  trial only?

12      A.    To the best of my knowledge, when we got

13  to Union City, I already had the disc.  Yeah,

14  because Lauren Alavere said that Detective Guant

15  said there wasn't a doctor so of course I had the

16  disc, absolutely I had the disc before Union City --

17  I'm trying to think.

18      Q.    And when you got the disc from Ms.

19  Alavere, did you review the recordings in her office

20  or did you review them somewhere else?

21      A.    In my house.

22      Q.    So you picked up the disc and went back

23  home?

24      A.    Yes.

25      Q.    And when you -- did you look at them right



Page 74

1    away when you got back?

2         A.   No, no, it was hours of discs, hours, it's

3    everything I did that day.

4         Q.   When did you sitdown and look at the

5    discs?

6         A.   It was some night I was sitting in my

7    living room and looking at them.  Off the top of my

8    head, I don't have the exact date, I know you do.  I

9    know because we had to have the exact date or

10   approximate date before we put the lawsuit in, the

11   approximate date, I don't know off the top of my

12   head.

13        Q.   If I said that February 2, 2017 would that

14   sound about right?

15        A.   I think that might be near, yeah.

16        Q.   And again, this was in your home?

17        A.   Yes, I was by myself in my -- well, the

18   dog and I.

19        Q.   And what do you recall doing?

20        A.   I couldn't believe it.  I couldn't be;ieve

21   it.  First of all, I was shocked that everywhere I

22   went in the elevators and everything they had me on

23   tape which I never knew.  Especially after I know

24   the terrible things and Jerry was trying to say I

25   was acting crazy that day when it's clear on tape



Page 75

1    that I was calm as a cucumber.  You know, other than

2    maybe being a little upset but I wasn't acting like

3    he was talking about.  Then all of a sudden I see my

4    entire medical examination with Dr. Kerlegrand, the

5    entire thing.  I couldn't even wrap my head around

6    it, I called my girlfriend we must have been on the

7    phone for two or three hours, I was like shocked.

8    Like bad enough all the rotten things the Port

9    Authority did to me but now HIPPA violations.

10   They've destroyed my reputation and everything else

11   and now they're filming my medical, I still can't

12   wrap my head around it.  Like do they know no

13   bounds, does justice and truth and honesty mean

14   nothing?

15        Q.   And the examination that you viewed on the

16   recording, this is what you were referring to before

17   when Dr. Kerlegrand was asking to move your hands

18   around?

19        A.   It was my entire medical examination with

20   Dr. Kerlegrand.  Every single thing that Dr.

21   Kerlegrand is right there on the tape and me.

22        Q.   And obviously the recordings speak for

23   themselves but when you say that everything in the

24   examine, you mean when she was asking you to move

25   your hands?



Page 76

1      A.    Whatever she did, she touched me, I don't

2  know exactly everything she did.  I don't know if

3  somebody took my -- I don't know, I don't recall.

4  All I know is, my entire medical examination is on

5  tape.

6      Q.    When you viewed it, did you see anyone

7  taking your temperature?

8      A.    I don't -- I didn't watch it twenty

9  million times.  First of all, it's hard to see --

10  it's not hard to see the tape when you see it but

11  have you to got to get to the point.  So did I see

12  the doctor touching me, and doing all sorts of

13  stuff, yes.  Do I know if I anybody took my

14  temperature or did any of that, I don't know, I have

15  no idea.

16      Q.    So you didn't see that?

17      A.    I don't know.  I don't know other than the

18  fact that there's all of this stuff with me nosing

19  and her putting her arms on me and stuff, her hands

20  on me, that's all I can swear to and thank God I had

21  my clothes on.

22      Q.    What did you do after you saw the

23  recordings?

24      A.    It was nighttime, I called my girlfriend

25  we were on the phone for a few hours, I was applaud,



Page 77

1  she was applaud.  How do you do that someone's

2  medical examination was filmed.

3      Q.  At this time, were you treating with the

4  therapist that you had referenced earlier Depice?

5      A.  Over the course of many many years I've

6  seen Gary, I'm pretty sure during this time I was

7  seeing Gary, could I swear that I was, I honestly I

8  don't know if I was seeing him prior to, I mean I

9  did discussion a lot of it -- I don't know, I guess

10  yes, I'd say but I'm not sure.

11      Q.  As part of your treatment with Dr. Depice,

12  did you discuss these recordings at all?

13      A.  I discussed it with every single person

14  including Chairman O'Toole [sic] Deborah Torres,

15  everybody --

16      Q.  That's not answering the question, did you

17  --

18      A.  I discussed it with everybody, including

19  Chairman O'Toole, Deborah Torres, anybody that I can

20  possibly think of and call.  The person in

21  Weehawken I called, what should I do.

22      Q.  As part of your treatment with Dr. Depice,

23  did you talk about the incident with the recordings?

24      A.  I'm sure I talked to -- I also talked to

25  doctor -- oh, my God why can't I think of her name



MAGNA ▶

LEGAL SERVICES

Page 78

 1    -- oh, my God I see her name -- doctor --

 2              MR. SOTO:  You can leave a blank.

 3              THE WITNESS:  She at Port Authority, the

 4         one I went to first -- Francis, Dr. Francis,

 5         I'm sorry, I couldn't think of her name.

 6         Q.    Outside of Dr. Francis and any Port

 7    Authority, psychiatrist, psychologist, therapist I'm

 8    including them all into one category, okay, have you

 9    spoken to any other psychiatrists, therapists,

10    psychologists about this incident other than Dr.

11    Francis and Dr. Depice?

12         A.    No, I haven't been to any.

13         Q.    But to be clear, you have treated with Dr.

14    Depice and you've spoken about this incident with

15    the recordings, correct?

16         A.    I would assume since I talked to him about

17    everything and all the abuse at the Port Authority

18    so I would assume that that was also part of it, I

19    would assume.

20              MR. KROMM:  Counsel, we're just going to

21         ask for a --

22              MR. SOTO:  Supplemental HIPPA?

23              MR. KROMM:  Yes, HIPPA supplemental --

24         yeah, the whole nine yards and we'll follow-up

25         in writing.



Page 79

1        Q.   And I apologize if you feel that I'm

2   repeating myself but it's important that I be clear

3   about this.  Other than Dr. Depice, no other

4   therapist or psychologist or psychiatrist you have

5   --

6        A.   Dr. Francis.

7        Q.   I'm not including PA ones, I'm including

8   --

9        A.   I said, no.

10       Q.   Let me finish.  No doctors that you have

11  sought out on your own, personal therapist, personal

12  psychiatrist?

13       A.   Not that I'm aware of, not that I recall.

14  I've spoken to my gynecologist, I've spoken to my

15  primary care, everybody that's a doctor that I go to

16  knows everything, so do I have any other therapist

17  or -- no, that I recall that I have.

18       Q.   Have have you spoken to your primary care

19  physician about your feelings about being recorded

20  on August 2016?

21       A.   I've spoken to my gynecologist.  I've

22  spoken to my medical doctor but just telling them

23  what happened.

24       Q.   Telling them what happened about when you

25  viewed the recordings?



Page 80

1        A.    Right, the whole thing.  The lawsuit, the

2   workspace, every rotten thing the Port Authority has

3   done to me --

4        Q.    For purposes of this question, I'm not

5   asking about whether you spoke to them about the

6   cubicle or the alleged assault by Diannae or

7   anything along those lines.  I'm only asking

8   specifically about whether or not you spoken to your

9   primary care physician or your gynecologist about

10  your discovery and feelings about being recorded in

11  August of 2016 during the medical examination?

12       A.    The only way I can answer that to be

13  honestly and truthful is to say that I talked to my

14  gynecologist and my former -- he wasn't really my

15  primary care, he was my thyroid doctor who had since

16  had a stroke and is no longer practicing.  I spoke

17  to him about everything rotten thing the Port

18  Authority ever did to me.

19       Q.    So presumably that would include the

20  recording as well?

21       A.    Everything terrible thing the Port

22  Authority did to me.

23       Q.    Okay, and what is the name of your

24  gynecologist?

25       A.    Drew Rubenstein.



Page 81

1       Q.   And what is the name of the thyroid

2    doctor?

3       A.   He's no longer practicing, he went blind,

4    he had a stroke, Michael Goldman.

5            MR. KROMM:   Again, Counsel we're going to

6            ask for HIPPA authorizations and updated

7            supplemental responses for Doctors, Rubenstein

8            and Goldman and we will follow-up in writing.

9       Q.   Other than Doctors, Rubinstein and

10   Goldman, were there any other doctors, therapists,

11   psychiatrists, medical professionals, anybody at all

12   that you spoke to after discovering the recordings

13   that you spoke to about those recordings?

14      A.   Honestly, anyone that I came in contact to

15   that the Port Authority came up about, I spoke

16   about.

17      Q.   Ms. Talarico, that's not the question.

18   I'm not talking about people in generally, I'm not

19   talking about --

20      A.   No, but I'm saying any doctor that I

21   saw, anything I don't go to a lot of doctors, but

22   anywhere I went, I would tell them because it was

23   just such (inaudible) thing.  I probably had a

24   conversation with Dr. Fisher, I'm sure I had

25   conversations with people in HR, I probably had one



Page 82

1   with Robin Martin and how they did that --

2        Q.   Ms. Talarico, what I'm asking about is not

3   people that you've spoken to perhaps family,

4   friends, colleagues about these recording.  What I'm

5   talking about are, doctors or medical professionals,

6   therapist or psychologist that you have spoken to or

7   may have mentioned or talked about these recordings

8   to, okay.  So that's the question, other than Dr.

9   Rubinstein and Dr. Goldman and the Port Authority

10  doctors that you spoken about, were there any other

11  doctors?

12       A.   Every doctor I've probably been to, so

13  lets see, my eye doctor, Dr. Frasca [sic] I'd tell

14  anybody because it's just so appalling.  So do I go

15  to a lot of doctors, not really.  I'm trying to

16  think who else in the past few years, luckily, I'm

17  relatively healthy.  I might have even told the

18  doctor at Urgent Care for all I know, I'd tell

19  anybody because it's just so appalling to me, so I

20  don't honestly -- you know.

21       Q.   I got to take this one step at a time now.

22  So you spoke to your eye doctor, Dr. Frasca,

23  correct?

24       A.   Yes.

25            MR. KROMM:  We're going to call for an



Page 83

1        authorization, a HIPPA authorization for Dr.

2        Frasca medical records and we will follow-up in

3        writing.

4        Q.   You said you spoke to a Urgent Care

5   doctor?

6        A.   I have no idea who or when.  All I'm

7   telling you is I tell anybody I see and I'm being

8   perfectly honest.

9        Q.   What other doctors?

10        A.   I don't think I have any other doctors.  I

11   don't know, did I tell my dentist, chances are I

12   tell everybody, I don't know.

13        Q.   What is your dentist's name?

14        A.   He just closed his practice, what is his

15   name doctor -- Dr. Sue [sic] I don't know where he

16   is now, he closed his practice because of covid.

17        Q.   But you believe you spoke to Dr. Sue about

18   --

19        A.   No, I don't know but knowing me, I tell

20   everyone.

21             MR. KROMM:  I'm going to call for a HIPPA

22        authorization for Dr. Sue and just so the

23        record is clear, as well, we're also going to

24        be asking for a HIPPA authorization for Dr.

25        Francis who requires a separate one for the



Page 84

1          Port Authority OMS and we'll follow-up in

2          writing for that as well.

3               THE WITNESS:  So what does that mean, does

4          that mean that they're trying to get all of my

5          medical records to all of the doctors I ever

6          gone to, is that what this means?

7          Q.   Ms. Talarico, now I would like to talk a

8     little bit more about you know about these the

9     doctors that you have mentioned and how you know

10    you've spoken to them and about the recordings, the

11    recordings of the discovery, did you talk to any of

12    these doctors about how you felt?

13         A.   I'm sure I told them I was appalled and

14    how awful it is and how you can't trust anybody

15    anymore and you can't trust Port Authority I'm sure

16    I said all that, I'm sure.

17         Q.   And to be clear, your complaint here that

18    you filed in Federal Court you're not alleging any

19    physical injuries, correct?

20         A.   Physical meaning, my arm is broken or

21    something?

22         Q.   Correct?

23         A.   No, Diannae Ehler assaulted me and injured

24    me but that has nothing to do about the filming of

25    my medical, that's how it came about but that's not



Page 85

1    what caused --

2         Q.   Correct, I just want to make sure that

3    we're all clear the damages that you're alleging

4    against the Port Authority.  So you're not alleging

5    or claiming any physical damages on part of the Port

6    Authority, correct?

7         A.   You mean physical boldly injury?

8         Q.   Correct?

9         A.   A physically boldly injury I did not have.

10        Q.   You are alleging emotional distress and

11   damages related to your discovery of the recordings,

12   is that correct?

13        A.   Yes.

14        Q.   And can you tell us in that context how

15   your discovering of the recording has affected you?

16        A.   How could it not affect me.  You can't

17   trust anybody, anywhere, anything.  You know, they

18   broke the law.  People that I respected they've

19   destroyed -- the Port Authority has been successful

20   because of -- plus the response on top of everything

21   else, is the medical.  They've destroyed my belief

22   in the justice system, the legal system, the police,

23   the Port Authority itself, the Port Authority

24   management.  And then to find Dr. Fisher was the one

25   who told me years ago to go to PA medical, to go to



Page 86

1    the IG's office for help from the abuse of the

2    Lincoln Tunnel and I did what Dr. Fisher said and

3    that didn't help.  And then Dr. Fisher turns out to

4    be the person who's in charge of the department

5    where they filmed my medical.  If you don't live

6    this, you don't understand what it does.  You know,

7    it's ruined relationships, I've lost friends over

8    it.  I've lost sleep, I can't get promoted, my

9    reputations destroyed.  The Port Authority put in

10   the newspaper that they didn't film my medical, my

11   reputation means something to me.

12        Q.   I want to speak a little bit more about

13   the tangible ways that it has affected you, you

14   mentioned that you've lost sleep over it, can you

15   tell me a little bit more about that?

16        A.   You don't sleep when you're constantly

17   worried because and you don't know what the Port

18   Authority is going to do next because they're

19   filming you here and they're filming you there and

20   everything against the law, they break laws, the

21   Port Authority broke the law.

22        Q.   Any other affects on you tangible affects

23   like that you can describe as a result of this?

24        A.   I lost relationships with people because I

25   wouldn't back down and let the Port Authority get



1   away with what they did to me.  I've lost sleep,

2   I've lot family members, I could be stressed, I'm an

3   emotional wreck -- I'm sorry, I don't know what more

4   you want, okay.

5       Q.   Now, the stress that you mentioned this

6   is -- you're claiming that this is a direct result

7   of learning about the videotapes, is that correct?

