# EXHIBIT B

**Page 1**

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------x
CHARLENE TALARICO, et al.,

     Plaintiff,

   -against-        18 Civ. 0909 (JPO)

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

     Defendant.
-------------------------x
                October 20, 2020
                   10:04 a.m.


     Videoconference deposition of JOSEPH
PANIO, taken by plaintiff, pursuant to
notice, reported remotely by Julia Liu, a
Shorthand Reporter and Notary Public of the
State of New York.
```

**Page 2**

APPEARANCES (ALL REMOTE PARTICIPANTS):

ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS
   Attorneys for plaintiff
   225 Broadway, Suite 1902
   New York, NY 10007
BY: RICHARD SOTO

PORT AUTHORITY LAW DEPARTMENT
   Attorneys for Defendant
   The Port Authority of New York and New
    Jersey
   4 World Trade Center
   New York, NY 10007-2366
BY: LAUREN GRODENTZIK
    DAVID KROMM

**Page 3**

                    STIPULATIONS

     IT IS HEREBY STIPULATED AND AGREED, by
and between counsel for the respective
parties hereto, that all objections, except
as to form, are reserved to the time of
trial.
     IT IS FURTHER STIPULATED AND AGREED
that the deposition may be signed and sworn
to before any officer authorized to
administer an oath.
     IT IS FURTHER STIPULATED AND AGREED
that the sealing and filing of the
deposition be waived.

**Page 4**

                        Panio
JOSEPH PANIO,
    called as a witness, having been duly
    sworn, testified as follows:
EXAMINATION
BY MR. SOTO:
    Q.    Good morning, Mr. Panio. My name
is Richard Soto. I'm attorney for the
plaintiff, Charlene Talarico, in a lawsuit
that she has against the Port Authority of
New York and New Jersey.
    A.    Good morning.
    Q.    Just -- let me just give you a
few ground rules before we begin the
questioning.
    A.    Okay.
    Q.    If you could allow me to finish
my questions before giving an answer, that
would help clarify the record.
    A.    Yes.
    Q.    If you don't understand a
question that I pose to you, let me know
and I will attempt to rephrase the question
so that you understand it.
    A.    Okay.

5

Panio

Q. And also if you could give complete verbal answers to the questions I'm going to pose to you today, that will also help clarify the record.

A. Yes, understood.

Q. Just to begin with, do you have any physical conditions or are you taking any medication that might affect your ability to give truthful answers to the questions I'm going to pose to you today?

A. No.

Q. What is your current employment status?

A. My employment status?

Q. Yes.

A. I'm a full-time employee with the Port Authority of New York and New Jersey.

Q. And what is your current position with the Port Authority?

A. I am the Manager of Property Management for the Port Authority Division of Office Space Services and Property Management.

Q. And what are your

6

Panio

responsibilities in that position?

A. I manage a small group of property managers and operations staff and contractors.

Q. How long have you been in this position?

A. Since 2005.

Q. What are the responsibilities of the property managers you manage?

A. Of the property managers that I manage, they oversee the day-to-day operations of Port Authority office space, which includes maintenance, electrical, plumbing, carpentry, cleaning services, contracts for those services, the security access installation and equipment contract as well.

Q. And do you have a supervisor?

A. I do.

Q. Who is that?

A. Vincent Borst.

Q. And what is Mr. Borst's title?

A. He's an assistant director in the Operations Services department.

7

Panio

Q. About how many property managers do you have serving under you currently?

A. I'm sorry, four.

Q. And are they responsible for -- in terms of their responsibilities you laid out before, is that organized according to property or is there some other way that they're assigned their duties?

A. No, it's organized by properties.

Q. And what properties are each of the four responsible for currently?

A. So in New York, we have -- I have a property manager that's responsible for my New York properties, which is 4 World Trade, 156 William Street, 80 Pine, 120 Broadway, 115 Broadway.

In New Jersey, I have a manager for 2 Montgomery Street. And I also have a manager responsible for the Port Authority Technical Center at 241 Erie Street and 777 Jersey Avenue in Jersey City. And I have a property manager that, not only does her portfolio include those two properties, but also the Teleport at Staten Island.

8

Panio

And we have a couple of other operating properties in Hoboken. And we have a property in Newark.

Q. Who is the New York property manager?

A. Michael Leon.

Q. Was there ever a time when the 233 Park Avenue South property was in the bailiwick of the New York property manager?

A. Yes, that was me.

Q. And when was that?

A. That was 2002 until we started vacating in 2015. And then ultimately, by 2016, we were out of those, that -- the Park Avenue South locations.

Q. And what position did you have before you were in your current position?

A. I was the manager of New York leased properties.

Q. And how long were you in that position?

A. 2002 until the position changed in 2005.

Q. How did the position change?

9

Panio

Q. And how long were you at the Port Authority as a property manager?

A. We were part of the Real Estate department at that time. There was a New Jersey and a New York manager. The New Jersey manager retired. They consolidated the position, and I acquired the Jersey aspect of the property management as well.

Q. And what were your responsibilities as manager of New York leased properties?

A. The same as currently with the Property Management group. I was just -- I didn't have as many -- as large a group as I do now.

Q. And before you became a manager of New York leased properties in 2002, did you have a position with the Port Authority?

A. Yes.

Q. And what position was that?

A. I was one of the property managers at the World Trade Center.

Q. How long were you in that position?

A. I started there in March of 1999.

10

Panio

Q. And what were your responsibilities in that position?

A. It was a, you know, it was a property management position, more -- I had more tenant relations responsibilities and less operations. It was predominantly a tenant, Tenant Services position.

Q. And did you have a supervisor you reported to?

A. Yes.

Q. Who is that person?

A. Nancy Seliga.

Q. What was her title?

A. She was general manager for One World Trade Center.

Q. And before you were a property manager at the World Trade Center in 1999, did you have a position at the Port Authority?

A. No, I did not.

Q. Where did you work prior to coming to the Port Authority?

A. I worked at New York State Division of Housing and Community Renewal.

11

Panio

Q. And how long were you at New York State Community Housing and Division of Renewal?

A. About three and a half years.

Q. What were your job responsibilities there?

A. It was more administrative. I dealt with rent-regulated apartments in Westchester.

Q. And do you remember the time frame that that position exactly lasted?

A. I want to say -- it was like almost four years that I was there, so I would say sometime in 1994.

Q. And prior to 1994, where did you work?

A. Prior to '94, I was a graduate student. I was a graduate intern with Westchester County Finance Department. And I also worked at the Westchester County Board of Elections.

Q. Where did you pursue your graduate studies?

A. Pace University.

12

Panio

Q. Did you complete those studies?

A. Yes, I did.

Q. And what was the degree in?

A. Public administration, master's in public administration.

Q. Where did you do your undergrad?

A. Syracuse University.

Q. And what was your degree in?

A. Political science.

Q. BA?

A. Yes.

Q. Before, you mentioned some of the job responsibilities of the property managers who currently work -- that are under you are security access and installation and entrance as well. Could you go into more detail on what those responsibilities entail?

A. Sure. We have a security -- we have a contract for the installation of security equipment, which would include card access equipment and security cameras and CCTV systems.

Q. And is that a contract with a

13

Panio

2 particular company?
3    A.   Yes, it is. Boss Systems.
4    Q.   And who does the day-to-day
5 operation of the security systems that Boss
6 Systems has installed on Port Authority
7 property?
8    A.   That would be our manager of
9 security.
10   Q.   And who is the manager of
11 security, current manager?
12   A.   Yes, the current manager is Luigi
13 Canepa, C-A-N-E-P-A.
14   Q.   Does he have a particular
15 position in the Port Authority?
16   A.   He's a -- his title is he's a
17 field supervisor. He's an Operations
18 represented staff. And he's in my group as
19 well as the chief security officer. He
20 works for both groups.
21   Q.   Who is the chief security officer
22 currently?
23   A.   John Bilich.
24   Q.   How long has Boss Systems had the
25 contract?

14

Panio

2    A.   Boss Systems has had a number of
3 contracts with the Port Authority.
4 Offhand, I don't -- I can't -- I don't
5 recall how long each contract has been for
6 or what the current contract -- I mean
7 they're, generally, they're like two to
8 four years each contract. But he's had a
9 number of contracts.
10   Q.   In August of 2016, was Boss
11 Systems responsible for the installation of
12 security systems at Port Authority
13 property?
14   A.   Yes.
15   Q.   And was the manager of security
16 responsible for the operation of those
17 systems in August of 2016?
18   A.   Yes.
19   Q.   And who was the manager of
20 security in August of 2016?
21   A.   John Meyer, M-E-Y-E-R.
22   Q.   Who is the -- and I take it that
23 -- did John Meyer have a dual report to
24 yourself as well as the chief security
25 officer in August 2016?

15

Panio

2    A.   No.
3    Q.   Who did he report to?
4    A.   He reported to myself and to our
5 division manager, Vinny Borst.
6    Q.   When did that reporting structure
7 change?
8    A.   Let's see, it would have been
9 2018, '19, late '18.
10   Q.   Do you know why the reporting
11 structure changed?
12   A.   Because the security guard
13 contract was no longer an Office Space and
14 Property Management contract, it became an
15 agency-wide contract managed by the chief
16 security officer's office.
17   Q.   So, before, you mentioned that
18 Boss Systems was responsible for the
19 installation of card access, CCTV, as well
20 as surveillance cameras.
21   A.   Yes.
22   Q.   Are there any other cameras that
23 they are responsible for, any other kinds
24 of cameras on PA property they're
25 responsible for?

16

Panio

2    A.   No.
3        MS. GRODENTZIK:  Object to form.
4    You can answer.
5    Q.   Are there any other types of
6 cameras other than surveillance cameras
7 that are operated on Port Authority
8 property through your division?