8       A.   It's a direct result of the Port Authority

9   and all the things they did.  Yes, did the videotape

10  create more, yes, do you think I can go in a doctors

11  office and not look around and say, wow, I wonder if

12  I'm not being filmed today.

13      Q.   Ms. Talarico, it is important that you

14  attempt to try to differentiate how you feel towards

15  the Port Authority in generally because of your

16  other grievances as oppose to specifically how

17  discovering the recording has affected you.  This

18  has nothing to do with the cubicle, this has nothing

19  to do with relations with supervisors or anything

20  else --

21      A.   It has nothing to do with those all of

22  those terrible rotten, refusing to help me --

23      Q.   Ms. Talarico, it cannot because that is

24  not what is in this complaint.  What you are

25  alleging and what is before this judge and the court



Page 88

1    is the recording, and what I am entitled to and what

2    I'm asking you about is how that incident and that

3    incident alone has affected you.  So please, if you

4    can tell us how tangible affects of how the learning

5    about the recording has affected you and your mental

6    well-being?

7         A.   I don't even know how to be more specific

8    then you got to look now everywhere you go.  Is

9    there a camera, are they doing this.  You don't

10   sleep because you're worried about it.  You're

11   wondering what else the Port Authority is going to

12   do to you if they can stoop so low to film your

13   medical examination.  You don't sleep.  You got

14   people who -- you go to board meetings to try to get

15   help and you tell help them they filmed the medical

16   examination you send a letter to where and you know

17   asking and nobody cares, nobody cares in the Port

18   Authority so of course it affected me.  Do you know

19   how many people thought I was lying, would you like

20   to see the Facebook post when the article was put in

21   the paper, oh, she's a liar, they didn't film her.

22   And it still affected every part of my being on top

23   of every other rotten thing Port Authority did to

24   me.  So I don't know how to break it down any better

25   than that, I'm sorry.



Page 89

1       Q.   Do you still have these Facebook post?

2       A.   It's on Facebook, it's not my post, it's

3    on the Port Authority site.

4       Q.   But do you have copies of these?

5       A.   No, I didn't print them out.  No, seeing

6    them once was enough.  Also, seeing the article in

7    the paperwork the Port Authority is saying they

8    didn't do it making me a lair in the newspaper.  And

9    if nothing else you'll get from me, my reputation

10   matters to me.  And the Port Authority has done

11   nothing but try to destroy it and the biggest

12   mistake I ever made in my life was coming to work

13   here but I thought this agency was something

14   different (inaudible) lost his life for this agency

15   and I wanted to give back to people that were there

16   for me and nice to me and all I've been was abused

17   since I've been here.  And I still do my job

18   everyday, and I still have perfect attendance and I

19   still care about my work.

20       Q.   Ms. Talarico, do have you any other screen

21   shots of any social media posts regarding you and

22   the recording incident?

23       A.   I don't have any screen shots, it's on

24   Facebook.  Somebody posted the article and the

25   criminal complaint was put out and somebody posted



Page 90

1    the article and then people wrote nasty stuff after

2    it.

3         Q.    You've told us about sleepiness and you've

4    told us about you know, being called a lair on

5    social media, is there anything --

6         A.    Port Authority called me a lair in the

7    newspaper, in the newspaper they said they did not

8    film my medical, that relates to me being called a

9    lair, it does, it may be not be your legalese but to

10   any one else that read it, it means she's lying.

11        Q.    And is again, is there anything else other

12   than the stress and sleeplessness and reading of

13   certain social media post and media reports about

14   the incident?

15        A.    How about going to work and people

16   thinking you're lying.  How about all the people

17   that thought I was lying, it was the until I went to

18   27 board meetings or 26 board meetings when people

19   started believing me about all the things the Port

20   Authority did.

21        Q.    Ms. Talarico, we have to maintain focus in

22   this line of questioning needs to only to be in

23   reference to the affects on you of discovering the

24   video recording, not of the other matters.  So

25   please and to the extent that you can keep this



Page 91

1    narrowly confined to that, you need to do that.  Are

2    there any other --

3         A.    I can't get promoted, I can't do anything

4    because they think I'm a lair, do you understand.

5    It's all related, it's all related, it's all

6    related.  You may just talk about the filming of my

7    medical, but it's all relates to a -- it's a -- what

8    do you call it -- it's a culture or system you go

9    after and you just keep doing more bad things to

10   somebody and this time I saw - the detective from

11   the Port Authority lied, and said that it wasn't a

12   doctor or video, do you know how I got treated by

13   the N.Y.P.D police until I found a nice cop?  They

14   told me, you don't go against a cop, do you want to

15   know how the Hudson County prosecutor office treated

16   me all because of the film of my medical.  Or how

17   about the way the judge treated me, you know, I'm

18   sorry, it's all related, it's all related.  But

19   filming of the medical, that's the part that

20   everybody is like oh, no, the Port Authority would

21   never do that.

22        Q.    But that is what is before this court and

23   that's what your --

24        A.    And that's the best I can give you.

25        Q.    So you've described sleepiness, you've



Page 92

1    described stress, you've described feelings about

2    being called a lair --

3         A.   Losing relationship.

4         Q.   Anything else?

5         A.   I told you that I've lost relationships

6    because of it, I've been ridiculed because of it.

7         Q.   Because of the recordings?

8         A.   Yes, absolutely because they want me to

9    stop -- oh, the Port Authority wouldn't do that how

10   doing think I felt that day when I went to the Chief

11   securities office to go to work that first day?  How

12   do you think I felt?  You know the only thing that

13   keeps me going is the fact that I know the truth and

14   I will not stop until the truth is there.

15        Q.   Ms. Talarico but we're talking about your

16   claim for emotional damages as a result of the

17   recording that you discovered so again --

18        A.   I don't know what else to tell you.

19        Q.   If you have nothing else to say on that,

20   that's fine but this is your opportunity to tell us

21   about any other tangible affects of discovering the

22   recording?

23        A.   The tangible affects, my reputation has

24   been destroyed --

25        Q.   You told us about that?



1       A.   I can't get promoted because of my

2   reputation has been destroyed.  People think I was a

3   liar.  The Port Authority put in the newspaper I was

4   a liar.  I don't sleep.  I get upset -- what more do

5   you want from me?

6       Q.   Are you alleging that you have not been

7   promoted as a result of being recorded during your

8   medical exam?

9       A.   I'm going to say that it's part of it,

10  absolutely, I'm going to say it's part of it all

11  part of it.  The problem is because I put forth to

12  stand up to the Port Authority, it's all part of it,

13  yes, you may want to try to separate it but it's all

14  parts of the whole thing.

15      Q.   Ms. Talarico, I'm not trying to separate

16  it.  You filed a complaint in regards to the

17  recording and the recording only so I need to know

18  are you alleging that you feel you were not promoted

19  because of the recording?

20          MR. SOTO:  Objection, you can answer the

21      question.

22          THE WITNESS:  Answer it?

23          MR. SOTO:  Yes.

24      A.   Yes, it's all part of it, absolutely,

25  absolutely.  And the fact that I've gone to 26 board



Page 94

1    meetings and talked about the fact that they filmed

2    me and tell anybody that listened, absolutely.

3        Q.    Have you attempted to try to get any

4    promotions since the recording, since discovering

5    the recording?

6        A.    I'm sure I have, I'm sure I've gone on

7    interviews and stuff, I'm sure who knows.  Off the

8    top of my head, I couldn't really tell you, but

9    I'm -- yes, I'm sure I have.  I was told by Katie

10   Rosen oh, no don't even apply we want somebody from

11   outside, that's not even right.

12       Q.    Tell us about --

13       A.    Since I've been at Olsack [sic] there was

14   a job and I want to say it was in labor, and Katie

15   Rosen said right to my face oh, no, don't apply for

16   that we want somebody from outside.

17       Q.    And when did that happen?

18       A.    I don't know the exact date, I would have

19   to look through all the jobs that were post and

20   stuff.  Where was I then, was I there then -- I

21   don't know, I can't even anymore -- listen they've

22   done so many bad things to me.

23       Q.    Ms. Talarico, we're just talking about the

24   recording.  So you don't recall any specific jobs

25   that you applied to --



Page 95

1        A.    Yeah, that was a job in labor that I was

2    told not to.

3        Q.    You need to let my finish, you don't

4    recall any specific jobs that you applied to after

5    the discovery of the recording that you believe you

6    were denied as a result of the recording?

7        A.    Yeah, I believe I've been denied

8    promotions as a result of the recording, absolutely.

9    Claudia Dickey wanted to up my position as a 22 and

10   HR didn't let her and I believe it was a direct

11   result of the recording and all of what they've done

12   to me.  And the Diannae Ehler situation, yeah, I do

13   I think there's lots of things that I've been

14   penalized and held back and against, yes.

15       Q.    Now, also to be clear other than this

16   claim of not being promoted as a result of the

17   recording, you're not alleging any lost wages as a

18   result of this particular incident, correct?

19       A.    The fact that I have to use up all of my

20   time to proving, vacation time, going to N.Y.P.D.,

21   yeah, I did lose money for that.  I had to go to

22   N.Y.P.D, I had to go to the Hudson prosecutor.  I

23   had to use up vacation time, I lost anyway you can

24   think of.

25       Q.    Ms. Talarico, going to the Hudson



Page 96

1    prosecutor, I am talking about the discovery and the

2    recording --

3         A.   Yes.

4         Q.   I'm not talking about the Diannae

5    incident?

6         A.   No, it's because of the filming of my

7    medical I went to Hudson County and that's why I

8    went to the N.Y.P.D. because you filmed my medical

9    examination.  I had to go to the N.Y.P.D. to prove

10   it was a doctor, then I had to take that to the

11   Hudson County prosecutor who I have a letter stating

12   the Detective Guant did in fact say it that it was a

13   administrative assistant and not a doctor on the

14   recording.  So then I had to go -- because Lauren

15   Alavera the prosecutor in Weehawken now, the judge

16   in Weehawken told me about the email and everything

17   but wouldn't give it to me so then I had to go to

18   the Hudson County prosecutor Stephanie Desiree --

19   no, I have her name.  Anyway, Elson Davis, Stephanie

20   Elson Devis, that's her name Hudson County

21   prosecutor who's Lauren Alavere's boss, I had to go

22   to her she made Lauren Alavere send me a letter

23   stating that Detective Guant did in fact say that it

24   wasn't a doctor that it administrative doctor

25   assistant.  Again, the Port Authority said I was a



1   lair, again so now --

2       Q.   Ms. Talarico, how does this relate to

3   you're losing wages as a result of --

4       A.   Because I had to go to all these places, I

5   had to do it all on my time.

6       Q.   Approximately how many days did have you

7   to take off?

8       A.   I honestly don't know how many times I

9   went back and forth.

10      Q.   And Ms. Talarico, in those days that you

11  took off you were not paid?

12      A.   I used my time, my vacation time every

13  time I went to court, Diannae Ehler and everybody

14  went to court for free and I had to use up my time.

15      Q.   We're not talking about the court case

16  again?

17      A.   Yeah, just like today, I have to use my

18  vacation day just to do this.

19      Q.   How many days did you not get paid from

20  the Port Authority for missing work as a result of

21  this, not get paid, not vacation days, I'm talking

22  about not get paid if any?

23      A.   If I'm using my own vacation time, then

24  the Port Authority didn't pay me, I used my vacation

25  time.



Page 98

1        Q.   Okay, so you don't get paid for vacations?

2        A.   Yeah.  My vacation time I had to use to

3   follow through with the wrong doing of the Port

4   Authority for filming my medical and the lying to a

5   prosecutor.

6        Q.   When you take a vacation day, you don't

7   get paid?

8        A.   No, I get paid for it and you know it and

9   I know it but I shouldn't have to use my time.

10       Q.   That's what I'm talking about.  So you did

11  not in fact ever not get paid from missing a day for

12  this as a result of the --

13       A.   Yeah, but I shouldn't have to use my time

14  for Port Authority wrong doing.

15       Q.   That's a separate question, Ms. Talarico,

16  did you ever not get paid?

17       A.   No, I told them one day without pay, I was

18  going to go to the newspaper, that's what I told

19  them all along.

20       Q.   So you've been paid every day?

21       A.   Absolutely using up my time that I

22  accumulated and worked for.

23       Q.   So you have not been out any wages as a

24  result of the recording incident?

25       A.   I am out wages, I'm out promotion wages.



MAGNA
LEGAL SERVICES

Page 99

1    There's no reason in the world who works hard and

2    who is exemplary employee is still a C21 who came to

3    the Port Authority with a bachelors degree with

4    honors that she had just recently got, so please.

5         Q.   Ms. Talarico, I'm not referring to your

6    claim about missing promotions, I'm referring to

7    lost wages as in missing work and not being paid,

8    you did not any miss work --

9         A.   No, I told you had to use my own time.

10        Q.   But you got paid for that time?

11        A.   Using my own time.

12        Q.   But you got paid, correct?

13        A.   Using my own time.

14        Q.   Yes or no, Ms. Talarico, you got paid,

15   correct?

16        A.   Yes.

17             MR. KROMM:  At this point, I don't have

18        any further questions, however, we do reserve

19        the right to once we receive the HIPPA

20        authorizations and the medical records that

21        Ms. Talarico has referred to here today,

22        reserving the right to possibly have to bring

23        Ms. Talarico back to depose her on anything

24        that may arise in those records.  However

25        subject to that reservation, I don't have any



Page 100

1        further questions.

2    DIRECT EXAMINATION:

3            MR. SOTO:  Just a couple of things I want

4        to clarify.  When you mentioned the doctors you

5        had discussed the videotaping with, aside from

6        the psychologist specialist such as Dr.

7        Rubinstein, that's your gynecologist when you

8        discussed the videotaping with Dr. Rubinstein,

9        was that in the context of any treatment?

10           THE WITNESS:  Not for medical, like,

11       gynecologically [sic] while I'm in the room

12       with him and stuff he would say, what's new and

13       I would update him on the latest part of the

14       saga.

15       Q.   So would you say that when you were

16   discussing this with Dr. Rubinstein you weren't

17   discussing with him in his capacity as a medical

18   professional but conversationally?

19       A.   Yeah, somebody you feel you can trust that

20   you can talk to.

21       Q.   And the same with Dr. Goldman who is your

22   thyroid specialist, were you speaking about the

23   video in the context of your medical treatment with

24   him or conversationally?