9        MS. GRODENTZIK:  Same objection.
10   A.   No.
11       MS. GRODENTZIK:  You can answer.
12   Q.   Are you aware of any other kinds
13 of cameras that are operated on Port
14 Authority that are outside of your
15 division?
16       MS. GRODENTZIK:  Same objection.
17   You can answer.
18   A.   No, not aware of that.
19   Q.   So is it safe to say that the
20 only kinds of cameras that are fixed in
21 Port Authority locations are surveillance
22 cameras?
23   A.   For my properties, they're
24 security cameras, yes.
25   Q.   And what is the purpose of these

17

Panio

surveillance cameras?
A. They monitor the access and egress from our office space, the elevator lobbies, entrances to offices, exit stairwells.
Q. And is this surveillance, are these surveillance cameras present in all Port Authority properties?
     MS. GRODENTZIK: Objection to form. You can answer.
A. In all of my properties, yes.
Q. Are you aware of any Port Authority properties where there are no surveillance cameras present?
A. No.
Q. And just to clarify, no, you're not aware or no, there are no properties where there are no security cameras present?
A. I'm not aware.
Q. Are you aware of any specific Port Authority policy with respect to the operation of surveillance cameras?
     MS. GRODENTZIK: Objection. You

18

Panio

can answer.
A. For my properties, no, as far as any operation.
Q. Are you aware of how footage taken by these video cameras is stored?
A. Yes.
Q. And how is that video information stored?
A. It's stored on localized recorders.
Q. And how long is it stored on localized recorders?
A. 30 days.
Q. Who is responsible for the operation of the localized recorders?
A. Same. It would be our contractor, our security equipment contractor.
Q. And when the images are first recorded, are you aware of who has access to the monitoring equipment at that point and who reviews that information?
     MS. GRODENTZIK: Objection. You can answer if you can.

19

Panio

A. Well, it's -- who views. In some cases our security guards would be viewing -- it depends on the location, it depends on the location. In some cases, it's just recorded and in some cases, it's recorded and monitored.
Q. In which cases would a recording be both recorded and monitored in real time?
A. Certainly the entrances and exits to our space.
Q. And in what instances would locations simply be recorded?
A. It would depend if we had staff at that location, whether it was strictly a security camera. Those would be situations where it would be just recorded.
Q. Is there any documentation that points to which security cameras are to be viewed in real time and which are simply there for recording purposes?
A. No, not to my knowledge.
Q. Are you aware if security footage, once taken and stored for 30 days,

20

Panio

is it subjected to any sort of data mining?
A. I'm sorry, I don't understand that.
Q. Is it subjected to any sort of facial recognition technology --
A. No.
Q. -- or other technology to pull images?
A. No.
Q. Who particularly has access to the data storage that those images are stored for 30 days in?
A. Our security manager, the security contractor would have access, and the Office of the Inspector General, upon request.
Q. And are you aware of how a request to access any of the recorded video imagery is handled through the Office of Inspector General?
A. I don't know how they handle them. They have to approve them.
Q. Does your office have any role in processing any request to view imagery

21

Panio

2 that's stored from the video cameras?
3    A.   Yes.  The Inspector General's
4 office would approve a request.  And we
5 would then process that request and provide
6 that video or footage to whomever they
7 directed us to provide it to.
8    Q.   Is there a particular liaison
9 that your office deals with at the Office
10 of Inspector General to process these
11 requests?
12    A.   I don't believe so.
13    Q.   Is there any document that sums
14 up how your office processes a request for
15 the submission of video from your video
16 archive with the Office of Inspector
17 General?
18    A.   No.
19       MS. GRODENTZIK:  Sorry, I missed
20    part of that question.  The what a
21    video?
22    Q.   Is there any sort of document
23 that memorializes how your office interacts
24 with the Office of the Inspector General
25 when processing a request to get video from

22

Panio

2 your video archive?
3    A.   No.  It's an understanding.  If a
4 request is made by a department, we will --
5 they will be advised that the Inspector
6 General's office must review and approve
7 their request.
8    Q.   So is it your understanding then
9 that, once a request is made by the Office
10 of Inspector General for a submission of
11 video, that you have to comply?
12    A.   Yes.
13    Q.   And where exactly do you derive
14 that understanding from?
15    A.   I don't really know.  I guess
16 it's always just kind of been understood
17 that we wouldn't do that without their
18 approval.
19    Q.   Do you recall ever receiving a
20 direct order that that's the way it's done
21 or reading anywhere that that's the
22 process?
23    A.   No, no.  I think that that was
24 just something that was mutually agreed
25 upon at one point between the Real Estate

23

Panio

2 department and the IG's office and the Law
3 department.
4    Q.   Has there ever been an instance
5 where you've refused a request by the IG's
6 office for any video?
7    A.   No, no.
8    Q.   Have you ever received a request
9 to submit video outside the IG's office
10 from that video surveillance archive, the
11 30-day archive?
12    A.   I'm sorry, has the request ever
13 come in from outside the agency?
14    Q.   Have you ever received a request
15 from outside the Inspector General's
16 office?
17    A.   Either way, the inspect -- no.
18 The Inspector General's office has to
19 approve.  Have we received a request from
20 outside the agency?  We've received
21 requests from local law enforcement, and
22 then that would also have to be approved by
23 the Inspector General.
24    Q.   So if you receive a request
25 directly from local law enforcement, you

24

Panio

2 would direct them to the IG's office?
3    A.   Yes.
4    Q.   So you said that the video is
5 only stored for 30 days, what happens after
6 30 days?
7    A.   Just record, they record over
8 themselves.
9    Q.   Is there a particular location
10 where this database or databases of
11 security footage are maintained for that 30
12 days?
13       MS. GRODENTZIK:  Objection to
14    form.  You can answer.
15       THE WITNESS:  I'm sorry, can I
16    answer?
17       MS. GRODENTZIK:  Yeah, you can
18    answer.
19    A.   It's all localized.  It would
20 depend, you know, it would be maintained at
21 the location, in some cases, right on --
22 the recorder may be located right on the
23 floor.  In some cases, it may be located in
24 the building.
25    Q.   So you don't have a centralized

25

Panio

server where this is stored it's just there are individual servers in different buildings or according to --

A. Yeah, nah, I don't believe so. I know we've done some updating of that, but the systems are still local.

Q. And, before, you mentioned that local law enforcement might go to the IG's office if they made a request. That would be the same for anyone, whether it's federal --

A. Correct.

Q. -- a prosecutor's office or whatnot?

A. Yes, yes.

Q. Everyone goes to the IG's office?

A. Yes.

MS. GRODENTZIK: Objection to the extent that it slightly mischaracterizes the prior testimony. But you can answer.

Q. Is there any difference in the policy for operating the surveillance cameras depending on which department

26

Panio

within the Port Authority that that camera might be covering?

MS. GRODENTZIK: Objection to form. You can answer.

A. No.

Q. So there would be no difference in the way a surveillance camera is operated say in the entrance, general entrance to a building than say within --

A. No.

Q. -- an Office of Medical Services property?

A. No.

MS. GRODENTZIK: Same objection to form. You can answer.

A. No.

Q. Before, you mentioned that your contractor installed both CCTV and surveillance cameras. Do you draw a distinction between the two?

MS. GRODENTZIK: Objection to the extent that -- mischaracterization of prior testimony. You can answer.

A. It's both part of the same

27

Panio

system. The security cameras obviously feed the monitors, the centralized TV monitors.

Q. And what does CCTV feed into, if you're aware?

A. It doesn't feed into anything. It's just localized systems where they exist.

Q. Is CCTV footage also saved for 30 days and then written over?

A. Same, it's all the same footage.

MS. GRODENTZIK: Joe, give him a chance to finish the question --

THE WITNESS: Okay. Sorry.

MS. GRODENTZIK: -- because you guys start talking over each other.

MR. SOTO: Sorry, we have a very conversational rapport.

MS. GRODENTZIK: Actually, can I just get the question and answer read back because I didn't get it all.

(Question and answer read)

Q. Okay. You mentioned before that, from 2002 to 2015, you were responsible for

28

Panio

the 233 Park Avenue South location?

A. Yes.

Q. And that, by 2016, Port Authority was out of that location?

A. Yeah. The Medical Services office was the last department to relocate -- to vacate our Park Avenue South offices. And that was like in the spring of '17. It was later than any of the other departments.

Q. Do you recall how many surveillance and CCTV cameras were operational at 233 Park Avenue South on the 8th floor at that time?

MS. GRODENTZIK: Objection to the form. You can answer.

A. Oh boy, I don't know the exact number. There would have been one at each of the entrances. One at the stairwell, the exit stairwell. And one or two in the elevator lobby inside the space. And I know that there was a camera inside one of the rooms.

Q. The one camera you recall being

29

1        Panio
2  inside one of the rooms, do you recall how
3  long that camera had been operational?
4       A.   That camera was installed -- was
5  not part of the original construction of
6  the space -- it was installed at the
7  request of the Medical department.  I don't
8  know when that request was made but it was
9  certainly sometime after their occupancy of
10 that space.
11      Q.   Do you recall who from the
12 Medical department made the request?
13      A.   No.  I don't know who
14 specifically the request came from.
15      Q.   Was the request memorialized in
16 any e-mails?
17      A.   I don't know.
18      Q.   Generally, when you get a
19 specific request for the installation of
20 surveillance equipment from a department
21 within the Port Authority, is there a
22 process by which that request is made?
23           MS. GRODENTZIK:  Objection to the
24      form.  You can answer.
25      A.   I guess it depends on the extent

30

1        Panio
2  of the installation.  For one camera, it
3  may have come in on one of our project
4  forms, request forms, it may have come in
5  as an e-mail, it may have come in to a
6  project group, or it may have come in
7  directly to the security manager.
8       Q.   If that request is made, I take
9  it it would have been forwarded to Boss
10 Systems to actually carry out?
11      A.   There would have been a work
12 ticket produced to perform the work, the
13 installation.
14           MS. GRODENTZIK:  Just there's a
15      lot of background noise all of a
16      sudden, I'm not sure what it is.