25       A.   No, more about what's going on in my life.



Page 101

```
1        Q.   So conversationally?

2        A.   Yes.

3        Q.   And then Dr. Frasca your eye specialist,

4   when you discussed this video with Dr. Fresca, was

5   that in the context of any medical treatment or

6   discussed it conversationally?

7        A.   Same thing conversationally, all of them.

8        Q.   And then Dr. Sue, the dentist, when you

9   discussed this matter with Dr. Sue, were you

10  discussing this for medical treatment or was this

11  just conversationally?

12       A.   No, conversationally, like, people you

13  trust they're your doctors for years you can

14  converse with them.  How you been, what is going on

15  in your life, like, that's it.

16       Q.   And when we were discussing the impact

17  that the discovery of the video it had on you, you

18  discussed losing some sleep are you able to quantify

19  how much sleep you lost over this?

20       A.   Lots of sleep, I don't even know how to

21  quantify, you know it's there it's something you

22  know --

23       Q.   Is that something that happens up to the

24  day?

25       A.   Yeah, of course.
```



Page 102

```
1        Q.    How many times a week would you say you

2   lose sleep over this?

3        A.    Since the filming of my medical and losing

4   the last bit of trust I had in something, I don't

5   sleep good regularly now so I still lose sleep over

6   it.

7                         (Continued on the next page to

8                         include jurat.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 103

```
 1        Q.   Are you able to say how many times a week

 2   that you lose sleep over this or is it just --

 3        A.   I don't know how do put a number on that,

 4   you know.

 5             MR. SOTO:  I have nothing further.

 6                        (Whereupon, at 12:22 P.M., the

 7                        examination of this witness was

 8                        concluded.)

 9

10   _____

                      CHARLENE TALARICO

11

12

13

14   Subscribed and sworn to before me

15   this _____ day of _____ 20____.

16

17   _____

         NOTARY PUBLIC

18

19

20

21

22

23

24

25
```



Page 104

```
 1                I N D E X

 2

 3   INFORMATION AND/OR DOCUMENTS REQUESTED

 4   INFORMATION AND/OR DOCUMENTS           PAGE

 5

     INSERT                                 20

 6   INSERT                                 62

 7   SUPPLEMENTAL HIPPA                     81

 8   AUTHORIZATION                          82

 9   HIPPA AUTHORIZATION AND UPDATED

     SUPPLEMENTAL RESPONSE FOR DOCTORS,

10   DR. RUBINSTEIN & DR. GOLDMAN           81

11   HIPPA AUTHORIZATION FOR DR. SUE AND

     HIPPA AUTHORIZATION FOR DR. FRANCIS    83

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 105

 1                   C E R T I F I C A T E

 2

 3   STATE OF NEW YORK    )

                          :  SS.:

 4   COUNTY OF KINGS      )

 5

 6            I, DANIELLE SHARELL BATTLE, a Notary

 7   Public for and within the State of New York, do

 8   hereby certify:

 9            That the witness whose examination is

10   hereinbefore set forth was duly sworn and that such

11   examination is a true record of the testimony given

12   by that witness.

13            I further certify that I am not related to

14   any of the parties to this action by blood or by

15   marriage and that I am in no way interested in the

16   outcome of this matter.

17            IN WITNESS WHEREOF, I have hereunto set my

18   hand this 14th day of August, 2020.

19

20

21   _____

                     DANIELLE SHARELL BATTLE

22

23

24

25



| | | | | |
|---|---|---|---|---|
| **A** | **ago** 35:22 39:17 | 29:7 31:11 | 47:4,6,16,25 | **attendance** 3:12 |
| | 85:25 | **anybody** 28:13 | 48:11,12 51:21 | 14:6 89:18 |
| **ability** 7:19 | **agree** 6:2,11 | 30:7 38:11 | 52:1 54:1,17 | **attention** 12:18 |
| **able** 7:4 29:10,17 | 22:10 | 45:20 46:9 | 55:14 57:2,9,24 | 30:17 |
| 30:18 35:9 | **AGREED** 4:9,12 | 69:10 76:13 | 57:25 58:21 | **attorney** 3:10,17 |
| 101:18 103:1 | 4:15,18 | 77:19 81:11 | 60:3 | 4:3 5:16 |
| **absolutely** 14:15 | **air** 39:23 | 82:14,19 83:7 | **arm** 84:20 | **attorneys** 2:3,7 |
| 14:18 15:25 | **Alavera** 71:4 | 84:14 85:17 | **arms** 55:23 76:19 | 4:19,20 |
| 24:14 27:16 | 96:15 | 94:2 | **arranged** 29:22 | **August** 1:12 5:19 |
| 28:16 54:25 | **Alavere** 65:9 | **anymore** 84:15 | 29:25 | 12:19,23 13:1 |
| 56:9 63:11 | 73:14,19 96:22 | 94:21 | **arrived** 32:19 | 15:24 27:20,23 |
| 64:23 73:16 | **Alavere's** 65:11 | **anyway** 27:1 | 33:9 | 27:24 28:1,3,4 |
| 92:8 93:10,24 | 72:6 96:21 | 41:14 67:16 | **article** 3:7 88:20 | 28:20 32:2,4,12 |
| 93:25 94:2 95:8 | **alive** 16:18 17:2,5 | 95:23 96:19 | 89:6,24 90:1 | 79:20 80:11 |
| 98:21 | **alleged** 80:6 | **apart** 52:2 | **aside** 100:5 | 105:18 |
| **abuse** 42:10 | **alleging** 84:18 | **apologize** 79:1 | **asked** 16:2 22:21 | **Authority** 1:8,18 |
| 69:10 78:17 | 85:3,4,10 87:25 | **appalled** 84:13 | 23:2 31:13 | 2:7,8 5:17,22 |
| 86:1 | 93:6,18 95:17 | **appalling** 82:14 | 46:17 47:3 | 6:13 7:23 8:1,4 |
| **abused** 17:15 | **allowed** 14:9,15 | 82:19 | 48:18 49:3 | 9:2 10:19 14:4 |
| 68:6,9 89:16 | 15:3 17:19 | **apparent** 28:19 | 50:13,15 54:8 | 14:5,22 15:2,9 |
| **abusing** 24:3 | 23:17 38:23 | **applaud** 76:25 | 70:19 | 16:7,19 18:2 |
| **accept** 41:3,5 | 42:8,8 53:8 | 77:1 | **asking** 6:23 | 19:12,15 21:9 |
| 67:22 | **allowing** 17:15 | **applied** 94:25 | 10:23 14:13 | 22:2 23:10 60:8 |
| **accepting** 41:2 | **alluding** 21:17 | 95:4 | 20:15 65:2 | 64:7 68:23 |
| **accommodate** | **Americans** 28:8 | **apply** 3:7 94:10 | 75:17,24 80:5,7 | 70:12,22 75:9 |
| 7:12 | **analysis** 22:11 | 94:15 | 82:2 83:24 88:2 | 78:3,7,17 80:2 |
| **accompanied** | **AND/OR** 104:3,4 | **appointment** | 88:17 | 80:18,22 81:15 |
| 3:19 | **Ann-Marie** 18:24 | 24:15 61:3 | **assault** 67:8,19 | 82:9 84:1,15 |
| **account** 43:21 | **anonymous** 22:3 | **appointments** | 67:23 68:7,18 | 85:4,6,19,23,23 |
| **accumulated** | **answer** 3:6,10,14 | 60:5 | 80:6 | 86:9,18,21,25 |
| 98:22 | 3:14,17,18,19 | **appropriate** 3:7 | **assaulted** 27:3 | 87:8,15 88:11 |
| **accurate** 7:20 | 3:20 6:25 7:6 | 4:16 | 39:25 40:17 | 88:18,23 89:3,7 |
| **acting** 74:25 75:2 | 7:14 10:24,25 | **approximate** | 49:4,5 51:15 | 89:10 90:6,20 |
| **action** 105:14 | 11:10,15 15:11 | 74:10,11 | 58:6,14 64:18 | 91:11,20 92:9 |
| **add** 67:11 | 16:6 18:13,14 | **approximately** | 72:22 84:23 | 93:3,12 96:25 |
| **address** 5:9 71:8 | 18:16 36:18 | 17:3 19:14 | **assigned** 19:21 | 97:20,24 98:4 |
| **administrative** | 49:11 80:12 | 20:20 21:19 | **assistance** 18:23 | 98:14 99:3 |
| 70:13 96:13,24 | 93:20,22 | 26:5 32:16 33:5 | **assistant** 9:16 | **authorization** |
| **administrator** | **answered** 3:16 | 33:5 36:24 | 65:6,8,12,13 | 83:1,1,22,24 |
| 8:6 9:16 41:13 | 4:5 43:13 53:12 | 44:23 45:11 | 70:13 96:13,25 | 104:8,9,11,11 |
| **advised** 63:21 | 60:10 64:16 | 46:16,19 52:9 | **assume** 38:14 | **authorizations** |
| **ADVOCATES** | 66:14 71:19 | 54:3 70:15 | 45:17 78:16,18 | 81:6 99:20 |
| 2:2,15 | **answering** 44:15 | 72:12 97:6 | 78:19 | **available** 35:3 |
| **affect** 85:16 | 77:16 | **area** 11:9 12:2 | **attempt** 40:6 | **Avenue** 26:3,16 |
| **agency** 24:18 | **answers** 71:18 | 37:22 38:10 | 87:14 | 28:6 43:25 44:6 |
| 89:13,14 | **anxiety** 28:7,8 | 45:23,25 46:19 | **attempted** 94:3 | 44:11,16,22 |



45:3,11
**aware** 27:25 31:7
 79:13
**awful** 84:14
**A.K.A** 65:11
**A.M** 1:13 34:23

**B**

**b** 3:3,8 10:24
**bachelors** 99:3
**back** 8:22 10:17
 11:4,7 12:24
 13:1 14:9 15:3
 16:5,6 19:3
 20:4,5,12 24:13
 24:18 25:6
 26:14,17 27:4,6
 27:19,23 28:1,4
 28:11 29:11,14
 31:11,14,15
 32:5,7,11,14
 34:2,3,9,20
 36:2,25 37:14
 38:19 40:24
 42:4,13,17 44:4
 49:23 51:24
 55:14 58:15,23
 60:14,25 61:1
 61:20 62:4
 63:13,17,17,21
 63:25 64:7
 66:10,10,12,13
 67:2,22 73:22
 74:1 86:25
 89:15 95:14
 97:9 99:23
**bad** 19:18,18
 59:23 75:8 91:9
 94:22
**bag** 34:7
**bandage** 59:14
**bandaged** 54:13
 56:14 64:8,11
**banging** 29:9
**based** 22:8 44:19
**basically** 11:23

42:5
**basis** 3:11,19
**Battle** 1:19 105:6
 105:21
**bed** 50:6,11,18
**beg** 15:8
**begged** 18:17
 19:1
**begging** 17:10
 24:2 25:2,3
**behalf** 1:2
**belief** 85:21
**believe** 9:15
 13:19 27:12
 31:25 35:19,19
 35:25 54:22
 59:7 74:20
 83:17 95:5,7,10
**believing** 90:19
**best** 9:6 16:14
 20:13,15 38:8
 58:19 63:3
 73:12 91:24
**better** 39:14,18
 39:18 88:24
**be;ieve** 74:20
**big** 22:3 30:15
 31:2,5 46:20,21
**biggest** 89:11
**bill** 15:7
**bit** 12:25 25:6
 84:8 86:12,15
 102:4
**bizarre** 42:9
**blank** 20:25
 21:12 78:2
**blind** 81:3
**blood** 105:14
**Bloomfield** 61:19
 61:22
**board** 88:14
 90:18,18 93:25
**body** 55:21
**boldly** 85:7,9
**boss** 65:11 96:21
**bounds** 75:13

**break** 7:10,15
 86:20 88:24
**bridge** 19:22,24
 20:9
**bridges** 21:22
**briefly** 9:23
**bring** 55:14 66:6
 99:22
**brings** 7:5
**Broadway** 2:4
**broke** 85:18
 86:21
**broken** 84:20
**building** 45:9,10
 45:10,12,14,16
 45:18
**bunch** 34:17
 70:20
**Burke** 53:7 55:1
 55:7 62:7
**bus** 35:5
**business** 38:15

**C**

**c** 2:1 3:3 5:1,1
 105:1,1
**cabinet** 31:2
**cabinets** 47:13
**calendar** 21:9
**call** 21:23 28:23
 31:19 35:1
 36:11,12 37:10
 43:14 45:23
 47:14,19 50:25
 60:14,21,24
 61:4 66:20
 67:21,21 77:20
 82:25 83:21
 91:8
**called** 5:1 20:2
 28:23,24 32:9
 33:11,19 35:2,6
 35:7,17,19,21
 36:19,20,20
 37:11,12 42:23
 43:3,3,8 44:11

60:8 63:18
 64:15 71:17,18
 71:20,24 75:6
 76:24 77:21
 90:4,6,8 92:2
**calling** 22:19
**calls** 14:1 34:17
 67:25
**calm** 75:1
**camera** 88:9
**cameras** 56:6
**capacity** 100:17
**captain** 40:13,14
 40:18,24 41:3
 63:19,22 66:11
 66:15,15,17
 67:4,4 69:19
**captains** 40:12
**car** 64:12,15
 66:20
**care** 23:8 79:15
 79:18 80:9,15
 82:18 83:4
 89:19
**career** 14:5
**cares** 88:17,17
**case** 69:13,21,24
 97:15
**cash** 10:6 12:5,9
**category** 78:8
**cause** 3:17
**caused** 85:1
**Cedric** 17:21,22
 18:5
**ceiling** 47:12
**cellphone** 35:16
 35:18,20,23
 36:1 51:16
 60:16
**center** 2:9 9:2,4
 12:12
**certain** 90:13
**certify** 105:8,13
**Chaffey** 18:7
 35:4 36:10
**chain** 17:7,20

18:22 25:3
**chair** 22:16 39:4
 39:5,9 50:7,12
 50:17,20,23
 51:3,9,12,22
 52:2,10 53:4
 59:8
**Chairman** 77:14
 77:19
**chairs** 46:25 47:1
 59:12
**chance** 43:7
**chances** 34:23
 83:11
**change** 31:7
**changed** 9:8,18
 9:21 28:13 42:7
**character** 6:8
**charge** 4:20
 25:14 65:21
 67:11 68:7 86:4
**charged** 68:8
**charges** 40:17,21
 41:2,4 63:20
 64:17 67:8,23
 67:24 68:18
 70:19
**Charlene** 1:2,16
 2:3 5:8 23:24
 23:25 42:3
 63:21 68:17
 103:10
**charts** 29:8
**check** 28:19
 45:24 46:1
**chief** 8:9 20:1
 63:18,20 64:2,5
 64:6 66:12,16
 71:20 92:10
**choice** 67:17
**Christopher** 64:5
**City** 8:12 69:19
 69:22,25 73:13
 73:16
**Civil** 3:4
**civilian** 12:11



claim 92:16
95:16 99:6
claiming 85:5
87:6
clarification 8:23
clarify 100:4
class 1:3
Claudia 11:12
95:9
clear 3:10,19
32:7 42:25
74:25 78:13
79:2 83:23
84:17 85:3
95:15
clearly 4:7
clerk 4:11
client 6:7,9
cliques 21:25
close 47:22
closed 30:10 48:8
53:9 83:14,16
closes 66:19
clothed 56:1
clothes 76:21
colleagues 82:4
come 12:6 24:17
27:23 29:17
30:12 31:4,13
31:15 34:20
35:10 36:4,12
37:13,25 38:18
41:18 42:1,2,4
42:13,14,15
46:17 47:3 63:8
64:20,24 66:6
66:21 68:3
comes 40:24
41:23 46:7
58:23 66:10
67:22
coming 37:8,9
49:8 89:12
command 17:8
17:20 18:22
25:3

comments 3:13
communicating
4:3
communication
4:2,4,6
communications
6:9
Comp 61:11 63:6
compensation
61:6
complainant
65:1
complaint 63:9
67:2 68:2,3,4
84:17 87:24
89:25 93:16
complete 3:20
compliance 3:4
concerned 28:2
concluded 103:8
conduct 3:1 4:1
6:16
conducted 5:21
6:3
confidentiality
3:15
confined 91:1
confirm 70:10
confirmed 31:18
consent 4:4
constant 15:21
constantly 86:16
contact 65:4
81:14
contacts 61:23
context 85:14
100:9,23 101:5
continue 71:16
continued 39:10
102:7
contract 26:10
26:10 28:5
43:20
contracted 13:23
controlling 4:16
conversation