17           (Off record)
18           MS. GRODENTZIK:  Can you just --
19      I couldn't actually hear what the
20      question and answer was.
21           MR. SOTO:  The question was, is
22      would it have been handled by Boss
23      Systems.
24           MS. GRODENTZIK:  Got it.
25      A.   Yes, it would have been handled

31

1        Panio
2  by Boss Systems.
3       Q.   And when Boss Systems handled
4  that request, would there have been any
5  sort of work order that your department
6  would have submitted to Boss Systems?
7       A.   Yeah, there should have been a
8  work order for that request, for that work,
9  yes.
10      Q.   And does your department keep an
11 archive of all work orders made to Boss
12 Systems for the installation of security
13 cameras?
14      A.   Yes.  I'm not certain how far
15 back we go.  I mean the system's been
16 updated a bit since the early 2000s.  It
17 was a little simpler system back then.
18      Q.   I know I asked this before, but
19 since we've been discussing it, have you
20 had any recollection of when this work
21 order would have been carried out by Boss
22 Systems to install that particular camera?
23      A.   No.  I just, I have a
24 recollection of the camera, and I know that
25 it was after the construction, after their

32

1        Panio
2  occupancy.
3       Q.   And when did Office of Medical
4  Services occupy that location?
5       A.   I would say certainly some time
6  in 2002.
7       Q.   Was -- strike that.
8            Was OMS at One World Trade Center
9  before they moved to 233 Park Avenue South?
10      A.   Yes, they were.
11      Q.   So it was the attack on the World
12 Trade Center that prompted the move?
13      A.   Yes.
14      Q.   And do you recall why the request
15 was made to put that particular
16 surveillance camera in place in that room
17 at 233 Park Avenue South?
18      A.   Yes.  The request was made
19 because they had installed a drug or a
20 medication cabinet in that room and they
21 wanted to increase security on that
22 cabinet.
23      Q.   And do you recall if that
24 particular camera was monitored in real
25 time or if it just went straight to

33

Panio

2 storage?
3   A.   You know, I don't remember.
4   Q.   Was the operation of that camera
5 that OMS had requested to be installed at
6 233 Park Avenue South ever disabled before
7 OMS moved out of Park Avenue South?
8        MS. GRODENTZIK:  Objection to the
9   form.  You can answer if you know.
10  A.   I'm sorry, before they moved out?
11  Q.   Yeah, was it ever disabled?
12  A.   Not to my knowledge.
13  Q.   So it was in continuous operation
14 then from the time that the request was
15 made to install it to the time that OMS
16 moved out?
17  A.   I believe so, yes.
18  Q.   Do you recall how many PA
19 employees were using the location at 233
20 Park Avenue South, particularly the 8th
21 floor, when it was in operation?
22  A.   No.
23  Q.   Did your office maintain any
24 records on how many people cycled through
25 the location at 233 Park Avenue South on

34

Panio

2 the 8th floor?
3        MS. GRODENTZIK:  Objection to
4   form.  You can answer if you can.
5   A.   Yeah, no, it was -- that would
6 have been monitored strictly by the medical
7 offices.  It was an open building.  You
8 entered, went right up the elevator right
9 to the lobby of the Medical department, and
10 you'd be let in by one of their staff.
11  Q.   I'm going to try to show you a
12 video now.
13       MS. GRODENTZIK:  Rich, while
14  you're doing that, can we just take a
15  two minute break real quick?
16       MR. SOTO:  Sure.  Let's just go
17  off the record while I fiddle around
18  with the video.
19       (Recess)
20 EXAMINATION CONTINUED
21 BY MR. SOTO:
22  Q.   So this video, can everybody see
23 this video?
24  A.   Yes.
25       MR. SOTO:  This was previously

35

Panio

2 marked as Exhibit 1 during the
3 deposition of Dr. Pascale Kerlegrand.
4 I guess, for clarification, it's
5 Plaintiff's 1.  And, as stated at that
6 deposition, we'll endeavor to circulate
7 physical copies of this video around to
8 all the participants.  But right now
9 I'm just accessing this from a remote
10 storage, which I don't completely
11 understand.  But nevertheless, this
12 video, which is marked
13 PAS-CH11-133100-135207, and the time
14 stamp on it is 16-8-4, which I believe
15 is August 4, 2016, and the time is
16 13:31 hours 1 second.
17      And I will just play a portion of
18 this, just a few seconds of this.
19      (The video was played)
20      MR. SOTO:  And I'll freeze it
21 here at 13:31 hours and 6 seconds.
22  Q.   Is this video -- do you recognize
23 what this video is covering?
24  A.   No.
25  Q.   Is it safe to say that this

36

Panio

2 camera is the one you were discussing that
3 was requested by OMS to be installed
4 though?
5   A.   Yes.
6        MS. GRODENTZIK:  Objection.  You
7   can answer.
8   A.   Yes, I would say that, yes.
9   Q.   This camera, is it a fixed
10 installation?
11       MS. GRODENTZIK:  Objection.  You
12  can answer if you know.
13  A.   I'm sorry, a fixed installation?
14 What do we mean by that?
15  Q.   Is it something that's a
16 permanent fixture in the location?
17  A.   Oh, you mean as far as its view?
18  Q.   As far as like the physical
19 layout of the camera, is it attached in the
20 ceiling?
21  A.   Yes, yes, yes, yes.  To my
22 knowledge, yes, they were ceiling-mounted
23 cameras at the time.
24  Q.   And this camera was installed by
25 Boss Systems?

37

Panio

Q. And do you know what type of camera this is?
A. No, I don't. I don't know what make or model we were using then.
Q. And the feed from this camera would have, as we stated before, gone into a 30-day archive and then been written over after 30 days, correct?
A. Yes.
   MS. GRODENTZIK: Objection to the form. You can answer.
Q. And as stated generally before, if a request was made to retrieve a video made by this camera in that archive, it would have been processed through the IG's office?
A. Correct, yes.
Q. And, rewind a little actually. And we're back at 13:31:00.
   You said before that OMS had requested this, for security purposes, to look after certain drugs that were located at the location?

38

Panio

A. Yes, a drug cabinet, yes.
Q. From this vantage, can you see the drug cabinet that was in question?
   MS. GRODENTZIK: Objection. You can answer if you know.
A. I believe it's that -- it was a wall-mounted cabinet.
Q. Okay. And do you see that in this picture?
A. I personally have never actually seen the cabinet. I see a wall-mounted cabinet there, but I have personally never actually seen the cabinet.
Q. Okay. I mean there looks like, what, there's some kind of refrigeration unit that is next to the woman who is viewed on the right of this. Is that where you're referring to when you say you see a wall cabinet?
A. No. I'm not sure there's -- looks like there's a wall-mounted cabinet there. That, yeah, I'm not sure if that's a cabinet or not.
Q. I guess we're all speculating at

39

Panio

this point. But I see the holes in the wall here. Is it possible there might have been a cabinet in these holes that was removed at some point?
A. Yes, yes, that is possible.
   MS. GRODENTZIK: Objection.
Q. If that -- moving out of speculation though -- if a cabinet had been removed from that location, would there be a work order that your office would have maintained for that removal since it would have affected the property?
   MS. GRODENTZIK: Objection. You can answer if you can.
A. I would think so, depending on who removed the cabinet, if that's what it was, yes.
Q. Now, before, you mentioned that any production of this video to a third party would have been handled through the IG's office -- and I'm paraphrasing -- is that correct?
A. They would have approved the capturing or releasing of any video from

40

Panio

our security camera, yes.
Q. And is there any way that an employee operating without IG authorization could have produced a video from this archive?
A. No.
   MR. SOTO: I'll stop sharing the video. If we could just take two while I review my notes. I think I'm done but I just need to review.
   (Off record)
Q. I just have one additional question. I mean we touched upon this before, but the camera that we just -- feed that we just viewed in Plaintiff's Exhibit 1, was there any sort of special operating procedure or provision made for the operation of that camera that was different from any other security cameras that were operated? I think you're still on mute, Mr. Panio.
A. I'm sorry.
   No.
   MR. SOTO: No further questions

41

Panio

1  at this point.
2  
3      MS. GRODENTZIK: I just have one
4  or two questions. Just give me a
5  second.
6  EXAMINATION
7  BY MS. GRODENTZIK
8      Q. Mr. Panio, does your office keep
9  a log of the requests that would have been
10 made for the particular camera that we've
11 been discussing that captured the video in
12 Exhibit 1?
13     A. We do maintain copies of requests
14 from the -- that are approved by the IG's
15 office, yes.
16     Q. Okay. Other than a request that
17 might have been made for the video with
18 respect to this particular case involving
19 Ms. Talarico, are you aware of any other
20 requests having been made for the video
21 being pulled from the camera that showed
22 the footage in Exhibit 1 -- that would have
23 depicted, sorry, the room at OMS in Exhibit
24 1?
25     A. No, no.

42

Panio

1  
2      Q. Okay. So your office has no
3  other requests for that video?
4      A. No.
5      Q. And that would have been from
6  2002 until when OMS vacated the property at
7  233 Park Avenue South?
8      A. Yes.
9      MS. GRODENTZIK: I don't have
10 anything else.
11     MR. SOTO: Nothing for me.
12     (Time noted: 11:09 a.m.)

43

Panio

_____

JOSEPH PANIO

Subscribed and sworn to
before me this     day
of           2020
_____

44

CERTIFICATE

STATE OF NEW YORK )
              ) ss.
COUNTY OF NEW YORK)

    I, Julia Liu, a Shorthand Reporter and
Notary Public within and for the State of
New York, do hereby certify:
    That JOSEPH PANIO, the witness whose
deposition is hereinbefore set forth, was
duly sworn by me and that such deposition is
a true record of the testimony given by such
witness.
    I further certify that I am not
related to any of the parties to this action
by blood or marriage and that I am in no way
interested in the outcome of this matter.