59:6 81:24
conversationally
100:18,24
101:1,6,7,11,12
conversations
81:25
converse 101:14
cop 41:18 91:13
91:14
copies 89:4
cops 36:19 40:23
copy 4:19 22:22
22:23 66:6,8
68:1
corner 29:17
Corosis 42:14
Corporate 6:14
correct 5:23 6:4
6:5 7:23 21:16
21:22 25:9
26:18 27:15,20
31:14 32:12
33:18 44:6,7,17
44:20 48:5
54:21 56:1 57:9
57:17 62:7,11
66:2 73:1 78:15
82:23 84:19,22
85:2,6,8,12
87:7 95:18
99:12,15
Counsel 21:11
78:20 81:5
County 1:1 65:11
70:7 71:19
91:15 96:7,11
96:18,20 105:4
couple 6:20 47:1
52:12 71:14
100:3
course 3:12 18:6
18:18 63:16
67:18 71:18,19
73:15 77:5
88:18 101:25
court 1:1,17 3:16

4:11 7:1 41:12
41:12,13 63:10
65:16,18,19
69:7,14,17 72:2
84:18 87:25
91:22 97:13,14
97:15
covid 83:16
CPLR 3:8,12,18
4:13,15,16
crazy 37:14
74:25
create 87:10
criminal 25:15
40:17,20 41:1
63:9,24 64:17
68:12 89:25
CSO 8:19 12:10
CSO's 8:15 9:4
9:15,20 10:3
11:24 12:8,14
cube 30:4,6 37:24
37:24 38:1
cubicle 28:7,13
29:5,5,19,25
31:8 33:3,8,10
33:13,14,17
35:15 36:6
37:20,21,23
38:4 80:6 87:18
cucumber 75:1
culture 91:8
current 8:3
currently 7:18,22
8:8
curtain 48:5,6,7
48:8,8 50:21
52:4
curtains 47:11,22
50:5 53:9
cut 16:21
C21 8:5 9:10,17
99:2

_____
D

d 3:3 104:1

daily 9:20
damages 85:3,5
85:11 92:16
Danielle 1:18
105:6,21
date 1:12 8:22
9:7 12:20,23
20:22 74:8,9,10
74:11 94:18
dates 72:24
David 2:10 5:16
Davis 96:19
day 11:11 12:24
13:1 27:2,19
28:3 31:17 32:2
32:15 46:5 56:8
58:2 61:6,20
64:22 66:24
74:3,25 92:10
92:11 97:18
98:6,11,17,20
101:24 103:15
105:18
days 21:24 67:25
97:6,10,19,21
De 41:9
deal 29:3 31:16
69:14
dear 64:20
Deborah 77:14
77:19
December 21:8
decent 18:8
decide 63:23
decided 13:25
24:4 43:5 63:25
69:12
decision 40:25
deemed 4:16
defect 3:11
Defendants 1:9
1:16 2:7
definite 21:25
definitely 22:1
26:24
degree 99:3



**deleted** 22:24
**denied** 95:6,7
**dentist** 83:11
  101:8
**dentist's** 83:13
**department** 2:7
  11:13 64:16,21
  66:21 86:4
**Depice** 15:20,23
  28:21 77:4,11
  77:22 78:11,14
  79:3
**deponent** 3:10,14
  3:17,20 4:2,4
**depose** 99:23
**deposition** 3:3,5
  3:6,6,9,14,21
  4:3 5:21 6:1,3
  6:13,17,18
**Depositions** 3:1,2
  4:1
**deputy** 41:13
**describe** 9:23
  45:9 47:8 86:23
**described** 38:11
  91:25 92:1,1
**Desiree** 18:4
  65:10 96:18
**desk** 29:14 45:19
  45:20 46:1,3,24
  59:5,9 60:4
  61:4
**destroy** 89:11
**destroyed** 75:10
  85:19,21 86:9
  92:24 93:2
**detective** 60:10
  60:18 70:3,11
  73:14 91:10
  96:12,23
**detectives** 68:22
**determining** 4:4
**devices** 56:7
**Devis** 96:20
**diagram** 30:21
**Diannae** 13:18

18:6 25:12,15
  32:20,23 33:24
  35:13 36:5 37:1
  37:3,7,16 38:12
  38:21 39:7,21
  40:2 49:4 58:7
  63:9 69:6 80:6
  84:23 95:12
  96:4 97:13
**Diannane** 51:16
**Dickey** 11:12
  95:9
**Dictates** 60:8
**died** 21:5,5
**different** 9:25
  10:1 26:1,1
  29:15 54:1,2
  60:12 89:14
**differentiate**
  87:14
**direct** 3:17 11:23
  12:2,18 18:23
  87:6,8 95:10
  100:2
**direction** 3:18
**directly** 10:24
**director** 11:12
  17:9
**dirt** 17:16
**Disabilities** 28:9
**disc** 71:13,15
  72:7,13 73:13
  73:16,16,18,22
**discovered** 92:17
**discovering**
  81:12 85:15
  87:17 90:23
  92:21 94:4
**discovery** 70:20
  70:21 73:9
  80:10 84:11
  85:11 95:5 96:1
  101:17
**discs** 70:23,24
  71:1 72:5 74:2
  74:5

**discuss** 77:12
**discussed** 6:7,10
  77:13,18 100:5
  100:8 101:4,6,9
  101:18
**discussing**
  100:16,17
  101:10,16
**discussion** 77:9
**discussions** 6:9
**distress** 85:10
**doctor** 28:23,24
  48:14 70:5,11
  73:15 76:12
  77:25 78:1
  79:15,22 80:15
  81:2,20 82:12
  82:13,18,22
  83:5,15 91:12
  96:10,13,24,24
**doctors** 50:2
  56:24 79:10
  81:7,9,10,21
  82:5,10,11,15
  83:9,10 84:5,9
  84:12 87:10
  100:4 101:13
  104:9
**documented** 28:6
**DOCUMENTS**
  104:3,4
**dog** 74:18
**doing** 10:7 12:5
  30:17 38:14
  42:16 53:15
  67:18 74:19
  76:12 88:9 91:9
  92:10 98:3,14
**dollars** 15:8
  23:11
**Donna** 22:15,20
  23:2
**door** 29:9 30:8
  33:6 37:22,25
  51:21 52:6 57:1
  57:3,4,5,21,22

58:22,24 66:14
  66:18,19
**doors** 45:22
  46:23,23 56:19
  57:2
**doorway** 29:13
  30:2,2,5,9
  41:24 49:17
**doubt** 52:15
**downstairs** 39:25
  40:1,4,9,10,11
  42:4,19 60:7
  61:1 64:11
**Dr** 13:21 16:18
  23:22,23,25
  24:6,10 28:9,16
  29:1,2 48:15,17
  48:20 49:1,7,12
  50:10 51:2,11
  52:10,23 53:3
  53:13 54:4,12
  54:14 55:1,4,7
  56:18 57:3,11
  57:18 58:2,10
  58:17 59:15
  62:6,6 63:1
  70:10,17 75:4
  75:17,20,20
  77:11,22 78:4,6
  78:10,11,13
  79:3,6 81:24
  82:8,9,13,22
  83:1,15,17,22
  83:24 85:24
  86:2,3 100:6,8
  100:16,21
  101:3,4,8,9
  104:10,10,11
  104:11
**draw** 30:20 31:1
**Drew** 80:25
**Drive** 5:10
**driven** 25:21
**drove** 44:17
**duly** 5:2 105:10
**duties** 10:4

**D-E-P-I-C-E**
  15:20

**E**

**e** 2:1,1 3:5 5:1,1
  104:1 105:1,1
**earlier** 31:25
  32:17 77:4
**effect** 4:10 7:19
  64:19
**Ehler** 13:19 18:6
  25:12 32:20,23
  39:21 49:4 63:9
  69:6 84:23
  95:12 97:13
**eight** 68:22,22
**either** 16:15
  34:21 40:2
  50:11
**elaborate** 17:14
**electrical** 44:3
**elevator** 45:20,21
  57:8,13,19
**elevators** 46:22
  70:23 74:22
**Elher** 25:15
  51:16 58:7
**Elson** 96:19,20
**email** 42:8 70:4
  96:16
**emails** 25:2 31:9
**Emilio** 40:14
**emotional** 85:10
  87:3 92:16
**employed** 7:22
  7:25 19:11
**employee** 99:2
**enforce** 3:15
**entered** 50:9
**entire** 12:10 14:4
  14:5 25:3 75:4
  75:5,19 76:4
**entitled** 88:1
**entrance** 30:5,6
  33:6,8
**equipment** 47:11



**Erie** 8:11
**Erinburg** 71:21
**error** 3:11
**escorted** 25:21
26:25
**Especially** 74:23
**ESQ** 2:5,10
**event** 4:6 71:23
**everybody** 10:16
22:1 29:13 30:4
35:2,19 36:20
38:16 40:23
60:16 77:15,18
79:15 83:12
91:20 97:13
**everyday** 89:18
**exacerbate** 31:11
**exacerbated** 28:8
**exact** 74:8,9
94:18
**exactly** 23:11
25:19 35:9
37:12 50:3
51:15 76:2
**exam** 93:8
**examination** 1:15
3:12 4:13,19
5:5 14:23 47:15
52:17 53:14
54:5 70:4,9
75:4,15,19 76:4
77:2 80:11
88:13,16 96:9
100:2 103:7
105:9,11
**examine** 55:20
75:24
**examined** 5:3
62:9
**examining** 3:20
**excuse** 9:10
**executive** 17:9
**exemplary** 99:2
**expert** 67:12,17
**extent** 3:11 23:16
90:25

**eye** 82:13,22
101:3

---

### F

**F** 105:1
**face** 13:20 22:18
23:3 94:15
**Facebook** 88:20
89:1,2,24
**facility** 19:21
**fact** 14:17 34:1
66:6 70:11
76:18 92:13
93:25 94:1
95:19 96:12,23
98:11
**fair** 9:3 47:2 69:4
**family** 82:3 87:2
**far** 22:2 33:5
54:17 57:14
62:25
**fast** 11:3
**father** 21:4,5
**fault** 58:13
**February** 74:13
**Federal** 84:18
**feel** 29:6,10 30:12
79:1 87:14
93:18 100:19
**feelings** 79:19
80:10 92:1
**feet** 33:7
**felt** 84:12 92:10
92:12
**female** 41:18
**figure** 16:23
**file** 23:24 30:23
31:3
**filed** 63:9 84:18
93:16
**files** 30:24
**fill** 20:25 61:25
**filled** 61:7
**film** 86:10 88:12
88:21 90:8
91:16

**filmed** 77:2 86:5
87:12 88:15
94:1 96:8
**filming** 70:1,17
75:11 84:24
86:19,19 91:6
91:19 96:6 98:4
102:3
**films** 70:22
**finally** 35:3 69:15
72:9,9,11
**find** 85:24
**fine** 18:15 28:22
32:11 68:21
92:20
**finger** 22:17
**fingerprints**
71:24
**fingers** 51:18,19
**finish** 6:24 15:16
16:22 24:8
29:24 35:17
36:11 44:14
46:14 48:23
79:10 95:3
**first** 5:2,13 10:2
10:6 12:5,24
13:1 16:1,3,9
16:25 17:1,13
18:10,18 19:5
19:11,15,20
20:11 21:17
22:6 23:20 24:9
25:25 26:5,11
27:6,19,24
29:14 33:17,17
35:24 48:10,21
48:21,24,24
49:20,21 53:1
65:23 70:16,23
74:21 76:9 78:4
92:11
**Fisher** 13:21
81:24 85:24
86:2,3
**five** 33:7

**fix** 31:10
**Flemming** 40:19
40:20 41:16
42:2,19,22 43:2
66:8,8 67:1
**floor** 2:9 45:18
45:21
**Floyd** 17:8,9 18:5
19:8,10 22:14
**focus** 29:4 90:21
**follow** 98:3
**follows** 5:4
**follow-up** 78:24
81:8 83:2 84:1
**food** 22:4
**force** 4:10 10:17
**forced** 10:14 13:3
13:5,8,10,13
14:1,2,7 16:18
58:14
**forcible** 67:13,19
**forcing** 24:1
43:25
**forever** 72:22
**forgot** 18:24
**form** 3:11 6:1,17
**former** 80:14
**forth** 3:16 4:5
93:11 97:9
105:10
**found** 32:8 91:13
**four** 26:23 72:21
**fourth** 16:12,15
26:23 32:6,8
**frame** 72:19
**framed** 3:9
**Francis** 16:19
23:23,23,25
24:6,10 78:4,4
78:6,11 79:6
83:25 104:11
**Frasca** 82:13,22
83:2 101:3
**freak** 29:18
**free** 97:14
**Fresca** 101:4

**friends** 36:20
67:6 82:4 86:7
**front** 21:14 30:15
37:19,19 38:4
39:7 51:4 60:3
60:4 73:7
**fully** 11:10 56:1
**Fulton** 17:21,22
18:6
**function** 9:14
**functions** 9:20
**furnished** 4:20
**further** 4:9,12,15
4:18 99:18
100:1 103:5
105:13

---

### G

**Gary** 15:20 28:21
28:23,24,25
38:12 77:6,7
**general** 3:2
**generally** 81:18
87:15
**generals** 60:9,17
60:22 70:12
**Gentil** 18:24
**George** 20:9,12
**getting** 19:4 23:3
23:8 38:20
51:20 55:9 57:8
**girlfriend** 75:6
76:24
**girls** 23:17
**give** 7:13,19 15:4
17:7 42:5 43:7
53:19 55:8
63:22 64:1,8,9
72:19 89:15
91:24 96:17
**given** 3:6 12:15
66:7 67:1
105:11
**giving** 10:25 37:8
73:8
**glass** 46:23,23