              _____
                    JULIA LIU

45

1
2  October 20, 2020
3         ERRATA
4
5  PAGE/LINE     CHANGE/REASON
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

46

1
2  October 20, 2020
3
            INDEX
4
5  WITNESS         EXAMINATION BY     PAGE

6  Joseph Panio    Mr. Soto            4
                   Ms. Grodentzik     41
7

8
   NO EXHIBITS MARKED
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**'**

**'17** [1] - 28:9
**'18** [1] - 15:9
**'19** [1] - 15:9
**'94** [1] - 11:18

**0**

**0909** [1] - 1:6

**1**

**1** [7] - 35:2, 35:5, 35:16, 40:17, 41:12, 41:22, 41:24
**10007** [1] - 2:7
**10007-2366** [1] - 2:15
**10:04** [1] - 1:10
**115** [1] - 7:17
**11:09** [1] - 42:12
**120** [1] - 7:16
**13:31** [2] - 35:16, 35:21
**13:31:00** [1] - 37:21
**156** [1] - 7:16
**16-8-4** [1] - 35:14
**18** [1] - 1:6
**1902** [1] - 2:6
**1994** [2] - 11:15, 11:16
**1999** [2] - 9:25, 10:18

**2**

**2** [1] - 7:19
**20** [3] - 1:10, 45:2, 46:2
**2000s** [1] - 31:16
**2002** [6] - 8:13, 8:23, 9:16, 27:25, 32:6, 42:6
**2005** [2] - 6:8, 8:24
**2015** [2] - 8:14, 27:25
**2016** [7] - 8:15, 14:10, 14:17, 14:20, 14:25, 28:4, 35:15
**2018** [1] - 15:9
**2020** [4] - 1:10, 43:11, 45:2, 46:2
**225** [1] - 2:6
**233** [9] - 8:9, 28:2, 28:14, 32:9, 32:17, 33:6, 33:19, 33:25, 42:7
**241** [1] - 7:21

**3**

**30** [8] - 18:14, 19:25, 20:13, 24:5, 24:6, 24:11, 27:10, 37:10
**30-day** [2] - 23:11, 37:9

**4**

**4** [4] - 2:14, 7:15, 35:15, 46:6
**41** [1] - 46:6

**6**

**6** [1] - 35:21

**7**

**777** [1] - 7:21

**8**

**80** [1] - 7:16
**8th** [3] - 28:15, 33:20, 34:2

**A**

**a.m** [2] - 1:10, 42:12
**ability** [1] - 5:10
**about** [2] - 7:2, 11:5
**access** [9] - 6:17, 12:16, 12:23, 15:19, 17:3, 18:21, 20:11, 20:15, 20:19
**accessing** [1] - 35:9
**according** [2] - 7:7, 25:4
**acquired** [1] - 9:6
**action** [1] - 44:17
**actually** [6] - 27:20, 30:10, 30:19, 37:20, 38:11, 38:14
**additional** [1] - 40:13
**administer** [1] - 3:12
**administration** [2] - 12:5, 12:6
**administrative** [1] - 11:8
**advised** [1] - 22:5
**ADVOCATES** [1] - 2:4
**affect** [1] - 5:9
**affected** [1] - 39:13
**after** [6] - 24:5, 29:9, 31:25, 37:10, 37:24
**against** [2] - 1:6, 4:10
**agency** [3] - 15:15, 23:13, 23:20
**agency-wide** [1] - 15:15
**AGREED** [3] - 3:4, 3:9, 3:13
**agreed** [1] - 22:24
**al** [1] - 1:4
**all** [10] - 3:6, 17:8, 17:12, 24:19, 27:12, 27:22, 30:15, 31:11, 35:8, 38:25
**ALL** [1] - 2:2
**allow** [1] - 4:17
**almost** [1] - 11:14
**also** [7] - 5:2, 5:5, 7:19, 7:25, 11:21, 23:22, 27:10
**always** [1] - 22:16
**am** [3] - 5:21, 44:16, 44:18
**AND** [4] - 1:7, 3:4, 3:9, 3:13
**answer** [26] - 4:18, 16:4, 16:11, 16:17, 17:11, 18:2, 18:25, 24:14, 24:16, 24:18, 25:22, 26:5, 26:16, 26:24, 27:21, 27:23, 28:17, 29:24, 30:20, 33:9, 34:4, 36:7, 36:12, 37:13, 38:6, 39:15
**answers** [2] - 5:3, 5:10
**any** [32] - 3:11, 5:8, 5:9, 15:22, 15:23, 16:5, 16:12, 17:13, 17:22, 18:4, 19:19, 20:2, 20:5, 20:19, 20:24, 20:25, 21:13, 21:22, 23:6, 25:23, 28:10, 29:16, 31:4, 31:20, 33:23, 39:20, 39:25, 40:3, 40:17, 40:20, 41:19, 44:17
**anyone** [1] - 25:11
**anything** [2] - 27:7, 42:10
**anywhere** [1] - 22:21
**apartments** [1] - 11:9
**APPEARANCES** [1] - 2:2
**approval** [1] - 22:18
**approve** [4] - 20:23, 21:4, 22:6, 23:19
**approved** [3] - 23:22, 39:24, 41:14
**archive** [8] - 21:16, 22:2, 23:10, 23:11, 31:11, 37:9, 37:16, 40:6
**aspect** [1] - 9:7
**assigned** [1] - 7:9
**assistant** [1] - 6:24
**attached** [1] - 36:19
**attack** [1] - 32:11
**attempt** [1] - 4:23
**attorney** [1] - 4:8
**ATTORNEYS** [1] - 2:4
**Attorneys** [2] - 2:5, 2:11
**August** [5] - 14:10, 14:17, 14:20, 14:25, 35:15
**Authority** [23] - 2:12, 4:10, 5:18, 5:20, 5:22, 6:13, 7:20, 9:18, 10:20, 10:23, 13:6, 13:15, 14:3, 14:12, 16:7, 16:14, 16:21, 17:9, 17:14, 17:23, 26:2, 28:4, 29:21
**AUTHORITY** [2] - 1:7, 2:10
**authorization** [1] - 40:4
**authorized** [1] - 3:11
**Avenue** [13] - 7:22, 8:9, 8:16, 28:2, 28:8, 28:14, 32:9, 32:17, 33:6, 33:7, 33:20, 33:25, 42:7
**aware** [12] - 16:12, 16:18, 17:13, 17:18, 17:21, 17:22, 18:5, 18:21, 19:24, 20:18, 27:6, 41:19

**B**

**BA** [1] - 12:11
**background** [1] - 30:15
**bailiwick** [1] - 8:10
**became** [2] - 9:15, 15:14
**because** [4] - 15:12, 27:16, 27:22, 32:19
**been** [28] - 4:3, 6:6, 14:5, 15:8, 22:16, 23:4, 28:19, 29:3, 30:9, 30:11, 30:22, 30:25, 31:4, 31:7, 31:15, 31:19, 31:21, 34:6, 37:9, 37:17, 39:4, 39:9, 39:21, 41:9, 41:11, 41:17, 41:20, 42:5
**before** [22] - 3:11, 4:14, 4:18, 7:7, 8:18, 9:15, 10:17, 12:13, 15:17, 25:8, 26:18, 27:24, 31:18, 32:9, 33:6, 33:10, 37:8, 37:14, 37:22, 39:19, 40:15, 43:10
**begin** [2] - 4:14, 5:7
**being** [2] - 28:25, 41:21
**believe** [5] - 21:12, 25:5, 33:17, 35:14, 38:7
**between** [3] - 3:5, 22:25, 26:21
**Bilich** [1] - 13:23
**bit** [1] - 31:16
**blood** [1] - 44:18
**Board** [1] - 11:22
**Borst** [2] - 6:22, 15:5
**Borst's** [1] - 6:23
**Boss** [14] - 13:3, 13:5, 13:24, 14:2, 14:10, 15:18, 30:9, 30:22, 31:2, 31:3, 31:6, 31:11, 31:21, 36:25
**both** [4] - 13:20, 19:9, 26:19, 26:25
**boy** [1] - 28:18
**break** [1] - 34:15
**Broadway** [3] - 2:6, 7:17
**building** [3] - 24:24, 26:10, 34:7
**buildings** [1] - 25:4
**BY** [6] - 2:8, 2:16, 4:6, 34:21, 41:7, 46:5

**C**

**C-A-N-E-P-A** [1] - 13:13
**cabinet** [14] - 32:20, 32:22, 38:2, 38:4, 38:8, 38:12, 38:13, 38:14, 38:20, 38:22, 38:24, 39:4, 39:9, 39:17
**called** [1] - 4:3
**came** [1] - 29:14

48