57:2,21,22
**Glynn** 11:16,18
11:19,25
**go** 6:20 10:14,18
12:2 14:8 15:2
15:3 16:2,18
18:3,21 20:5
22:18 24:15
25:6,20 27:6,8
28:1,4,16,16
29:2 32:5,7,14
33:9,13 34:1,2
36:2,5 37:25
38:22 39:1 40:9
40:10 41:10,10
41:11,12,12,13
41:14 42:3,5
43:18,19,24
44:19 49:19,20
50:2 52:19
56:11,19 57:1,2
57:4,5,24 61:20
62:4 63:21
64:14,14 65:16
65:18 66:20,22
66:23 67:21,25
68:21 69:17
71:22 79:15
81:21 82:14
85:25,25 87:10
88:8,14 91:8,14
92:11 95:21,22
96:9,14,17,21
97:4 98:18
**God** 18:1 39:15
56:5 68:11
76:20 77:25
78:1
**goes** 27:25 39:22
39:23 66:10
67:2,20
**going** 6:22 7:1,3
13:16 15:22
16:22 19:3 20:6
22:8 25:17 27:1
28:8,11 29:23

30:13 31:10,11
35:8,12 36:17
37:3,9 38:16
39:25 40:3,7
41:4,5 42:23
43:8,18,21
44:12,13 53:5
53:16 55:8
57:23 68:17,21
69:12,15 72:18
73:2,3,6 78:20
81:5 82:25
83:21,23 86:18
88:11 90:15
92:13 93:9,10
95:20,25 98:18
100:25 101:14
**Goldman** 81:4,8
81:10 82:9
100:21 104:10
**Gonzalez** 40:14
40:14 69:20
**good** 5:12,15 7:4
31:18 36:17
58:15 102:5
**goodbye** 11:14
60:23
**gown** 56:4
**gray** 11:9 12:2
58:21
**Greenwich** 2:9
**grief** 37:8
**grievances** 87:16
**GRODENTIZI...**
2:15
**ground** 6:21
**grounds** 4:5
**group** 13:24 19:2
**Guant** 70:3,11
73:14 96:12,23
**guess** 8:16 51:4,6
53:8,10 68:18
69:17 77:9
**guesstimate**
32:18
**gurney** 47:13,17

47:20 50:6,11
50:18,23,25
**gurney's** 47:24
**guy** 28:5,5 43:20
52:19 57:5
**guys** 44:1,2,3
68:22
**gynecologically**
100:11
**gynecologist**
79:14,21 80:9
80:14,24 100:7

───────

**H**

**H** 5:1
**halfway** 18:8
**half-hour** 52:12
**hallway** 57:21,22
57:25
**hand** 39:22,23
42:25 43:21
49:5,6,12 51:17
51:18 52:18
54:7,8,13,14
55:2,5,21,24,25
56:15,18 57:12
59:13,14,19,22
61:5 64:8,11
66:23 67:16
70:18 105:18
**handle** 10:5
60:19
**hands** 33:12
42:21 53:16,16
75:17,25 76:19
**hanging** 41:24
**Hanna** 18:5,20
**happen** 94:17
**happened** 11:14
19:18 22:5,11
29:5 32:19 34:9
34:13 37:4,6
38:25 39:20
40:21 43:17
49:3 51:13
56:12 60:2

63:13,15,15
65:21 66:5
79:23,24
**happens** 22:1
32:21 58:21
69:17 101:23
**happy** 7:11 22:13
23:15
**harass** 69:10
**harassed** 17:16
**harassing** 23:16
**harassment**
67:13,19,24
99:1
**hard** 76:9,10
99:1
**hardest** 11:3
**Harrington**
41:19
**head** 8:10 17:23
20:11 31:3 70:7
72:23 74:8,12
75:5,12 94:8
**healthy** 82:17
**heck** 13:23 42:16
**held** 1:17 95:14
**hell** 24:23
**hello** 11:14
**help** 17:6,10 18:8
18:17 19:1,3
24:3 25:1,2,3
28:18 60:9,23
66:19 86:1,3
87:22 88:15,15
**hereinbefore**
105:10
**hereto** 4:17,19
**hereunto** 105:17
**HIPPA** 75:9
78:22,23 81:6
83:1,21,24
99:19 104:7,9
104:11,11
**home** 14:21
28:18 71:8
73:23 74:16
**honest** 83:8

**honestly** 18:11
27:3 36:9 51:25
59:12 77:7
80:13 81:14
82:20 97:8
**honesty** 75:13
**honors** 99:4
**hour** 52:14,15
**hours** 74:2,2 75:7
76:25
**house** 71:2,16
73:21
**HR** 18:1 22:19
28:15 81:25
95:10
**Hudson** 65:10
70:7 71:19
91:15 95:22,25
96:7,11,18,20
**human** 10:16

───────

**I**

**idea** 17:4 26:7
31:21 32:8
38:17 44:25
45:2,13,16,18
46:11,18 48:3
48:13 50:24
52:11,13 55:16
58:3,9,16 59:11
76:15 83:6
**ignored** 69:8
**ignoring** 17:10
17:13
**IG's** 86:1
**ii** 3:15
**iii** 3:16
**immediate** 8:14
10:9,12 11:19
11:23
**immediately**
39:5 71:22
**impact** 101:16
**impeccable** 23:9
23:9
**important** 79:2



87:13
**improper** 3:16
  29:6
**inaudible** 60:15
  81:23 89:14
**incident** 41:17
  66:7,9,24,25
  77:23 78:10,14
  88:2,3 89:22
  90:14 95:18
  96:5 98:24
**incidents** 5:19
**include** 3:10
  80:19 102:8
**including** 77:14
  77:18 78:8 79:7
  79:7
**incorrect** 16:6
  64:25
**Index** 1:6
**individually** 1:2
**individuals** 22:9
  44:16
**information**
  36:25 104:3,4
**initial** 65:1 71:6
**injured** 84:23
**injuries** 84:19
**injury** 67:9 85:7
  85:9
**insane** 37:15
**INSERT** 104:5,6
**inspector** 60:9,17
  70:12 71:25
**inspectors** 60:21
**instant** 40:8
**instruction** 7:5
**intentions** 44:12
**interested** 105:15
**interfere** 3:13
**interposed** 3:4
**interrupt** 4:3
**interviews** 94:7
**intimidated**
  17:16
**involved** 13:20

13:21,22,22,25
  25:11,16
**IOD** 61:7
**irregularity** 3:11
**Island** 19:17,22
  19:23 20:5,8,13
  21:6,21
**issue** 29:5
**issues** 22:3

_____
**J**
**January** 8:2
  19:13,20
**Jeremy** 26:11
**Jerry** 13:12,18
  24:20,23 25:8
  25:10,20,25
  27:14,16 30:23
  32:20,21 33:17
  33:23 35:6,12
  36:5 37:1,3,7
  37:12,16 38:12
  39:8 40:2,22
  41:23 43:18
  44:5 64:10
  74:24
**Jerry's** 33:1,2
  35:24 37:19,22
  38:1,7,8,19,22
  39:1,3 44:19
**Jersey** 1:8 2:8
  5:10,17 8:11
  43:9 64:6
**job** 9:8,14 10:1
  12:7 18:21
  22:20 23:11
  89:17 94:14
  95:1
**jobs** 94:19,24
  95:4
**Johnson** 64:16
  66:1,4,9,21
  67:25
**JON** 2:14
**Journal** 23:22
  24:11,12 43:10

43:10
**judge** 4:11 63:25
  65:20 67:20,21
  67:22,22 68:5
  68:10,11,14,16
  69:9,11,13,18
  69:18 71:7 73:7
  87:25 91:17
  96:15
**July** 16:15
**June** 8:21 12:21
  12:22 13:2,6,9
  14:10 15:24
  16:2,8 27:11,19
  29:21
**jurat** 102:8
**justice** 2:2,15
  69:15 75:13
  85:22

_____
**K**
**Katie** 94:9,14
**KAUFMAN**
  30:20
**keep** 20:6 24:2
  39:11 43:8
  59:22 90:25
  91:9
**keeps** 92:13
**Kellerhar** 41:8
  66:14,17
**Kenneth** 71:21
**kept** 19:3 41:20
  41:22
**Kerelgrand** 57:3
**Kerlegrand**
  48:15,17,20
  49:2,7,13 50:10
  51:2,11 52:10
  52:23,25 53:1,3
  53:13 54:4,7,12
  54:14 55:2,4,7
  56:18 57:11
  62:6 63:1 70:10
  70:17 75:4,17
  75:20,21

**kind** 30:24 39:23
**kinds** 42:6
**KINGS** 105:4
**knew** 28:14
  33:14 36:16,19
  36:20 49:7
  67:18 74:23
**know** 6:22 7:11
  8:25 11:2 12:12
  16:11 17:11,24
  18:14,15,16
  20:14 21:24,25
  22:10 23:25
  24:24 25:13,19
  27:25 28:12,19
  30:10 31:22,22
  32:9,10,10,11
  33:7,25 34:18
  35:7 36:7,19
  37:6,7,12,13,14
  38:6 39:6 40:12
  40:15,16 41:14
  42:16,23 44:25
  45:13 46:16
  47:12,19 48:19
  48:22 49:9 50:1
  50:3,7,13,14,25
  51:5,9,18,25
  52:7 53:1,2,6,8
  53:10 54:11,12
  54:12,13,13,16
  54:19 55:9,22
  56:13,13,14,15
  57:14,16 60:1,1
  60:13,15,19,21
  62:4,13 63:14
  63:19 65:12,21
  67:5,11,13,14
  67:17 71:11
  72:15,17,21,23
  74:8,9,11,23
  75:1,12 76:2,2
  76:3,4,13,14,17
  76:17 77:8,9
  82:18,20 83:11
  83:12,15,19

84:8,9 85:17
  86:6,17 87:3
  88:7,16,18,24
  90:4 91:12,15
  91:17 92:12,13
  92:18 93:17
  94:18,21 97:8
  98:8,9 101:20
  101:21,22
  103:3,4
**knowing** 58:15
  83:19
**knowledge** 63:3
  73:12
**known** 8:10 32:3
  32:5
**knowns** 65:19
**knows** 37:9 79:16
  94:7
**know,there** 73:3
**Kromm** 2:10 5:6
  5:16,25 6:6
  10:21 11:4 21:1
  30:18 61:24
  78:20,23 81:5
  82:25 83:21
  99:17
**Krulenburg**
  13:19 18:5
  25:12 35:11,21
  37:2

_____
**L**
**L** 5:1,1
**labor** 94:14 95:1
**ladies** 42:12
**lair** 89:8 90:4,6,9
  91:4 92:2 97:1
**late** 21:8 32:23
  35:11
**lateral** 19:25
  20:17,20
**latest** 100:13
**laughed** 60:20
**Laura** 11:16,18
  11:18,24



**Lauren** 2:15 65:9
 65:11 68:5 71:4
 73:14 96:14,21
 96:22
**law** 2:7 3:4 85:18
 86:20,21
**Lawrence** 5:10
**laws** 86:20
**lawsuit** 25:14,14
 74:10 80:1
**lay** 25:6
**layout** 45:9
**leaning** 21:7
**learn** 66:6 70:16
**learned** 64:24
 66:25
**learning** 87:7
 88:4
**leave** 19:23 20:24
 21:11 27:19
 78:2
**Leborn** 22:15,20
 23:3
**left** 35:5 39:4
 42:25 43:13
 56:14,15 57:18
 57:21 59:24
 69:14
**leg** 39:8
**legal** 85:22
**legalese** 90:9
**letter** 14:22 17:8
 17:9 19:8,10
 22:14 23:6
 31:20 88:16
 96:11,22
**let's** 13:17
**level** 41:1 63:24
**liar** 88:21 93:3,4
**lied** 51:1 91:11
**Lieutenant** 41:9
 66:11
**lieutenants** 64:13
**Lieutenant's**
 67:3
**life** 15:22 24:21

24:23 35:6
 89:12,14
 100:25 101:15
**limitation** 3:15
**Lincoln** 8:21
 9:25 17:5 19:16
 19:17,19 20:18
 20:21 21:15,19
 22:5,9 24:21
 29:19 35:5 61:1
 63:14,21,25
 64:7,18 66:13
 86:2
**Lindenmeier**
 13:18 24:20
 25:8,10,20
 27:14,16 30:23
 32:20,22 40:22
**Lindenmeier's**
 33:17
**Lindenmeir**
 13:12
**line** 90:22
**lines** 80:7
**listen** 66:16
 94:21
**listened** 94:2
**LISTENING**
 2:15
**little** 12:25 25:6
 68:23 75:2 84:8
 86:12,15
**live** 5:22 6:13
 86:5
**living** 24:22,23
 74:7
**located** 8:7 62:18
**location** 29:16
**London** 10:18
**lonely** 68:24
**long** 7:25 8:18
 26:5 35:22
 44:23 45:2
 46:16 51:23
 52:9 54:3 58:1
 59:11 63:4 69:3

71:11
**longer** 11:19
 80:16 81:3
**look** 42:22 43:6
 55:20 70:25
 73:25 74:4
 87:11 88:8
 94:19
**looked** 41:2
 43:21 54:7,14
 55:25 57:11
 62:22
**looking** 55:2,5
 56:18 70:17
 74:7
**lose** 95:21 102:2
 102:5 103:2
**losing** 23:14 92:3
 97:3 101:18
 102:3
**lost** 86:7,8,14,24
 87:1 89:14 92:5
 95:17,23 99:7
 101:19
**lot** 19:2 20:14
 77:9 81:21
 82:15 87:2
**lots** 35:2 95:13
 101:20
**loud** 38:20
**love** 22:1
**low** 88:12
**luckily** 82:16
**lunch** 34:7 43:5
**lying** 32:9 88:19
 90:10,16,17
 98:4

**L-I-N-D-E-N-...**
 13:12

_____

**M**
**machine** 54:15
 54:18 55:15
**mad** 23:17
**Madonna** 43:4
**magazines** 71:14

**MAGNA** 2:14
**mail** 71:1,8,12,13
 71:15,17 72:1,2
 72:10
**maintain** 90:21
**maintenance**
 44:2
**making** 41:21
 89:8
**management**
 18:3 29:3 31:16
 34:22 85:24
**managers** 61:9
**Marinko** 60:10
 60:11
**Mark** 18:7 35:4,7
 35:7,14,17
 36:10,10,23
 37:8,8
**marriage** 105:15
**Martin** 13:22
 82:1
**Martinko** 60:11
 60:12
**Martino** 41:9
**Mary** 53:6 55:1,7
 62:7
**Mary-Lee** 18:5
 18:19
**matter** 69:9,16
 101:9 105:16
**matters** 60:20
 89:10 90:24
**maze** 54:25 56:22
 56:23
**mean** 9:14 14:3
 17:14 21:23
 27:13 42:9
 44:25 49:16
 53:2 55:22 67:4
 67:12 75:13,24
 77:8 84:3,4
 85:7
**meaning** 9:10
 84:20
**means** 9:1,12