**camera** [25] - 19:17, 26:2, 26:8, 28:23, 28:25, 29:3, 29:4, 30:2, 31:22, 31:24, 32:16, 32:24, 33:4, 36:2, 36:9, 36:19, 36:24, 37:4, 37:7, 37:16, 40:2, 40:15, 40:19, 41:10, 41:21
**cameras** [25] - 12:23, 15:20, 15:22, 15:24, 16:6, 16:13, 16:20, 16:22, 16:24, 17:2, 17:8, 17:15, 17:19, 17:24, 18:6, 19:20, 21:2, 25:25, 26:20, 27:2, 28:13, 31:13, 36:23, 40:20
**can** [30] - 16:4, 16:11, 16:17, 17:11, 18:2, 18:25, 24:14, 24:15, 24:17, 25:22, 26:5, 26:16, 26:24, 27:20, 28:17, 29:24, 30:18, 33:9, 34:4, 34:14, 34:22, 36:7, 36:12, 37:13, 38:3, 38:6, 39:15
**can't** [1] - 14:4
**Canepa** [1] - 13:13
**captured** [1] - 41:11
**capturing** [1] - 39:25
**card** [2] - 12:23, 15:19
**carpentry** [1] - 6:15
**carried** [1] - 31:21
**carry** [1] - 30:10
**case** [1] - 41:18
**cases** [6] - 19:3, 19:5, 19:6, 19:8, 24:21, 24:23
**CCTV** [6] - 12:24, 15:19, 26:19, 27:5, 27:10, 28:13
**ceiling** [2] - 36:20, 36:22
**ceiling-mounted** [1] - 36:22
**Center** [7] - 2:14, 7:21, 9:22, 10:16, 10:18, 32:8, 32:12
**centralized** [2] - 24:25, 27:3
**certain** [2] - 31:14, 37:24
**certainly** [3] - 19:11, 29:9, 32:5
**CERTIFICATE** [1] - 44:2
**certify** [2] - 44:10, 44:16
**chance** [1] - 27:14
**change** [2] - 8:25, 15:7
**CHANGE/REASON** [1] - 45:5
**changed** [2] - 8:23, 15:11
**CHARLENE** [1] - 1:4
**Charlene** [1] - 4:9
**CHARTERED** [1] - 2:4
**chief** [4] - 13:19, 13:21, 14:24, 15:15
**circulate** [1] - 35:6
**City** [1] - 7:22
**Civ** [1] - 1:6
**clarification** [1] - 35:4

**clarify** [3] - 4:19, 5:5, 17:17
**cleaning** [1] - 6:15
**come** [5] - 23:13, 30:3, 30:4, 30:5, 30:6
**coming** [1] - 10:23
**Community** [2] - 10:25, 11:3
**company** [1] - 13:2
**complete** [2] - 5:3, 12:2
**completely** [1] - 35:10
**comply** [1] - 22:11
**conditions** [1] - 5:8
**consolidated** [1] - 9:5
**construction** [2] - 29:5, 31:25
**CONTINUED** [1] - 34:20
**continuous** [1] - 33:13
**contract** [10] - 6:17, 12:21, 12:25, 13:25, 14:5, 14:6, 14:8, 15:13, 15:14, 15:15
**contractor** [4] - 18:18, 18:19, 20:15, 26:19
**contractors** [1] - 6:5
**contracts** [3] - 6:16, 14:3, 14:9
**conversational** [1] - 27:19
**copies** [2] - 35:7, 41:13
**correct** [4] - 25:13, 37:10, 37:19, 39:23
**could** [5] - 4:17, 5:2, 12:17, 40:5, 40:9
**couldn't** [1] - 30:19
**counsel** [1] - 3:5
**COUNTY** [1] - 44:6
**County** [2] - 11:20, 11:21
**couple** [1] - 8:2
**COURT** [1] - 1:2
**covering** [2] - 26:3, 35:23
**current** [6] - 5:13, 5:19, 8:18, 13:11, 13:12, 14:6
**currently** [5] - 7:3, 7:12, 9:11, 12:15, 13:22
**cycled** [1] - 33:24

**D**

**data** [2] - 20:2, 20:12
**database** [1] - 24:10
**databases** [1] - 24:10
**DAVID** [1] - 2:17
**day** [5] - 6:12, 13:4, 43:10
**day-to-day** [2] - 6:12, 13:4
**days** [8] - 18:14, 19:25, 20:13, 24:5, 24:6, 24:12, 27:11, 37:10
**deals** [1] - 21:9
**dealt** [1] - 11:9
**Defendant** [2] - 1:8, 2:11
**degree** [2] - 12:4, 12:9
**department** [13] - 6:25, 9:3, 22:4, 23:2, 23:3, 25:25, 28:7, 29:7, 29:12, 29:20, 31:5, 31:10, 34:9
**Department** [1] - 11:20
**DEPARTMENT** [1] - 2:10
**departments** [1] - 28:11
**depend** [2] - 19:15, 24:20
**depending** [2] - 25:25, 39:16
**depends** [3] - 19:4, 29:25
**depicted** [1] - 41:23
**deposition** [7] - 1:14, 3:10, 3:15, 35:3, 35:6, 44:12, 44:13
**derive** [1] - 22:13
**detail** [1] - 12:18
**did** [17] - 8:17, 8:25, 9:16, 10:9, 10:19, 10:21, 10:22, 11:16, 11:23, 12:2, 12:3, 12:7, 14:23, 15:3, 15:6, 32:3, 33:23
**didn't** [2] - 9:13, 27:22
**difference** [2] - 25:23, 26:7
**different** [2] - 25:3, 40:19
**direct** [2] - 22:20, 24:2
**directed** [1] - 21:7
**directly** [2] - 23:25, 30:7
**director** [1] - 6:24
**disabled** [2] - 33:6, 33:11
**discussing** [3] - 31:19, 36:2, 41:11
**distinction** [1] - 26:21
**DISTRICT** [2] - 1:2, 1:2
**division** [3] - 15:5, 16:8, 16:15
**Division** [3] - 5:22, 10:25, 11:3
**do** [24] - 5:7, 6:19, 6:20, 7:3, 9:14, 11:11, 12:7, 15:10, 22:13, 22:17, 22:19, 26:20, 28:12, 29:2, 29:11, 32:14, 32:23, 33:18, 35:22, 36:14, 37:3, 38:9, 41:13, 44:10
**document** [2] - 21:13, 21:22
**documentation** [1] - 19:19
**does** [7] - 7:23, 13:4, 13:14, 20:24, 27:5, 31:10, 41:8
**doesn't** [1] - 27:7
**doing** [1] - 34:14
**don't** [18] - 4:21, 14:4, 20:3, 20:22, 21:12, 22:15, 24:25, 25:5, 28:18, 29:7, 29:13, 29:17, 33:3, 35:10, 37:5, 42:9
**done** [3] - 22:20, 25:6, 40:10
**Dr** [1] - 35:3
**draw** [1] - 26:20
**drug** [3] - 32:19, 38:2, 38:4
**drugs** [1] - 37:24

**dual** [1] - 14:23
**duly** [2] - 4:3, 44:13
**during** [1] - 35:2
**duties** [1] - 7:9

**E**

**e-mail** [1] - 30:5
**e-mails** [1] - 29:16
**early** [1] - 31:16
**egress** [1] - 17:4
**either** [1] - 23:17
**Elections** [1] - 11:22
**electrical** [1] - 6:14
**elevator** [3] - 17:4, 28:22, 34:8
**else** [1] - 42:10
**employee** [2] - 5:17, 40:4
**employees** [1] - 33:19
**employment** [2] - 5:13, 5:15
**endeavor** [1] - 35:6
**enforcement** [3] - 23:21, 23:25, 25:9
**entail** [1] - 12:19
**entered** [1] - 34:8
**entrance** [3] - 12:17, 26:9, 26:10
**entrances** [3] - 17:5, 19:11, 28:20
**equipment** [6] - 6:17, 12:22, 12:23, 18:18, 18:22, 29:20
**Erie** [1] - 7:21
**ERRATA** [1] - 45:3
**Estate** [2] - 9:2, 22:25
**et** [1] - 1:4
**ever** [8] - 8:8, 22:19, 23:4, 23:8, 23:12, 23:14, 33:6, 33:11
**everybody** [1] - 34:22
**everyone** [1] - 25:17
**exact** [1] - 28:18
**exactly** [2] - 11:12, 22:13
**EXAMINATION** [4] - 4:5, 34:20, 41:6, 46:5
**except** [1] - 3:6
**Exhibit** [5] - 35:2, 40:16, 41:12, 41:22, 41:23
**EXHIBITS** [1] - 46:8
**exist** [1] - 27:9
**exit** [2] - 17:5, 28:21
**exits** [1] - 19:11
**extent** [3] - 25:20, 26:23, 29:25

**F**

**facial** [1] - 20:6
**far** [4] - 18:3, 31:14, 36:17,

36:18
  **federal** [1] - 25:12
  **feed** [5] - 27:3, 27:5, 27:7, 37:7, 40:15
  **few** [2] - 4:14, 35:18
  **fiddle** [1] - 34:17
  **field** [1] - 13:17
  **filing** [1] - 3:14
  **Finance** [1] - 11:20
  **finish** [2] - 4:17, 27:14
  **first** [1] - 18:20
  **fixed** [3] - 16:20, 36:9, 36:13
  **fixture** [1] - 36:16
  **floor** [4] - 24:23, 28:15, 33:21, 34:2
  **follows** [1] - 4:4
  **footage** [7] - 18:5, 19:25, 21:6, 24:11, 27:10, 27:12, 41:22
  **FOR** [1] - 2:4
  **form** [11] - 3:7, 16:3, 17:11, 24:14, 26:5, 26:16, 28:17, 29:24, 33:9, 34:4, 37:13
  **forms** [2] - 30:4
  **forth** [1] - 44:12
  **forwarded** [1] - 30:9
  **four** [4] - 7:4, 7:12, 11:14, 14:8
  **frame** [1] - 11:12
  **freeze** [1] - 35:20
  **from** [26] - 17:4, 21:2, 21:15, 21:25, 22:14, 23:10, 23:13, 23:15, 23:19, 23:21, 23:25, 27:25, 29:11, 29:14, 29:20, 33:14, 35:9, 37:7, 38:3, 39:10, 39:25, 40:5, 40:20, 41:14, 41:21, 42:5
  **full** [1] - 5:17
  **full-time** [1] - 5:17
  **FURTHER** [2] - 3:9, 3:13
  **further** [2] - 40:25, 44:16

### G

  **General** [7] - 20:16, 20:21, 21:10, 21:17, 21:24, 22:10, 23:23
  **general** [2] - 10:15, 26:9
  **General's** [4] - 21:3, 22:6, 23:15, 23:18
  **generally** [3] - 14:7, 29:18, 37:14
  **get** [4] - 21:25, 27:21, 27:22, 29:18
  **give** [5] - 4:13, 5:2, 5:10, 27:13, 41:4
  **given** [1] - 44:14
  **giving** [1] - 4:18
  **go** [4] - 12:18, 25:9, 31:15, 34:16
  **goes** [1] - 25:17
  **going** [3] - 5:4, 5:11, 34:11
  **gone** [1] - 37:8
  **good** [2] - 4:7, 4:12
  **got** [1] - 30:24
  **graduate** [3] - 11:18, 11:19, 11:24
  **GRODENTZIK** [35] - 2:16, 16:3, 16:9, 16:11, 16:16, 17:10, 17:25, 18:24, 21:19, 24:13, 24:17, 25:19, 26:4, 26:15, 26:22, 27:13, 27:16, 27:20, 28:16, 29:23, 30:14, 30:18, 30:24, 33:8, 34:3, 34:13, 36:6, 36:11, 37:12, 38:5, 39:7, 39:14, 41:3, 41:7, 42:9
  **Grodentzik** [1] - 46:6
  **ground** [1] - 4:14
  **group** [5] - 6:3, 9:12, 9:13, 13:18, 30:6
  **groups** [1] - 13:20
  **guard** [1] - 15:12
  **guards** [1] - 19:3
  **guess** [4] - 22:15, 29:25, 35:4, 38:25
  **guys** [1] - 27:17

### H

  **had** [11] - 10:5, 13:24, 14:2, 14:8, 19:15, 29:3, 31:20, 32:19, 33:5, 37:22, 39:9
  **half** [1] - 11:5
  **handle** [1] - 20:22
  **handled** [5] - 20:20, 30:22, 30:25, 31:3, 39:21
  **happens** [1] - 24:5
  **has** [11] - 4:10, 13:6, 13:24, 14:2, 14:5, 18:21, 20:11, 23:4, 23:12, 23:18, 42:2
  **hear** [1] - 30:19
  **help** [2] - 4:19, 5:5
  **hereby** [1] - 44:10
  **HEREBY** [1] - 3:4
  **hereinbefore** [1] - 44:12
  **hereto** [1] - 3:6
  **Hoboken** [1] - 8:3
  **holes** [2] - 39:2, 39:4
  **hours** [2] - 35:16, 35:21
  **Housing** [2] - 10:25, 11:3
  **how** [20] - 6:6, 7:2, 8:21, 8:25, 9:23, 11:2, 13:24, 14:5, 18:5, 18:8, 18:12, 20:18, 20:22, 21:14, 21:23, 28:12, 29:2, 31:14, 33:18, 33:24

### I

  **IG** [1] - 40:4
  **IG's** [9] - 23:2, 23:5, 23:9, 24:2, 25:9, 25:17, 37:17, 39:22, 41:14
  **imagery** [2] - 20:20, 20:25
  **images** [3] - 18:20, 20:9, 20:12
  **include** [2] - 7:24, 12:22
  **includes** [1] - 6:14
  **increase** [1] - 32:21
  **INDEX** [1] - 46:3
  **individual** [1] - 25:3
  **information** [2] - 18:8, 18:23
  **inside** [3] - 28:22, 28:23, 29:2
  **inspect** [1] - 23:17
  **Inspector** [11] - 20:16, 20:21, 21:3, 21:10, 21:16, 21:24, 22:5, 22:10, 23:15, 23:18, 23:23
  **install** [2] - 31:22, 33:15
  **installation** [11] - 6:17, 12:17, 12:21, 14:11, 15:19, 29:19, 30:2, 30:13, 31:12, 36:10, 36:13
  **installed** [8] - 13:6, 26:19, 29:4, 29:6, 32:19, 33:5, 36:3, 36:24
  **instance** [1] - 23:4
  **instances** [1] - 19:13
  **interacts** [1] - 21:23
  **interested** [1] - 44:19
  **intern** [1] - 11:19
  **involving** [1] - 41:18
  **IS** [3] - 3:4, 3:9, 3:13
  **Island** [1] - 7:25
  **IT** [3] - 3:4, 3:9, 3:13

### J

  **JERSEY** [1] - 1:7
  **Jersey** [9] - 2:13, 4:11, 5:18, 7:18, 7:22, 9:4, 9:5, 9:6
  **job** [2] - 11:6, 12:14
  **Joe** [1] - 27:13
  **John** [3] - 13:23, 14:21, 14:23
  **JOSEPH** [4] - 1:14, 4:2, 43:6, 44:11
  **Joseph** [1] - 46:6
  **JPO** [1] - 1:6
  **JULIA** [1] - 44:22
  **Julia** [2] - 1:16, 44:8
  **JUSTICE** [1] - 2:4

### K

  **keep** [2] - 31:10, 41:8
  **Kerlegrand** [1] - 35:3
  **kind** [2] - 22:16, 38:16
  **kinds** [3] - 15:23, 16:12, 16:20
  **know** [20] - 4:22, 10:4, 15:10, 20:22, 22:15, 24:20, 25:6, 28:18, 28:23, 29:8, 29:13, 29:17, 31:18, 31:24, 33:3, 33:9, 36:12, 37:3, 37:5, 38:6
  **knowledge** [3] - 19:23, 33:12, 36:22
  **KROMM** [1] - 2:17

### L

  **laid** [1] - 7:6
  **large** [1] - 9:13
  **last** [1] - 28:7
  **lasted** [1] - 11:12
  **late** [1] - 15:9
  **later** [1] - 28:10
  **LAUREN** [1] - 2:16
  **Law** [1] - 23:2
  **LAW** [1] - 2:10
  **law** [3] - 23:21, 23:25, 25:9
  **lawsuit** [1] - 4:9
  **layout** [1] - 36:19
  **leased** [3] - 8:20, 9:10, 9:16
  **Leon** [1] - 8:7
  **less** [1] - 10:7
  **liaison** [1] - 21:8
  **little** [2] - 31:17, 37:20
  **Liu** [2] - 1:16, 44:8
  **LIU** [1] - 44:22
  **lobbies** [1] - 17:5
  **lobby** [2] - 28:22, 34:9
  **local** [4] - 23:21, 23:25, 25:7, 25:9
  **localized** [5] - 18:10, 18:13, 18:16, 24:19, 27:8
  **located** [3] - 24:22, 24:23, 37:24
  **location** [13] - 19:4, 19:5, 19:16, 24:9, 24:21, 28:2, 28:5, 32:4, 33:19, 33:25, 36:16, 37:25, 39:10
  **locations** [3] - 8:16, 16:21, 19:14
  **log** [1] - 41:9
  **long** [8] - 6:6, 8:21, 9:23, 11:2, 13:24, 14:5, 18:12, 29:3
  **longer** [1] - 15:13
  **look** [1] - 37:24
  **looks** [2] - 38:15, 38:22

50

**Luigi** [1] - 13:12

## M

**M-E-Y-E-R** [1] - 14:21
**made** [17] - 22:4, 22:9, 25:10, 29:8, 29:12, 29:22, 30:8, 31:11, 32:15, 32:18, 33:15, 37:15, 37:16, 40:18, 41:10, 41:17, 41:20
**mail** [1] - 30:5
**mails** [1] - 29:16
**maintain** [2] - 33:23, 41:13
**maintained** [3] - 24:11, 24:20, 39:12
**maintenance** [1] - 6:14
**make** [1] - 37:6
**manage** [3] - 6:3, 6:10, 6:12
**managed** [1] - 15:15
**management** [2] - 9:7, 10:5
**Management** [4] - 5:22, 5:24, 9:12, 15:14
**manager** [22] - 7:14, 7:18, 7:20, 7:23, 8:6, 8:10, 8:19, 9:4, 9:5, 9:9, 9:15, 10:15, 10:18, 13:8, 13:10, 13:11, 13:12, 14:15, 14:19, 15:5, 20:14, 30:7
**Manager** [1] - 5:21
**managers** [6] - 6:4, 6:10, 6:11, 7:2, 9:22, 12:15
**many** [5] - 7:2, 9:13, 28:12, 33:18, 33:24
**March** [1] - 9:25
**marked** [2] - 35:2, 35:12
**MARKED** [1] - 46:8
**marriage** [1] - 44:18
**master's** [1] - 12:5
**matter** [1] - 44:19
**may** [7] - 3:10, 24:22, 24:23, 30:3, 30:4, 30:5, 30:6
**me** [8] - 4:13, 4:17, 4:22, 8:11, 41:4, 42:11, 43:10, 44:13
**mean** [6] - 14:6, 31:15, 36:14, 36:17, 38:15, 40:14
**Medical** [6] - 26:12, 28:6, 29:7, 29:12, 32:3, 34:9
**medical** [1] - 34:6
**medication** [2] - 5:9, 32:20
**memorialized** [1] - 29:15
**memorializes** [1] - 21:23
**mentioned** [6] - 12:13, 15:17, 25:8, 26:18, 27:24, 39:19
**Meyer** [2] - 14:21, 14:23
**Michael** [1] - 8:7
**might** [5] - 5:9, 25:9, 26:3, 39:3, 41:17
**mining** [1] - 20:2

**minute** [1] - 34:15
**mischaracterization** [1] - 26:23
**mischaracterizes** [1] - 25:21
**missed** [1] - 21:19
**model** [1] - 37:6
**monitor** [1] - 17:3
**monitored** [4] - 19:7, 19:9, 32:24, 34:6
**monitoring** [1] - 18:22
**monitors** [2] - 27:3, 27:4
**Montgomery** [1] - 7:19
**morning** [2] - 4:7, 4:12
**mounted** [4] - 36:22, 38:8, 38:12, 38:22
**move** [1] - 32:12
**moved** [4] - 32:9, 33:7, 33:10, 33:16
**moving** [1] - 39:8
**MR** [10] - 4:6, 27:18, 30:21, 34:16, 34:21, 34:25, 35:20, 40:8, 40:25, 42:11
**MS** [34] - 16:3, 16:9, 16:11, 16:16, 17:10, 17:25, 18:24, 21:19, 24:13, 24:17, 25:19, 26:4, 26:15, 26:22, 27:13, 27:16, 27:20, 28:16, 29:23, 30:14, 30:18, 30:24, 33:8, 34:3, 34:13, 36:6, 36:11, 37:12, 38:5, 39:7, 39:14, 41:3, 41:7, 42:9
**must** [1] - 22:6
**mute** [1] - 40:21
**mutually** [1] - 22:24
**myself** [1] - 15:4

## N

**nah** [1] - 25:5
**name** [1] - 4:7
**Nancy** [1] - 10:13
**need** [1] - 40:11
**never** [2] - 38:11, 38:13
**nevertheless** [1] - 35:11
**NEW** [5] - 1:2, 1:7, 1:7, 44:4, 44:6
**New** [23] - 1:18, 2:7, 2:12, 2:15, 4:11, 5:18, 7:13, 7:15, 7:18, 8:5, 8:10, 8:19, 9:3, 9:4, 9:9, 9:16, 10:24, 11:2, 44:10
**Newark** [1] - 8:4
**next** [1] - 38:17
**no** [45] - 5:12, 7:10, 10:21, 15:2, 15:13, 16:2, 16:10, 16:18, 17:14, 17:16, 17:17, 17:18, 17:19, 18:3, 19:23, 20:7, 20:10, 21:18, 22:3, 22:23, 23:7, 23:17, 26:6,

26:7, 26:11, 26:14, 26:17, 29:13, 31:23, 33:22, 34:5, 35:24, 37:5, 38:21, 40:7, 40:24, 40:25, 41:25, 42:2, 42:4, 44:18