12:11 84:6
 86:11 90:10
**media** 89:21 90:5
 90:13,13
**medical** 16:2,8
 16:12 17:11
 23:7,21,24 24:9
 24:19 25:7,21
 26:1,9,15,21
 29:20 42:23
 43:3,4,6,8,15
 43:19,19 44:5,5
 44:11,15,20,22
 46:17 47:3,6,8
 47:10,10 49:13
 49:14,15 50:1,2
 50:9 52:3 53:8
 56:7 57:4,14,15
 60:3,6 62:5
 63:2,18 66:23
 70:2,4,9 75:4
 75:11,19 76:4
 77:2 79:22
 80:11 81:11
 82:5 83:2 84:5
 84:25 85:21,25
 86:5,10 88:13
 88:15 90:8 91:7
 91:16,19 93:8
 96:7,8 98:4
 99:20 100:10
 100:17,23
 101:5,10 102:3
**medications** 7:18
**meet** 34:11,20
 58:1 61:2 69:22
**meeting** 22:15,21
 22:25 23:2
 24:10 33:22
 34:2 36:13 42:1
 42:2,3 48:14
 73:9
**meetings** 88:14
 90:18,18 94:1
**members** 87:2
**mental** 88:5



**mentioned** 9:15
12:4 21:11
31:25 59:13
62:5 82:7 84:9
86:14 87:5
100:4
**met** 28:4 48:20
**Michael** 81:4
**Michelle** 42:14
**middle** 46:25
**millimeter** 22:17
**million** 65:19
76:9
**minutes** 22:25
35:10 52:12
**missed** 16:17
23:12
**missing** 97:20
98:11 99:6,7
**mistake** 89:12
**mistakes** 41:21
**money** 95:21
**months** 10:7 20:4
28:14
**morning** 5:12,15
32:24 35:24
36:4,11,12
**move** 10:21 54:8
75:17,24
**moved** 29:15
**multiple** 14:25
**Munson** 8:16
10:9 11:21,25

———————
**N**
**N** 2:1 5:1 104:1
**name** 5:7,16
13:24 14:20
15:5,18 17:20
18:2 25:13
26:11 34:18,19
41:20 60:11,13
61:14,23 77:25
78:1,5 80:23
81:1 83:13,15
96:19,20

**named** 11:16
**names** 18:9,17
**naming** 18:10
**narrowly** 91:1
**nasty** 66:18
68:11,19 90:1
**near** 55:15 74:15
**need** 7:10 25:6
29:11 64:17
66:14,17 70:14
70:24 91:1
93:17 95:3
**needed** 14:8 43:5
45:22
**needless** 23:11
**needs** 90:22
**nervous** 39:2
41:22
**never** 14:6 17:17
23:12,25 28:25
32:21,23 36:17
41:19 44:12
49:22 65:6 68:1
68:2 74:23
91:21
**new** 1:1,1,8,8,19
2:4,4,8,8,10,10
5:3,10,17,17
13:23 25:22
40:13 43:8,15
64:6 69:13 70:9
71:10 100:12
105:3,7
**Newark** 25:4
**newspaper** 86:10
89:8 90:7,7
93:3 98:18
**nice** 89:16 91:13
**night** 74:6
**nighttime** 76:24
**nine** 78:24
**NJ** 1:18
**nonresponsive**
10:22
**non-civilian**
12:11

**normal** 38:15
**normally** 32:16
32:17
**nose** 22:17 53:16
**nosing** 76:18
**Notary** 1:19 4:10
5:2 103:17
105:6
**note** 5:20 22:24
61:2
**noted** 3:5 5:16
**notes** 22:3,21,22
22:23 23:23
25:16
**notify** 27:22
**November** 20:23
21:8
**Novich** 13:24
26:11,13,17,17
27:5,6,7 28:5,9
28:16 29:1,2
31:16,22 32:4
43:20 44:7
52:20,22 54:10
54:12 56:13,14
56:17 57:5,6,18
58:2,11,17
59:16
**Novich's** 28:24
59:24 62:6
**numb** 51:20
**number** 103:3
**numerous** 36:15
69:8
**nurse** 62:10,12
62:15,17,21
**nurses** 53:6 63:1
**NY** 1:18
**N.Y.P.D** 70:8,10
91:13 95:20,22
96:8,9

———————
**O**
**O** 5:1
**objection** 3:9,14
53:12 93:20

**objections** 3:2,2
3:2,5,7,8
**obviously** 31:24
53:12 75:22
**occur** 63:12 69:2
**occurred** 21:18
23:2 27:18
**occurring** 37:18
**October** 8:21,22
9:5,9,21 10:3
10:10 32:1
**offenses** 25:15
**office** 8:7,9,15
9:4,15,20 10:3
11:24 12:8,14
20:2 23:17 26:2
26:16 28:24
30:2,3 33:1,2,8
33:17 34:10
35:15,21,24
37:13,17,19,22
38:1,2,7,8,19
38:22 39:1,3,3
40:10,12 42:15
46:17 47:4,6,8
47:10 49:13,14
49:15,16,17,18
49:20 50:1,2,2
50:9 52:3 56:7
56:17,21,23,24
57:1,20,25
58:18 59:2,15
59:24 60:9,17
60:22 62:5 63:2
65:3 70:12 72:6
72:13 73:19
86:1 87:11
91:15 92:11
**officer** 3:5
**officers** 10:8 12:6
**offices** 1:17 5:23
6:14 8:19 45:14
56:25,25 57:23
**oh** 16:5 18:1,11
20:22 22:22,24
24:22 28:14

32:20 34:15,18
43:16 44:18
46:21 53:15
66:11,12 67:3,5
68:11 77:25
78:1 88:21
91:20 92:9
94:10,15
**okay** 7:4,8 12:19
15:12 16:19
18:16 21:24
22:21 23:4 30:2
30:5 33:23
37:24 42:3 67:9
67:20 68:21
78:8 80:23 82:8
87:4 98:1
**Oleg** 69:23
**Olsack** 94:13
**OMS** 21:18 22:7
26:3 45:9,25
48:16 62:10
84:1
**once** 14:6 15:7
16:19 24:7
49:22 89:6
99:19
**ones** 79:7
**open** 30:11,12,13
30:16 46:22
48:9
**opened** 30:6
45:22 71:13
**opening** 29:12,16
30:3,8,11
**opens** 23:23
**opportunity**
28:10 63:22
64:1 92:20
**oppose** 87:16
**opposite** 59:9
**option** 5:25
**order** 1:17 3:16
20:1,10 44:19
56:12,15 59:18
60:2,15



MAGNA
LEGAL SERVICES

**ordered** 43:19
44:5
**orders** 44:9
**Ortiz** 10:20
11:11,15
**outcome** 105:16
**outside** 48:11
78:6 94:11,16
**overtime** 23:11
23:14
**o'clock** 35:9
36:18,25
**O'Toole** 77:14,19

**P**

**P** 2:1,1
**PA** 16:2,8,10,13
16:16 23:20
24:9,18 25:7
26:9,15,21
42:23 43:3,3,6
43:8,14,19,19
44:5,5,11,15,20
44:22 79:7
85:25
**package** 71:8,23
**page** 102:7 104:4
**paid** 97:11,19,21
97:22 98:1,7,8
98:11,16,20
99:7,10,12,14
**Palatano** 16:18
17:2,4,22,23
18:6,19 22:13
22:14,16,25
**paper** 42:6 88:21
**paperwork** 66:22
89:7
**Paramus** 5:10
**Park** 26:3,16
28:5 43:24 44:6
44:11,15,22
45:3,10
**part** 30:10 73:2
77:11,22 78:18
85:5 88:22

91:19 93:9,10
93:11,12,24
100:13
**particular** 95:18
**parties** 4:4,15,19
105:14
**parts** 55:21 93:14
**party** 3:20
**pass** 29:9 30:8
**Patalano** 22:24
**PATC** 8:13,19,24
9:1 10:15 20:11
29:12,15 43:3
43:11,22 44:13
**path** 37:23
**pathway** 38:6,7
**Patrick** 18:5 19:8
19:10 22:14
**pay** 28:3 30:17
97:24 98:17
**Pearson** 18:25
**penalized** 95:14
**pending** 7:13
**people** 12:12
13:21,25 18:17
19:1,3 22:4
23:14 24:3
25:11,16 31:4
35:2 36:15
38:13,14,14
42:9 53:4 62:19
69:8 73:6 81:18
81:25 82:3
85:18 86:24
88:14,19 89:15
90:1,15,16,18
93:2 101:12
**perfect** 14:6
21:24 89:18
**perfectly** 83:8
**performing** 54:5
**period** 27:17
**permanent** 20:18
**permitted** 3:12
16:22
**person** 3:7,17

5:22 6:3,13
18:2,3 20:4
26:10 29:8
48:10 77:13,20
86:4
**personal** 28:21
79:11,11
**persons** 3:12
**petty** 10:6 12:5,9
**phone** 14:1 34:17
35:15,22 36:6
36:18 39:9,22
59:22 60:24
61:4 64:16
66:11 67:3,6,16
71:18,20 75:7
76:25
**physical** 84:19,20
85:5,7
**physically** 72:4
85:9
**physician** 79:19
80:9
**picked** 73:22
**pictures** 30:22,23
30:24 71:12
**piece** 42:6
**place** 70:9
**places** 97:4
**plainly** 3:16
**PLAINTIFF**
1:15
**Plaintiffs** 1:4 2:3
**plan** 43:24
**please** 5:7,9 7:11
10:21,24,25
11:5 15:10,16
18:13 20:7
22:12 24:8
25:17,17 29:24
35:17 36:11
46:14 48:23
88:3 90:25 99:4
**plus** 85:20
**pocketbook** 34:7
**point** 7:11 10:13

11:17,20 22:17
24:17 31:13
36:4 37:7 38:18
42:11 44:10
47:2 51:8,10
60:2 62:1 65:3
69:11 72:25
76:11 99:17
**pointed** 41:2
**police** 8:10 10:8
12:6 40:1,4
41:6,10,11,11
41:14,16 42:19
60:7 63:18
64:14,14,15,20
65:22 66:3,12
66:20 71:20,22
85:22 91:13
**Policy** 60:8
**politics** 69:16
**poor** 68:23
**Port** 1:8,17 2:7,8
5:17,22 6:13
7:23 8:1,3 9:2
10:19 14:4,5,21
15:2,8 16:7,19
18:2 19:12,15
21:9 22:2,7
23:10 60:8 64:7
68:23 70:12,21
75:8 78:3,6,17
80:2,17,21
81:15 82:9 84:1
84:15 85:4,5,19
85:23,23 86:9
86:17,21,25
87:8,15 88:11
88:17,23 89:3,7
89:10 90:6,19
91:11,20 92:9
93:3,12 96:25
97:20,24 98:3
98:14 99:3
**portion** 10:22
**position** 9:14
19:25 20:18,19

95:9
**possible** 58:16
**possibly** 58:14
77:20 99:22
**post** 88:20 89:1,2
90:13 94:19
**postal** 71:25
**posted** 89:24,25
**posts** 89:21
**practice** 3:4
83:14,16
**practicing** 80:16
81:3
**predicated** 15:22
**prejudice** 3:17
**PRESENT** 2:13
**preserve** 3:15
**press** 40:17 64:17
67:8
**pressed** 70:19
**presumably**
54:20 80:19
**pretend** 68:21
**pretty** 20:13
52:25 54:6,6,22
62:9 70:22
71:10 72:3,8
77:6
**primary** 79:15
79:18 80:9,15
**print** 89:5
**prior** 17:22 19:17
31:11 32:8 64:6
77:8
**privacy** 47:23
**privilege** 3:15
**probably** 21:10
81:23,25 82:12
**problem** 19:16
23:14 93:11
**problems** 21:17
21:21
**procedurally**
64:25
**proceed** 3:6
**proceeded** 22:16



**process** 73:9
**professional**
  100:18
**professionals**
  81:11 82:5
**program** 22:19
**promoted** 86:8
  91:3 93:1,7,18
  95:16
**promotion** 98:25
**promotions** 94:4
  95:8 99:6
**pronouncing**
  5:13
**proper** 65:20
  68:7
**prosector** 68:24
**prosecutor** 65:7
  65:8,9,11,12,13
  65:14 68:2,10
  68:17 69:22
  70:2,8,20 71:5
  71:6,7,17,19
  72:1,4 73:9
  91:15 95:22
  96:1,11,15,18
  96:21 98:5
**prosecutors** 65:3
**prostitutor** 69:18
**protected** 29:11
**prove** 96:9
**provided** 3:18
  4:13,15
**proving** 95:20
**psychiatrist** 14:9
  14:14,17,24,25
  15:1,2,6,13
  16:3,4,8,9 27:8
  78:7 79:4,12
**psychiatrists**
  78:9 81:11
**psychologist**
  13:23 78:7 79:4
  82:6 100:6
**psychologists**
  78:10

**public** 1:19 4:10
  5:3 20:2 103:17
  105:7
**pull** 22:16
**pull-up** 21:9
**purely** 73:10
**purpose** 4:3,4
**purposes** 4:13
  80:4
**pursuant** 1:16
  3:3,7
**push** 38:24
**pushed** 8:20
  67:15
**pushes** 38:23
**put** 12:21,22 14:4
  25:14 27:7 31:2
  33:20,21 39:10
  40:20 56:3 61:2
  61:24 71:22
  72:1 74:10 86:9
  88:20 89:25
  93:3,11 103:3
**putdown** 34:6
**puts** 67:18
**putting** 14:7
  41:16 60:7
  76:19
**P.M** 103:6

———————
**Q**
**quantify** 101:18
  101:21
**quarters** 8:10
  20:11
**question** 3:16,20
  4:5 6:24 7:13
  7:14 9:13 10:23
  10:24 11:5,7
  15:11,16 21:20
  29:24 45:1
  46:15 59:1,2
  77:16 80:4
  81:17 82:8
  93:21 98:15
**questioning** 3:10

  3:13 90:22
**questions** 3:14
  5:18 6:23 7:6
  48:19 99:18
  100:1
**quick** 6:21
**quite** 8:5 24:25
  35:22

———————
**R**
**R** 2:1 5:1,1 105:1
**raise** 53:11
**raised** 3:9
**ran** 42:12
**reaches** 39:21
**read** 11:4,7 66:9
  90:10
**reader** 70:25
**reading** 90:12
**ready** 42:11
**real** 6:21,21
  19:18,18
**realize** 28:12
**really** 19:1 37:14
  63:14 80:14
  82:15 94:8
**rearranged** 28:7
  29:7 30:14
**reason** 4:6 28:19
  99:1
**Rebecca** 13:19
  18:4 25:12 32:9
  34:19 35:11,11
  35:20 37:2,9,11
  37:11,12
**recall** 7:19 17:24
  19:5 23:4 36:9
  36:22 39:12
  40:5 45:19 46:4
  48:14,25 49:1,3
  49:9 50:24 52:8
  54:10 55:4,6,19
  56:16 58:4,12
  59:11,14,20
  61:13,18 62:25
  63:3 74:19 76:3