**NO** [1] - 46:8
**noise** [1] - 30:15
**Notary** [2] - 1:17, 44:9
**noted** [1] - 42:12
**notes** [1] - 40:10
**nothing** [1] - 42:11
**notice** [1] - 1:16
**number** [3] - 14:2, 14:9, 28:19
**NY** [2] - 2:7, 2:15

## O

**oath** [1] - 3:12
**object** [1] - 16:3
**objection** [20] - 16:9, 16:16, 17:10, 17:25, 18:24, 24:13, 25:19, 26:4, 26:15, 26:22, 28:16, 29:23, 33:8, 34:3, 36:6, 36:11, 37:12, 38:5, 39:7, 39:14
**objections** [1] - 3:6
**obviously** [1] - 27:2
**occupancy** [2] - 29:9, 32:2
**occupy** [1] - 32:4
**October** [3] - 1:10, 45:2, 46:2
**OF** [4] - 1:2, 1:7, 44:4, 44:6
**off** [2] - 30:17, 34:17
**Off** [1] - 40:12
**offhand** [1] - 14:4
**office** [26] - 6:13, 15:16, 17:4, 20:24, 21:4, 21:9, 21:14, 21:23, 22:6, 23:2, 23:6, 23:9, 23:16, 23:18, 24:2, 25:10, 25:14, 25:17, 28:7, 33:23, 37:18, 39:11, 39:22, 41:8, 41:15, 42:2
**Office** [10] - 5:23, 15:13, 20:16, 20:20, 21:9, 21:16, 21:24, 22:9, 26:12, 32:3
**officer** [4] - 3:11, 13:19, 13:21, 14:25
**officer's** [1] - 15:16
**offices** [3] - 17:5, 28:8, 34:7
**OMS** [8] - 32:8, 33:5, 33:7, 33:15, 36:3, 37:22, 41:23, 42:6
**once** [2] - 19:25, 22:9
**one** [14] - 9:21, 22:25, 28:19, 28:20, 28:21, 28:23, 28:25, 29:2, 30:2, 30:3, 34:10, 36:2, 40:13, 41:3
**One** [2] - 10:15, 32:8
**only** [3] - 7:23, 16:20, 24:5

**open** [1] - 34:7
**operated** [4] - 16:7, 16:13, 26:9, 40:21
**operating** [4] - 8:3, 25:24, 40:4, 40:17
**operation** [9] - 13:5, 14:16, 17:24, 18:4, 18:16, 33:4, 33:13, 33:21, 40:19
**operational** [2] - 28:14, 29:3
**operations** [3] - 6:4, 6:13, 10:7
**Operations** [2] - 6:25, 13:17
**order** [5] - 22:20, 31:5, 31:8, 31:21, 39:11
**orders** [1] - 31:11
**organized** [2] - 7:7, 7:10
**original** [1] - 29:5
**outcome** [1] - 44:19
**outside** [5] - 16:14, 23:9, 23:13, 23:15, 23:20
**oversee** [1] - 6:12

## P

**PA** [2] - 15:24, 33:18
**Pace** [1] - 11:25
**PAGE** [1] - 46:5
**PAGE/LINE** [1] - 45:5
**Panio** [4] - 4:7, 40:22, 41:8, 46:6
**PANIO** [4] - 1:15, 4:2, 43:6, 44:11
**paraphrasing** [1] - 39:22
**Park** [12] - 8:9, 8:16, 28:2, 28:8, 28:14, 32:9, 32:17, 33:6, 33:7, 33:20, 33:25, 42:7
**part** [4] - 9:2, 21:20, 26:25, 29:5
**PARTICIPANTS** [1] - 2:2
**participants** [1] - 35:8
**particular** [9] - 13:2, 13:14, 21:8, 24:9, 31:22, 32:15, 32:24, 41:10, 41:18
**particularly** [2] - 20:11, 33:20
**parties** [2] - 3:6, 44:17
**party** [1] - 39:21
**PAS-CH11-133100-135207** [1] - 35:13
**Pascale** [1] - 35:3
**people** [1] - 33:24
**perform** [1] - 30:12
**permanent** [1] - 36:16
**person** [1] - 10:12
**personally** [2] - 38:11, 38:13
**physical** [3] - 5:8, 35:7,

36:18
 picture [1] - 38:10
 Pine [1] - 7:16
 place [1] - 32:16
 Plaintiff [1] - 1:5
 plaintiff [3] - 1:15, 2:5, 4:9
 Plaintiff's [2] - 35:5, 40:16
 play [1] - 35:17
 played [1] - 35:19
 plumbing [1] - 6:15
 point [5] - 18:22, 22:25, 39:2, 39:5, 41:2
 points [1] - 19:20
 policy [2] - 17:23, 25:24
 political [1] - 12:10
 PORT [2] - 1:7, 2:10
 Port [23] - 2:12, 4:10, 5:18, 5:20, 5:22, 6:13, 7:20, 9:17, 10:19, 10:23, 13:6, 13:15, 14:3, 14:12, 16:7, 16:13, 16:21, 17:9, 17:13, 17:23, 26:2, 28:4, 29:21
 portfolio [1] - 7:24
 portion [1] - 35:17
 pose [3] - 4:22, 5:4, 5:11
 position [18] - 5:19, 6:2, 6:7, 8:17, 8:18, 8:22, 8:23, 8:25, 9:6, 9:17, 9:20, 9:24, 10:3, 10:5, 10:8, 10:19, 11:12, 13:15
 possible [2] - 39:3, 39:6
 predominantly [1] - 10:7
 present [3] - 17:8, 17:15, 17:20
 previously [1] - 34:25
 procedure [1] - 40:18
 process [4] - 21:5, 21:10, 22:22, 29:22
 processed [1] - 37:17
 processes [1] - 21:14
 processing [2] - 20:25, 21:25
 produced [2] - 30:12, 40:5
 production [1] - 39:20
 project [2] - 30:3, 30:6
 prompted [1] - 32:12
 properties [14] - 7:10, 7:11, 7:15, 7:24, 8:3, 8:20, 9:10, 9:16, 16:23, 17:9, 17:12, 17:14, 17:18, 18:3
 Property [4] - 5:21, 5:23, 9:12, 15:14
 property [23] - 6:4, 6:10, 6:11, 7:2, 7:8, 7:14, 7:23, 8:4, 8:5, 8:9, 8:10, 9:7, 9:21, 10:5, 10:17, 12:14, 13:7, 14:13, 15:24, 16:8, 26:13, 39:13, 42:6
 prosecutor's [1] - 25:14
 provide [2] - 21:5, 21:7
 provision [1] - 40:18

 Public [2] - 1:17, 44:9
 public [2] - 12:5, 12:6
 pull [1] - 20:8
 pulled [1] - 41:21
 purpose [1] - 16:25
 purposes [2] - 19:22, 37:23
 pursuant [1] - 1:15
 pursue [1] - 11:23
 put [1] - 32:15

Q

 question [10] - 4:22, 4:23, 21:20, 27:14, 27:21, 27:23, 30:20, 30:21, 38:4, 40:14
 questioning [1] - 4:15
 questions [5] - 4:18, 5:3, 5:11, 40:25, 41:4
 quick [1] - 34:15

R

 rapport [1] - 27:19
 read [2] - 27:21, 27:23
 reading [1] - 22:21
 real [4] - 19:9, 19:21, 32:24, 34:15
 Real [2] - 9:2, 22:25
 really [1] - 22:15
 recall [9] - 14:5, 22:19, 28:12, 28:25, 29:2, 29:11, 32:14, 32:23, 33:18
 receive [1] - 23:24
 received [4] - 23:8, 23:14, 23:19, 23:20
 receiving [1] - 22:19
 recess [1] - 34:19
 recognition [1] - 20:6
 recognize [1] - 35:22
 recollection [2] - 31:20, 31:24
 record [8] - 4:19, 5:5, 24:7, 30:17, 34:17, 40:12, 44:14
 recorded [7] - 18:21, 19:6, 19:9, 19:14, 19:18, 20:19
 recorder [1] - 24:22
 recorders [3] - 18:11, 18:13, 18:16
 recording [2] - 19:8, 19:22
 records [1] - 33:24
 referring [1] - 38:19
 refrigeration [1] - 38:16
 refused [1] - 23:5
 regulated [1] - 11:9
 related [1] - 44:17
 relations [1] - 10:6
 releasing [1] - 39:25
 relocate [1] - 28:7
 remember [2] - 11:11, 33:3

 remote [1] - 35:9
 REMOTE [1] - 2:2
 remotely [1] - 1:16
 removal [1] - 39:12
 removed [3] - 39:5, 39:10, 39:17
 Renewal [2] - 10:25, 11:4
 rent [1] - 11:9
 rent-regulated [1] - 11:9
 rephrase [1] - 4:23
 report [2] - 14:23, 15:3
 reported [3] - 1:16, 10:10, 15:4
 Reporter [2] - 1:17, 44:8
 reporting [2] - 15:6, 15:10
 represented [1] - 13:18
 request [33] - 20:17, 20:19, 20:25, 21:4, 21:5, 21:14, 21:25, 22:4, 22:7, 22:9, 23:5, 23:8, 23:12, 23:14, 23:19, 23:24, 25:10, 29:7, 29:8, 29:12, 29:14, 29:15, 29:19, 29:22, 30:4, 30:8, 31:4, 31:8, 32:14, 32:18, 33:14, 37:15, 41:16
 requested [3] - 33:5, 36:3, 37:23