  79:13,17 94:24
  95:4
**receive** 31:20
  99:19
**received** 12:7
  61:3 72:25
**reception** 45:19
  45:22,25 46:19
  46:24 47:6
  48:11 57:2,9,24
  57:24
**recollection** 9:6
  16:14 20:16
  31:23 38:9
  49:11 51:25
  58:19 59:17
**record** 4:6 5:7,9
  5:20 8:24 69:11
  83:23 105:11
**recorded** 79:19
  80:10 93:7
**recording** 56:6
  70:16 75:16
  80:20 82:4
  85:15 87:17
  88:1,5 89:22
  90:24 92:17,22
  93:17,17,19
  94:4,5,24 95:5
  95:6,8,11,17
  96:2,14 98:24
**recordings** 73:19
  75:22 76:23
  77:12,23 78:15
  79:25 81:12,13
  82:7 84:10,11
  85:11 92:7
**records** 14:21
  21:13 61:16
  83:2 84:5 99:20
  99:24
**reference** 72:19
  90:23
**referenced** 77:4
**referred** 24:18
  25:8 99:21

**referred-to** 11:6
**referring** 13:6,9
  17:12 43:1 69:5
  71:3 73:5 75:16
  99:5,6
**reflect** 23:1
**refrigerator** 50:4
**refusal** 3:14,18
**refused** 63:20
  68:19 70:6
**refusing** 25:1
  87:22
**regarding** 89:21
**regards** 93:16
**regularly** 102:5
**reimburse** 15:9
**relate** 97:2
**related** 55:24
  85:11 91:5,5,6
  91:18,18
  105:13
**relates** 90:8 91:7
**relation** 33:2
  56:17
**relations** 87:19
**relationship** 92:3
**relationships**
  86:7,24 92:5
**relatively** 82:17
**relay** 36:25
**relief** 3:7
**remainder** 3:20
**remember** 14:20
  15:5 19:2 20:14
  25:13 27:3 46:9
  46:12,15 47:24
  48:1,4 49:24,25
  50:5 51:6,7
  52:19 53:17,18
  54:24 56:13
  62:14,17,21
  64:12 72:18,20
  72:23
**reminder** 44:14
**repeating** 79:2
**rephrase** 9:13



14:5
**report** 15:4 41:17
   41:17 60:7 61:7
   66:7,9,24,25
**reporter** 7:1 11:1
   11:8
**reporting** 11:18
**reports** 90:13
**representative**
   34:12,21
**representing**
   4:20
**reputation** 75:10
   86:11 89:9
   92:23 93:2
**reputations** 86:9
**request** 3:10 5:23
**REQUESTED**
   104:3
**requesting** 31:9
**requires** 83:25
**reservation**
   99:25
**reserve** 99:18
**reserving** 99:22
**resources** 10:16
**respect** 4:16
**respected** 63:18
   85:18
**respective** 4:19
**response** 34:14
   41:7 51:14
   85:20 104:9
**responses** 81:7
**responsibilities**
   10:1,4 12:4,7
   12:13 42:7
**rest** 52:3
**restricted** 3:8
**result** 86:23 87:6
   87:8 92:16 93:7
   95:6,8,11,16,18
   97:3,20 98:12
   98:24
**results** 14:23
   55:17

**retaliation** 42:10
**retire** 69:12
**retired** 69:20
**retires** 69:18
**return** 14:16
   24:12
**revealing** 6:8
**review** 73:19,20
**revolved** 24:25
**RICHARD** 2:5
**ridiculed** 92:6
**ridiculous** 67:23
**right** 3:7,15,20
   5:13 11:21 20:1
   20:10 29:2,4,23
   30:3,4,9 37:19
   38:4 40:11 41:3
   43:23 48:7
   50:21,23 52:4,5
   57:12 62:12
   63:23 64:20
   66:21 71:9
   73:25 74:14
   75:21 80:1
   94:11,15 99:19
   99:22
**rights** 4:15
**rings** 60:16
**rip** 39:22 51:16
   67:15
**ripping** 41:22
**rise** 41:1
**Robin** 13:22 82:1
**role** 9:19
**room** 22:15
   34:15 42:12,13
   46:22 51:23,24
   51:24 54:2,20
   54:22,23 62:8
   66:10 67:2
   69:15 74:7
   100:11
**Rosen** 94:10,15
**rotten** 75:8 80:2
   80:17 87:22
   88:23

**Rubenstein**
   80:25 81:7
**Rubinstein** 81:9
   82:9 100:7,8,16
   104:10
**ruined** 86:7
**rule** 3:3,5,12,12
   3:18
**rules** 3:1,4 4:1,5
   6:21
**runs** 58:22,24

_____
S
_____
**S** 1:18 2:1
**safety** 20:3
**saga** 100:14
**Sandra** 10:19
   11:11,14
**sat** 39:5 41:20
   50:14,20
**saved** 23:9
**saw** 15:7 48:10
   52:6,25 53:1
   54:10,12,12
   56:13,14 61:20
   62:25 64:11
   68:2 70:1 72:15
   76:22 81:21
   91:10
**saying** 21:16 23:6
   49:10,10 52:7
   64:9 68:20
   81:20 89:7
**says** 23:4,23 29:2
   40:25 42:2,6,14
   58:23,24 60:18
   66:10 67:3,9,10
   67:13,22 69:11
**scaring** 23:3
**Scotty** 66:14,17
**screaming** 37:10
   38:21 39:7,11
   39:13,14,17
   51:17 64:13
**screen** 89:20,23
**seat** 54:17 55:15

**seated** 51:3,22
   52:2,9 53:3
   59:5,8
**seats** 46:20
**second** 16:5,7,10
   24:19 25:7,23
   25:25 26:8,15
   27:6,9,11,13,14
   27:18 62:4
**secretary** 8:6
**section** 4:5
**sections** 4:16
**securities** 92:11
**security** 8:10
   20:2
**see** 6:25 14:8,13
   14:17,19,25
   15:21,23 16:3,4
   16:18 18:11
   23:22 24:5 26:9
   27:8 29:13
   30:13 32:4,6
   38:16 43:19
   49:21 52:17,19
   52:22 53:4,7,10
   56:6 57:3,5
   61:10 63:5 73:6
   75:3 76:6,9,10
   76:10,11,16
   78:1 82:13 83:7
   88:20
**seeing** 15:13,19
   48:4 77:7,8
   89:5,6
**seen** 77:6
**sees** 43:2
**send** 17:11 22:23
   24:4 70:6,6
   88:16 96:22
**sending** 61:5
**sends** 44:1,1
**senior** 8:5 9:16
**sense** 23:19
**sent** 14:22 16:7
   16:10,12,16
   19:8,10 21:18

**22:7,14,23 23:7
   23:20,22 24:24
   24:24 25:7,22
   26:6,8,17,21,24
   26:25 27:1,5
   29:20 30:23
   34:15 40:19
   70:3 71:1,8,16
**separate** 52:2
   56:21 83:25
   93:13,15 98:15
**Sergeant** 40:19
   40:20 41:8
   42:19 64:16
   66:1,3,7,8,9,21
   66:25 67:25
**sergeants** 64:13
**series** 6:23
**set** 3:15 4:5 10:4
   70:23 71:1 72:5
   105:10,17
**settled** 69:13
**seven** 32:18
**shaken** 41:21
**SHARELL** 105:6
   105:21
**shock** 39:24
**shocked** 74:21
   75:7
**short** 27:17
**shot** 30:19
**shots** 89:21,23
**show** 32:22 40:23
   68:23
**showed** 43:2 49:6
   51:19
**showing** 49:12
**shows** 40:22
   66:23
**sic** 8:17 13:19,24
   16:18 18:7,24
   18:25 22:21
   38:2 40:14 41:8
   41:9,19 60:10
   64:5 65:9 69:23
   70:3 71:21**



77:14 82:13
83:15 94:13
100:11
**sick** 14:6,8
**sic]stops** 42:14
**side** 30:16 34:13
  43:9,15 56:19
  56:20 57:14,15
  57:21 59:9 62:6
  62:6 63:1
**sign** 68:4
**signed** 4:10,10
**significant** 3:17
**similarly** 1:3
**simple** 67:8,19,23
  68:7,18
**single** 75:20
  77:13
**sit** 33:13,13 41:18
  45:23 46:7
  47:13 66:4
**sitdown** 50:11,14
  50:15,16 74:4
**site** 89:3
**sits** 67:7
**sitting** 23:15 39:9
  40:15 42:20
  51:9,12 74:6
**situated** 1:3
**situation** 95:12
**sleep** 86:8,14,16
  87:1 88:10,13
  93:4 101:18,19
  101:20 102:2,5
  102:5 103:2
**sleepiness** 90:3
  91:25
**sleeplessness**
  90:12
**slip** 64:9,9
**slow** 49:19
**slowdown** 11:1
  43:7
**Smalls** 18:25
**smashed** 66:18
**social** 89:21 90:5

90:13
**soft** 67:9
**somebody** 10:15
  17:6 24:18
  27:22 30:16
  31:24 35:1 43:5
  46:1,3,5,6,7,16
  47:3 53:7 58:23
  59:21 61:10
  71:13 72:2 76:3
  89:24,25 91:10
  94:10,16
  100:19
**someday** 60:21
**someone's** 77:1
**soon** 39:3 71:16
**sorry** 11:2 13:14
  17:8 32:1 38:12
  40:25 58:25
  60:18 78:5 87:3
  88:25 91:18
**sort** 49:19 70:17
**sorts** 76:12
**Soto** 2:5 5:21,24
  6:5,8 8:23
  20:24 53:11
  64:4 78:2,22
  93:20,23 100:3
  103:5
**sought** 79:11
**sound** 74:14
**South** 26:16 44:6
  44:11,16,23
  45:3,11
**space** 29:1 61:24
**speak** 11:2 26:12
  44:7 46:1 48:16
  48:23,24 58:17
  65:14 66:15,17
  75:22 86:12
**speaking** 3:8
  35:14 49:1
  50:10 100:22
**special** 70:25
**specialist** 61:6
  63:6 66:24

100:6,22 101:3
**specific** 88:7
  94:24 95:4
**specifically** 10:16
  80:8 87:16
**spiting** 22:4
**spoke** 26:16 28:9
  35:14 36:23
  41:19 48:17,21
  52:23 58:4 65:6
  65:9,10,25 68:5
  80:5,16 81:12
  81:13,15 82:22
  83:4,17
**spoken** 46:4 64:2
  78:9,14 79:14
  79:14,18,21,22
  80:8 82:3,6,10
  84:10
**sporadic** 15:21
**Square** 23:22
  24:11,12 43:10
  43:10
**SS** 105:3
**stairs** 40:11 42:1
  42:2
**stand** 73:7 93:12
**standing** 37:10
  51:4 59:10
  60:14
**staring** 41:25
**start** 6:25 7:2
  10:7 13:17
  44:15
**started** 6:22 8:2
  11:11 21:5,15
  23:16 37:7
  42:20,21,21
  71:11 90:19
**starting** 41:23
  51:18
**starts** 66:4,5 67:1
**state** 1:1,19 5:3,7
  5:9 41:6 105:3
  105:7
**stated** 3:9 4:6

**statement** 3:11
  3:19 41:15
**statements** 3:13
**Staten** 19:17,22
  19:23 20:5,8,13
  21:6,21
**stating** 70:4
  96:11,23
**station** 65:22
  66:3 71:22
**stay** 55:13,15
  69:12
**stayed** 45:7
**step** 13:4,16 27:4
  49:20,20 82:21
**Stephanie** 18:4
  65:10,13 96:18
  96:19
**Steve** 23:3 24:23
  60:12
**steven** 16:17 17:2
  17:4,22,23 18:6
  18:19 22:13,14
  22:16,24,25
**STIPULATED**
  4:9,12,15,18
**stole** 71:15 72:14
**stolen** 72:10
**stoop** 88:12
**stop** 17:17 24:3
  25:1 40:6 68:20
  92:9,14
**stopped** 11:17
**stories** 45:12
**Street** 2:9 8:11
**stress** 87:5 90:12
  92:1
**stressed** 87:2
**strike** 10:22
**stroke** 80:16 81:4
**stuck** 45:1
**stuff** 19:18 21:25
  25:16 33:12,20
  33:21 34:1,5,8
  53:17 55:23
  71:25 73:3

76:13,18,19
  90:1 94:7,20
  100:12
**subdivision** 3:3,5
  3:18
**subject** 3:6 99:25
**subpoenas** 69:9
**Subscribed**
  103:14
**successful** 85:19
**succinct** 3:19
**succinctly** 3:9 4:6
**sudden** 75:3
**Sue** 83:15,17,22
  101:8,9 104:11
**suggest** 3:9
**Suite** 2:4
**supervisor** 8:14
  10:10,12 11:19
  18:23
**supervisors**
  11:24 87:19
**supplemental**
  78:22,23 81:7
  104:7,9
**supposed** 11:10
  12:23 28:1,4
  31:4 69:17
**SUPREME** 1:1
**sure** 7:9 8:5,6
  14:21 16:13
  18:20 20:10,13
  21:13 24:25
  25:12 26:23,24
  26:25 27:2
  33:12,16 35:22
  38:13,17 41:13
  48:18 52:25,25
  54:6,6,23 56:12
  57:7 59:10,17
  61:22 62:9 65:2
  66:2 68:15
  71:10,13 72:3,8
  77:6,10,24
  81:24 84:13,15
  84:16 85:2 94:6



94:6,7,9
**surveillance**
70:24
**suspicious** 71:23
**swear** 72:9 76:20
77:7
**swell** 51:19
**swelling** 42:22
49:6 59:22
**switch** 20:20
**sworn** 5:2 103:14
105:10
**system** 85:22,22
91:8

**T**

**T** 5:1 105:1,1
**table** 39:4,10
47:19 50:6,25
**tables** 47:15,25
**take** 7:14 13:4,16
16:6 25:18 27:4
44:23 53:24
54:4 57:6 63:20
65:20 67:24
68:6,18 82:21
96:10 97:7 98:6
**taken** 1:16 3:6
53:23 55:14
60:25
**takes** 45:2
**Talarico** 1:2,16
2:3 5:8,12,14
5:15 6:7,11
7:22 8:25 10:21
15:10 18:9,13
25:5,17 28:10
40:25 46:14
49:24 59:1
60:18 69:24
70:14 81:17
82:2 84:7 87:13
87:23 89:20
90:21 92:15
93:15 94:23
95:25 97:2,10