 requests [6] - 21:11, 23:21, 41:9, 41:13, 41:20, 42:3
 reserved [1] - 3:7
 respect [2] - 17:23, 41:18
 respective [1] - 3:5
 responsibilities [9] - 6:2, 6:9, 7:6, 9:9, 10:3, 10:6, 11:7, 12:14, 12:19
 responsible [11] - 7:5, 7:12, 7:14, 7:20, 14:11, 14:16, 15:18, 15:23, 15:25, 18:15, 27:25
 retired [1] - 9:5
 retrieve [1] - 37:15
 review [3] - 22:6, 40:10, 40:11
 reviews [1] - 18:23
 rewind [1] - 37:20
 Rich [1] - 34:13
 Richard [1] - 4:8
 RICHARD [1] - 2:8
 right [6] - 24:21, 24:22, 34:8, 35:8, 38:18
 role [1] - 20:24
 room [3] - 32:16, 32:20, 41:23
 rooms [2] - 28:24, 29:2
 rules [1] - 4:14

S

 safe [2] - 16:19, 35:25
 said [2] - 24:4, 37:22

 same [9] - 9:11, 16:9, 16:16, 18:17, 25:11, 26:15, 26:25, 27:12
 saved [1] - 27:10
 say [9] - 11:13, 11:15, 16:19, 26:9, 26:10, 32:5, 35:25, 36:8, 38:19
 science [1] - 12:10
 sealing [1] - 3:14
 second [2] - 35:16, 41:5
 seconds [2] - 35:18, 35:21
 security [33] - 6:16, 12:16, 12:20, 12:22, 12:23, 13:5, 13:9, 13:11, 13:19, 13:21, 14:12, 14:15, 14:20, 14:24, 15:12, 15:16, 16:24, 17:19, 18:18, 19:3, 19:17, 19:20, 19:24, 20:14, 20:15, 24:11, 27:2, 30:7, 31:12, 32:21, 37:23, 40:2, 40:20
 see [7] - 15:8, 34:22, 38:3, 38:9, 38:12, 38:19, 39:2
 seen [2] - 38:12, 38:14
 Seliga [1] - 10:13
 server [1] - 25:2
 servers [1] - 25:3
 Services [6] - 5:23, 6:25, 10:8, 26:12, 28:6, 32:4
 services [2] - 6:15, 6:16
 serving [1] - 7:3
 set [1] - 44:12
 sharing [1] - 40:8
 she [2] - 4:10, 10:15
 Shorthand [2] - 1:17, 44:8
 should [1] - 31:7
 show [1] - 34:11
 showed [1] - 41:21
 signed [1] - 3:10
 simpler [1] - 31:17
 simply [2] - 19:14, 19:21
 since [4] - 6:8, 31:16, 31:19, 39:12
 situations [1] - 19:17
 slightly [1] - 25:20
 small [1] - 6:3
 some [11] - 7:8, 12:13, 19:2, 19:5, 19:6, 24:21, 24:23, 25:6, 32:5, 38:16, 39:5
 something [2] - 22:24, 36:15
 sometime [2] - 11:15, 29:9
 sorry [11] - 7:4, 20:3, 21:19, 23:12, 24:15, 27:15, 27:18, 33:10, 36:13, 40:23, 41:23
 sort [5] - 20:2, 20:5, 21:22, 31:5, 40:17
 SOTO [11] - 2:8, 4:6, 27:18, 30:21, 34:16, 34:21, 34:25, 35:20, 40:8, 40:25, 42:11
 Soto [2] - 4:8, 46:6

**South** [12] - 8:9, 8:16, 28:2, 28:8, 28:14, 32:9, 32:17, 33:6, 33:7, 33:20, 33:25, 42:7
**SOUTHERN** [1] - 1:2
**Space** [2] - 5:23, 15:13
**space** [6] - 6:13, 17:4, 19:12, 28:22, 29:6, 29:10
**special** [1] - 40:17
**specific** [2] - 17:22, 29:19
**specifically** [1] - 29:14
**speculating** [1] - 38:25
**speculation** [1] - 39:9
**spring** [1] - 28:9
**ss** [1] - 44:5
**staff** [4] - 6:4, 13:18, 19:15, 34:10
**stairwell** [2] - 28:20, 28:21
**stairwells** [1] - 17:6
**stamp** [1] - 35:14
**start** [1] - 27:17
**started** [2] - 8:13, 9:25
**State** [4] - 1:18, 10:24, 11:3, 44:9
**STATE** [1] - 44:4
**Staten** [1] - 7:25
**STATES** [1] - 1:2
**status** [2] - 5:14, 5:15
**still** [2] - 25:7, 40:21
**STIPULATED** [3] - 3:4, 3:9, 3:13
**STIPULATIONS** [1] - 3:2
**stop** [1] - 40:8
**storage** [3] - 20:12, 33:2, 35:10
**stored** [9] - 18:6, 18:9, 18:10, 18:12, 19:25, 20:13, 21:2, 24:5, 25:2
**straight** [1] - 32:25
**Street** [3] - 7:16, 7:19, 7:21
**strictly** [2] - 19:16, 34:6
**strike** [1] - 32:7
**structure** [2] - 15:6, 15:11
**student** [1] - 11:19
**studies** [2] - 11:24, 12:2
**subjected** [2] - 20:2, 20:5
**submission** [2] - 21:15, 22:10
**submit** [1] - 23:9
**submitted** [1] - 31:6
**Subscribed** [1] - 43:9
**sudden** [1] - 30:16
**Suite** [1] - 2:6
**sums** [1] - 21:13
**supervisor** [3] - 6:19, 10:9, 13:17
**surveillance** [15] - 15:20, 16:6, 16:21, 17:2, 17:7, 17:8, 17:15, 17:24, 23:10, 25:24, 26:8, 26:20, 28:13, 29:20, 32:16

**sworn** [4] - 3:10, 4:4, 43:9, 44:13
**Syracuse** [1] - 12:8
**system** [2] - 27:2, 31:17
**system's** [1] - 31:15
**systems** [6] - 12:24, 13:5, 14:12, 14:17, 25:7, 27:8
**Systems** [14] - 13:3, 13:6, 13:24, 14:2, 14:11, 15:18, 30:10, 30:23, 31:2, 31:3, 31:6, 31:12, 31:22, 36:25

**T**

**Talarico** [2] - 4:9, 41:19
**TALARICO** [1] - 1:4
**Technical** [1] - 7:21
**technology** [2] - 20:6, 20:8
**Teleport** [1] - 7:25
**tenant** [2] - 10:6, 10:8
**Tenant** [1] - 10:8
**terms** [1] - 7:6
**testified** [1] - 4:4
**testimony** [3] - 25:21, 26:24, 44:14
**THE** [2] - 24:15, 27:15
**themselves** [1] - 24:8
**third** [1] - 39:20
**three** [1] - 11:5
**ticket** [1] - 30:12
**title** [3] - 6:23, 10:14, 13:16
**today** [2] - 5:4, 5:11
**touched** [1] - 40:14
**Trade** [7] - 2:14, 7:16, 9:22, 10:16, 10:18, 32:8, 32:12
**trial** [1] - 3:8
**true** [1] - 44:14
**truthful** [1] - 5:10
**try** [1] - 34:11
**TV** [1] - 27:3
**two** [7] - 7:24, 14:7, 26:21, 28:21, 34:15, 40:9, 41:4
**type** [1] - 37:3
**types** [1] - 16:5

**U**

**ultimately** [1] - 8:14
**under** [2] - 7:3, 12:16
**undergrad** [1] - 12:7
**understand** [4] - 4:21, 4:24, 20:3, 35:11
**understanding** [3] - 22:3, 22:8, 22:14
**understood** [2] - 5:6, 22:16
**unit** [1] - 38:17
**UNITED** [1] - 1:2
**University** [2] - 11:25, 12:8
**up** [2] - 21:14, 34:8

**updated** [1] - 31:16
**updating** [1] - 25:6

**V**

**vacate** [1] - 28:8
**vacated** [1] - 42:6
**vacating** [1] - 8:14
**vantage** [1] - 38:3
**verbal** [1] - 5:3
**video** [33] - 18:6, 18:8, 20:19, 21:2, 21:6, 21:15, 21:21, 21:25, 22:2, 22:11, 23:6, 23:9, 23:10, 24:4, 34:12, 34:18, 34:22, 34:23, 35:7, 35:12, 35:19, 35:22, 35:23, 37:15, 39:20, 39:25, 40:5, 40:9, 41:11, 41:17, 41:20, 42:3
**Videoconference** [1] - 1:14
**view** [2] - 20:25, 36:17
**viewed** [3] - 19:21, 38:18, 40:16
**viewing** [1] - 19:3
**views** [1] - 19:2
**Vincent** [1] - 6:22
**Vinny** [1] - 15:5

**W**

**waived** [1] - 3:15
**wall** [5] - 38:8, 38:12, 38:20, 38:22, 39:3
**wall-mounted** [3] - 38:8, 38:12, 38:22
**Westchester** [3] - 11:10, 11:20, 11:21
**whatnot** [1] - 25:15
**where** [13] - 10:22, 11:16, 11:23, 12:7, 17:14, 17:19, 19:18, 22:13, 23:5, 24:10, 25:2, 27:8, 38:18
**wide** [1] - 15:15
**William** [1] - 7:16
**witness** [3] - 4:3, 44:11, 44:15
**WITNESS** [3] - 24:15, 27:15, 46:5
**woman** [1] - 38:17
**work** [11] - 10:22, 11:17, 12:15, 30:11, 30:12, 31:5, 31:8, 31:11, 31:20, 39:11
**worked** [2] - 10:24, 11:21
**works** [1] - 13:20
**World** [7] - 2:14, 7:15, 9:22, 10:16, 10:18, 32:8, 32:11
**written** [2] - 27:11, 37:9

**Y**

**years** [3] - 11:5, 11:14, 14:8
**YORK** [4] - 1:2, 1:7, 44:4, 44:6
**York** [17] - 1:18, 2:7, 2:12, 2:15, 4:11, 5:18, 7:13, 7:15, 8:5, 8:10, 8:19, 9:4, 9:9, 9:16, 10:24, 11:2, 44:10
**yourself** [1] - 14:24