98:15 99:5,14
99:21,23
103:10
**talk** 42:8 48:21
58:10,22 77:23
84:7,11 91:6
100:20
**talked** 28:20
31:17 34:17
58:6 66:16
77:24,24 78:16
80:13 82:7 94:1
**talking** 7:2 9:11
25:23 41:25
52:10 66:18
73:8,10 75:3
81:18,19 82:5
92:15 94:23
96:1,4 97:15,21
98:10
**talks** 58:22
**tampered** 71:14
72:2
**tangible** 86:13,22
88:4 92:21,23
**tape** 74:23,25
75:21 76:5,10
**taped** 39:16 70:5
**tapes** 73:4
**taping** 39:15,18
39:19
**TBA's** 23:15
**TBT** 17:10,13
**tech** 9:4
**Technical** 9:2
**technically** 11:10
**tell** 14:12,13 15:7
18:11,20 19:2
21:10 22:12
27:22 31:19
32:3 35:12
36:16,21 37:3
43:18 44:8 49:7
51:14 53:17
55:7,17 64:3
66:5 67:7 81:22

82:13,18 83:7
83:11,12,19
85:14 86:15
88:4,15 92:18
92:20 94:2,8,12
**telling** 14:8 22:6
41:10 54:18
79:22,24 83:7
**tells** 66:21
**temperature**
76:7,14
**temporary** 19:25
20:3,9
**Ten** 34:23 35:9
36:17,25
**term** 8:25
**terminal** 35:5
**terms** 9:19
**terrible** 74:24
80:21 87:22
**testified** 5:4
**testifying** 4:20
**testimony** 7:20
73:8 105:11
**thank** 5:2,12,15
56:5 76:20
**therapist** 15:14
15:15,18,21
16:19 26:11
28:21 31:17
57:15 77:4 78:7
79:4,11,16 82:6
**therapists** 78:9
81:10
**therapy** 60:5
**therefor** 3:19
**thing** 10:14 17:11
28:25 30:15
31:5 37:13
47:17 49:21
58:24 63:23
71:11 75:5,20
80:1,2,17,21
81:23 88:23
92:12 93:14
101:7

**things** 12:16 22:8
29:11 42:6
47:12 53:15
55:23 74:24
75:8 87:9 90:19
91:9 94:22
95:13 100:3
**think** 8:21 9:6
12:22,23 13:20
18:24 20:12
26:11 33:11,12
33:19,20 34:19
35:3 36:14,15
36:21 46:21
50:4 55:22
60:10 61:21,21
61:22 63:4 72:9
72:10 73:17
74:15 77:20,25
78:5 82:16
83:10 87:10
91:4 92:10,12
93:2 95:13,24
**thinking** 33:21
69:15 90:16
**third** 16:11,12,15
26:20,22 27:9
27:15 32:2,4,6
**thought** 40:20
41:16 67:17
88:19 89:13
90:17
**thousands** 23:10
23:10
**threating** 22:20
**three** 19:14 24:25
26:23 41:19
68:14,15 75:7
**threw** 22:22
42:13 71:14
**throw** 42:11
**thyroid** 80:15
81:1 100:22
**tide** 35:8
**time** 1:13 11:17
11:20,24 12:7

13:5,17 15:19
16:1,3,7,9,10
16:12,16,25
17:1,3,13 18:10
18:18,23,25
19:5 20:2 22:7
23:20 24:9,16
24:17,19 25:7
25:22,23,25,25
26:6,8,14,16,20
27:6,6,9,10,11
27:13,14,15,17
27:18 28:15
30:16 31:21
32:14 35:22
38:18 44:10,10
47:2 62:1 63:4
63:8 64:24
68:16 69:16
71:11 72:15
77:3,6 82:21
91:10 95:20,20
95:23 97:5,12
97:12,13,14,23
97:25 98:2,9,13
98:21 99:9,10
99:11,13
**times** 24:5,25
26:12 28:17
65:20 68:14
69:8 76:9 97:8
102:1 103:1
**tingling** 42:21
49:6 51:20
**tissue** 67:9
**title** 8:3 9:8,10,14
9:17
**TJ** 69:23
**today** 5:18,21
6:12,20,23 7:20
69:25 87:12
97:17 99:21
**told** 10:16 11:13
22:18 23:12
25:20 27:7,8
28:22,25 31:15



31:16,22,23,23
32:1 34:3,11
35:11,12 36:5
37:2,2,4 40:3
40:16 49:4,4,5
51:15 55:10
59:22 60:13
63:19 66:13
70:2,3 71:21
82:17 84:13
85:25 90:3,4
91:14 92:5,25
94:9 95:2 96:16
98:17,18 99:9
**tools** 47:11
**top** 72:23 74:7,11
85:20 88:22
94:8
**Torres** 77:14,19
**total** 27:15
**totally** 9:25 10:1
**touch** 38:23 52:5
**touched** 55:23
76:1
**touching** 53:16
67:14,19 76:12
**tour** 35:8
**town** 71:21
**trade** 2:9 12:11
**traffic** 45:1
**training** 10:8
12:6,10
**transcript** 4:10
7:4 61:25
**transfer** 69:19,24
**transferred** 35:4
69:21
**Transit** 64:6
**trapped** 29:10
30:14
**Trasillo** 64:5
66:12
**travel** 10:8 12:5
**traveling** 12:10
**treated** 17:16
78:13 91:12,15

91:17
**treating** 77:3
**treatment** 77:11
77:22 100:9,23
101:5,10
**trial** 1:15 4:13
68:22 69:1,3,5
69:5 72:20,22
73:1,2,5,10,11
**tried** 10:17 17:17
18:8 67:15
71:24
**trip** 24:9
**true** 105:11
**trust** 84:14,15
85:17 100:19
101:13 102:4
**truth** 75:13 92:13
92:14
**truthful** 7:20
80:13
**try** 10:25 11:3
29:4 65:20 72:7
72:19 87:14
88:14 89:11
93:13 94:3
**trying** 7:1 11:22
16:23 17:6 25:1
25:19 51:16
68:6 70:15
73:17 74:24
82:15 84:4
93:15
**tunnel** 8:21 9:25
10:18 19:16,17
19:19 20:18,21
21:15,19 22:9
24:21 29:19
61:2 63:22 64:7
64:18 86:2
**turn** 38:22
**turned** 64:10
**turns** 41:17 86:3
**twenty** 76:8
**twice** 68:5,15
**two** 11:23 24:24

44:1,2,16 45:6
46:22 62:25
68:14 75:7
**types** 7:18 60:19
**T.V** 73:6

### U

**uh-uh** 7:7
**ultimate** 69:5
**um-hmm** 7:7
**unbeknownst**
70:21
**understand** 7:15
21:20 30:1
57:16,17,23
86:6 91:4
**Understood** 10:2
58:1
**undress** 56:3
**unfortunately**
22:2 35:4
**UNIFORM** 3:1
4:1
**union** 34:22
36:16 69:19,21
69:25 73:13,16
**unpack** 12:25
**update** 100:13
**updated** 81:6
104:9
**upper** 18:3
**upset** 39:2,6
42:11,17 75:2
93:4
**upstairs** 42:3,5
43:18 45:5,8,25
64:8
**Urgent** 82:18
83:4
**use** 95:19,23
97:14,17 98:2,9
98:13 99:9
**usually** 32:22
**utilized** 4:13
**U7n** 34:25

### V

**vacation** 95:20
95:23 97:12,18
97:21,23,24
98:2,6
**vacations** 98:1
**van** 44:1 45:7
**verbally** 7:6
**video** 46:13
62:23,24 90:24
91:12 100:23
101:4,17
**VIDEOGRAP...**
2:14
**videos** 72:25
**videotape** 87:9
**videotapes** 87:7
**videotaping**
100:5,8
**viewed** 75:15
76:6 79:25
**violations** 75:9
**virtual** 6:1,17
**visit** 28:18
**voicemail** 43:13

### W

**wages** 95:17 97:3
98:23,25,25
99:7
**wait** 16:5 29:24
45:23
**waiting** 32:21,25
47:4 60:25
**waived** 3:4 4:16
**walk** 39:2 57:22
**walked** 30:7
40:12 45:18
**walking** 29:8
30:8 38:13 53:4
**walkway** 30:6
**wall** 30:7,8 47:1
**wanna** 28:17
**want** 5:20 6:16
6:19,20 8:16
12:18,25 13:4

13:13 16:21
18:19 19:8
20:22,24 21:4
28:2 30:20
31:21 40:17
46:22 52:24
53:11 60:19
61:19 63:14
65:21 67:7 71:9
85:2 86:12 87:4
91:14 92:8 93:5
93:13 94:10,14
94:16 100:3
**wanted** 6:2,12
33:20,21 36:5
44:6 89:15 95:9
**wants** 38:16
**Washington** 20:9
**wasn't** 19:4
24:14 31:10
35:8 37:8 48:6
50:18 70:4,5
73:15 75:2
80:14 91:11
96:24
**watch** 76:8
**WATTS** 2:14
**way** 12:3 17:21
23:12 29:16
39:22 49:17
51:23,24 57:6
57:16 59:21
63:17,17 69:3
80:12 91:17
105:15
**Waylon** 8:16
10:9 11:21,25
12:1
**ways** 86:13
**WEBX** 2:15
**Weehawken** 41:4
41:5 63:10
64:15 65:7,8,15
66:20 68:2,6,24
69:8 70:2 71:7
71:17,25 72:2,4



73:3 77:21
96:15,16
**week** 61:21,21
72:21 102:1
103:1
**weekend** 71:10
**well-being** 88:6
**went** 8:22 10:2
16:9,23 17:7,19
17:21,24 18:1,1
18:4,21,25 20:8
20:12,17 23:5,5
25:2,4 26:14,15
27:7 32:4,11
33:16 34:3,9
35:24 38:19
39:25 40:10,11
42:12,17,18
44:4,15 45:5,8
45:21,24 48:11
57:3 59:18 63:5
63:5,8,13 64:7
64:8,11 65:19
66:12 68:5,12
68:13,14,15,16
68:24 69:3,7
70:7,8 72:4,6
72:13 73:22
74:22 78:4 81:3
81:22 90:17
92:10 96:7,8
97:9,13,14
**weren't** 23:15
45:1 100:16
**we'll** 21:11 25:5
42:4 78:24 84:1
**we're** 5:18 7:11
9:11 13:16
25:17,23 42:25
68:21 78:20
81:5 82:25
83:23 85:3
92:15 94:23
97:15
**WHEREOF**
105:17

**white** 64:10
**wide** 48:9
**wider** 46:21
**wish** 39:15,15
**withdrawn** 14:12
16:1 46:15 54:3
55:13
**witness** 4:20 5:2
11:2,9 30:22
64:3 78:3 84:3
93:22 100:10
103:7 105:9,12
105:17
**wonder** 61:23
87:11
**wondering** 88:11
**words** 11:18
41:19
**work** 8:9,20
10:15,18,19
12:22,24 13:1
14:16 15:3 20:4
21:24 23:9,9,13
23:13,18 24:13
24:14 26:14,17
27:23 28:1,4,11
29:1,2,12 31:10
31:12,15 32:7
32:11,14,17,22
33:15 42:7 61:3
61:8 64:10,18
64:18 67:5
70:25 89:12,19
90:15 92:11
97:20 99:7,8
**worked** 19:17
44:2 98:22
**workers** 61:6,11
63:6
**working** 8:18 9:4
10:5 11:12
12:19 24:16
29:20 31:14
32:16
**works** 12:3 13:20
99:1

**workspace** 28:22
58:13,15 80:2
**world** 2:9 12:11
99:1
**worried** 86:17
88:10
**worry** 67:6 68:17
**worse** 35:6
**wouldn't** 17:6
18:21 21:23
29:10 36:9
39:16 59:23
68:19 70:25
86:25 92:9
96:17
**wow** 87:11
**wrap** 75:5,12
**wrapped** 59:14
59:15,19,20
**wreck** 87:3
**writes** 67:10
**writing** 25:2
28:15 41:15
42:20,21 66:5
67:1 78:25 81:8
83:3 84:2
**written** 23:1
60:13
**wrong** 98:3,14
**wrote** 17:8,9
22:25 23:5 31:9
42:9 90:1

**X**

**X** 1:2,10 104:1
**x-ray** 54:15,18
55:10,10,15
**x-rays** 53:19,20
53:20,21,22
54:4,9,11,11
55:8,12,13,18
56:10

**Y**

**yards** 78:24
**yeah** 10:6 12:9

24:20 28:14
34:3 41:11,12
43:2 44:18
46:21 47:5,18
48:15 53:20
54:2 61:15
73:13 74:15
78:24 95:1,7,12
95:21 97:17
98:2,13 100:19
101:25
**year** 19:9 21:8
72:17
**years** 9:18 17:2
19:14 24:20
39:17 71:10
72:21 77:5
82:16 85:25
101:13
**yelling** 37:15,17
38:15 40:23
**York** 1:1,1,8,19
2:4,4,8,10,10
5:3,17 13:23
25:22 43:15
70:9 105:3,7
**yup** 7:16 8:13

**Z**

**Zanobia** 64:9
**Zonabia's** 38:2
**zoom** 5:25 6:17

**0**

**00909(JPO)** 1:7

**1**

**10:14** 1:13
**10006** 1:18
**10007** 2:4,10
**107652** 5:11
**11** 21:7
**12** 8:22 21:7
**12:22** 103:6
**14** 1:12
**14th** 105:18

**150** 2:9
**1902** 2:4

**2**

**2** 74:13
**20** 103:15 104:5
**2009** 8:2 19:13,20
21:5
**2010** 21:5
**2011** 21:4,6,19
**2012** 19:9,9 21:19
**2016** 5:19 8:22
9:5,9,21 10:3
10:10 12:19
13:1,2,6,9
14:10 15:24,24
16:2,15 27:11
27:19,20,23,24
28:1,3,4 29:21
32:12 79:20
80:11
**2017** 72:16 74:13
**2020** 1:12 105:18
**207** 5:10
**22** 95:9
**221** 3:1 4:1
**221.1** 3:2
**221.2** 3:14 4:5
**221.3** 4:2
**225** 2:4
**23rd** 12:21,22
**24th** 2:9
**241** 8:11
**26** 90:18 93:25
**27** 90:18

**3**

**3** 27:24 28:4
**3rd** 28:20
**31** 3:7
**3115** 3:3,12,18
**350** 15:8

**4**

**4** 2:9 5:19 13:1
15:24 27:23



28:1,3 32:12
**4th** 12:19,23
27:20

| **5** |
|---|
**5** 8:2 19:13

| **6** |
|---|
**62** 104:6

| **7** |
|---|
**7:30** 32:17,18

| **8** |
|---|
**81** 104:7,10
**82** 104:8
**83** 104:11

