# EXHIBIT C

## 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------X

CHARLENE TALARICO, individually and on behalf of a class of all others similarly situated,

      Plaintiffs,

  -against-    18-CV-909(JPO)

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

      Defendant.

-------------------------X

      October 19, 2020
      3:00 P.M.

    Videoconference deposition of the Defendant, PASCALE KERLEGRAND, M.D., taken by the Plaintiffs, pursuant to a court order, reported remotely by Sharon Tal, a Shorthand Reporter and Notary Public of the State of New York.

## 2

APPEARANCES:

ADVOCATES FOR JUSTICE CHARTERED ATTORNEYS
   Attorneys for Plaintiff
   225 Broadway, Suite 1902
   New York, NY 10007
BY: RICHARD SOTO, ESQ.

PORT AUTHORITY LAW DEPARTMENT
   Attorneys for Defendant
   The Port Authority of New York and New Jersey
   4 World Trade Center
   New York, NY, 10007-2366
BY: LAUREN GRODENTZIK, ESQ.
    DAVID KROMM, ESQ.

## 3

      STIPULATIONS

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties hereto, that all objections, except as to form, are reserved to the time of trial.

    IT IS FURTHER STIPULATED AND AGREED that the deposition may be signed and sworn to before any officer authorized to administer an oath.

    IT IS FURTHER STIPULATED AND AGREED that the sealing and filing of the deposition be waived.

## 4

    THE REPORTER: The attorneys participating in this deposition room acknowledge that I am not physically present in the deposition room and that I will be reporting this deposition remotely. They further acknowledge that, in lieu of an oath administered in person, I will administer the oath remotely, pursuant to Executive Order Number 202.7 issued by Governor Cuomo on March 19, 2020. The parties and their counsel consent to this arrangement and waive any objections to this manner of reporting.

    Please indicate your agreement by stating your name and your agreement on the record.

    MR. SOTO: Richard Soto for the plaintiff, I agree.

    MS. GRODENTZIK: Lauren Grodentzik for the Port Authority, I agree.

    THE WITNESS: I agree.

    (Continued on next page.)

5

1  Kerlegrand
2  PASCALE KERLEGRAND, M.D.,
3      called as a witness, having been first
4      duly sworn by a Notary Public of the
5      State of New York, was examined and
6      testified as follows:
7           THE REPORTER:  Please state your
8      name for the record.
9           THE WITNESS:  Pascale Kerlegand,
10     M.D.
11          THE REPORTER:  What is your
12     address?
13          THE WITNESS:  198 Bloomfield
14     Avenue, apt 410, Bloomfield, New Jersey
15     07003.
16 EXAMINATION
17 BY MR. SOTO:
18     Q.   Good afternoon, Doctor.  My name
19 is Richard Soto.  As I stated before, I'm
20 counsel for the plaintiff, Charlene
21 Talarico, in a lawsuit that she has against
22 the Port Authority and which you're asked
23 to give this sworn statement today.
24          Before I get into the body of the
25 questioning, just a few ground rules I'd

6

1  Kerlegrand
2  like to apprise you of.
3           First, if you can let me finish
4  my question before giving an answer; that
5  will help clarify the record.  Second, if
6  you don't understand a question that I
7  posed to you just let me know and I will
8  try to rephrase the question so that you
9  better understand it.  And, third, if you
10 could just give verbal responses to all my
11 questions, that will also help clarify the
12 record in this case.
13          So before we go any further, are
14 you on any medications or have any
15 conditions that might affect your ability
16 to give truthful answers to the questions
17 I'm going to depose to you today?
18     A.   No.
19     Q.   What is your current employment
20 status?
21     A.   I'm the Deputy Medical Director
22 at the Department of Sanitation, New York
23 City.
24     Q.   How long have you been at that
25 job?

7

1  Kerlegrand
2      A.   Since June 1st, 2018, so two and
3  a half years, two years.
4      Q.   At some point in your career,
5  were you ever employed by the Port
6  Authority of New York and New Jersey?
7      A.   Yes.
8      Q.   When were you employed by them?
9      A.   March 4th, 2013 until June 1st,
10 2018.
11     Q.   In August of 2016, what job title
12 did you have with the Port Authority?
13     A.   Staff physician.
14     Q.   What were your responsibilities
15 as a staff physician?
16     A.   To evaluate employees for
17 surveillance exams, maintenance of
18 certification exams, post-injury, return to
19 work from sick absentees.  I was also a
20 medical review officer so I evaluated and
21 reviewed drug and alcohol test results.
22     Q.   And was there a particular
23 location that you worked out of as a staff
24 physician for the Port Authority in August
25 of 2016?

8

1  Kerlegrand
2      A.   My main station was at 233 Park
3  Avenue South, however, I would cover for
4  other physicians throughout the Port
5  Authority, different locations.
6      Q.   And you mentioned that you were
7  employed by Port Authority through June
8  2018, is there any particular reason why
9  you moved on from the Port Authority?
10     A.   Well, I got a higher paying
11 position with more responsibility.  So
12 those are two reasons.
13     Q.   When did you become a licensed
14 medical doctor?
15     A.   1992.
16     Q.   Is there a particular
17 specialization of your practice?
18     A.   Family medicine.
19     Q.   And where did you go to medical
20 school?
21     A.   University of Buffalo.  It's now
22 called Jacob School of Medicine in Buffalo,
23 New York.
24     Q.   When did you graduate from
25 medical school?

9

Kerlegrand

A. 1992.
Q. I just want to draw your attention to the day of August 4, 2016. Did you perform a medical evaluation on Charlene Talarico on that date?
A. Yes, I did.
Q. What was the purpose of that evaluation?
A. I was told that she had been injured while at work and I would do a post-injury evaluation.
Q. Who told you that she had been injured at work?
A. Robin Martin.
Q. And who is Robin Martin?
A. I can't remember what her title was at the time, but she was the director of the medical division at the Port Authority.
Q. Was she your immediate supervisor at that time?
A. No, not my immediate.
Q. Who was your immediate supervisor at that time?

10

Kerlegrand

A. Dr. Howard Fischer.
Q. Was it standard practice that Ms. Martin would tell you that you were going to perform a medical evaluation?
   MS. GRODENTZIK: Objection to form.
   You could answer.
A. Usually not, no.
BY MR. SOTO:
Q. Who would usually tell you you were going to perform a medical evaluation on a particular person?
   MS. GRODENTZIK: Objection to form. Assumes facts not yet established.
   You can answer, if you can.
A. Either Dr. Fischer or the nurse supervisor or one of the nurses would task a case to me.
BY MR. SOTO:
Q. What did Robin Martin tell you when this communication about the medical evaluation you were going to perform was communicated to you?

11

Kerlegrand

A. Robin Martin called me into her office and told me that she had been notified that Charlene Talarico is claiming that she had been injured in an altercation with her supervisor, and that she needed to be evaluated medically for the injury; and that Charlene Talarico would be coming into Park Avenue South to have that evaluation performed.
Q. At some point did you receive any specific instructions on how to conduct the evaluation?
A. No, I did not.
Q. Did Ms. Martin ever indicate to you who had told her that Ms. Talarico had been injured?
A. No, she did not.
Q. Do you recall what time of the day this conversation took place?
A. It was in the morning. I don't remember the time. I would say anywhere from 9:30 to 10:30.
Q. And at what time did Ms. Talarico arrive for the medical evaluation?

12

Kerlegrand

A. I don't remember the time but it was after lunch. So I'd say maybe 12:30, 1:00 p.m. I'm not sure. Any time after those two times.
Q. Where did this medical evaluation take place?
A. 233 Park Avenue South, eighth floor.
Q. Was there a particular room on the eighth floor where this evaluation took place?
A. It took place in the emergency rooms.
Q. If you can describe the medical evaluation that you gave Ms. Talarico when she came in?
A. When she came in, uh, I remember walking into the emergency room. I believe the nurse that accompanied me was already in the emergency room. I introduced myself and I got a little bit of a history of the injury, and I started to examine Ms. Talarico's hand, because that was what was injured.

13

Kerlegrand

Q. What was the name of the nurse who was with you?
A. Mary Burke.
Q. What did Ms. Talarico tell you about the history of the injury to the hand?
A. She told me that she was in a meeting with her direct supervisor. I don't know if that's her direct supervisor, but she was in a meeting with I believe Diane Eller or Ellers is the name. Diane Eller was accompanied by a male. I don't remember the male's name. And Charlene Talarico told me that she was holding either a water bottle or some kind of a beverage in one hand and in the other hand she had her cellphone.
   At one point Diane Eller accused her of recording the interaction or the meeting. And Diane Eller tried to grab Charlene Talarico's phone from her hand, and as a result, her hand got injured.
Q. What did your examination of the actual hand reveal?

14

Kerlegrand

A. I don't have my notes with me so this is from memory, but she had swelling, if I'm not mistaken, she had redness and there was sign of an injury, what I would call a sprain.
Q. And did you take notes during this examination?
A. I did.
Q. Do you have a copy of those notes?
A. I do not.
Q. Is there anyone who would have a copy of those notes?
A. They should be in her medical record.
Q. With whom is that medical record being held --
A. With Port Authority Medical Division. It should be part of her electronic medical record as well.
Q. Did you determine a course of treatment, if any, to deal with the swelling of the hand?
A. I first asked that X-rays be

15

Kerlegrand

taken of her hand. I did not think there was a fracture but I just wanted to ensure that there were no other injuries that I wasn't seeing.
   And based on the X-ray, there didn't seem to be any fracture, therefore, I recommended the standard treatment for a sprain, which would be R-I-C-E is the acronym.
   So R is for rest, I is for ice, C is for compression with an ace-bandage, E is for elevation and I also recommended, I believe, some kind of anti-inflammatory, either ibuprofen or naproxen. I can't be sure, I don't have the notes.
   Third, I recommended that she see a hand surgeon.
Q. Is there any particular reason why you recommended she see a hand surgeon?
A. Well, I wanted to ensure that there were not any torn ligaments or soft tissue damage that was more of a clinical issue than I would have thought it to be.
Q. Was there a particular hand

16

Kerlegrand

surgeon that you referred her to?
A. There was.
Q. Do you recall who that person was?
A. I do not.
Q. Do you recall recommending the timing of when she was supposed to see the specialist?
A. The nurse -- one of the nurses made the appointment. I don't remember if -- I believe it was the following day, which would have been August 5th, and that would have been a Friday. But I can't be sure. I don't have my notes.
Q. Do you know if Ms. Talarico was scheduled to see any other medical professionals at 233 Park Avenue South on that day?
A. I don't know if she was scheduled, but I believe she might have seen the psychologist, Dr. Jeremy -- I don't remember his surname, but I believe she might have seen him as well.
Q. Was she scheduled to see a Dr.

17

Kerlegrand

Novich?

A. That might be -- Dr. Jeremy Novich. That might be his surname. I don't know if she was scheduled to see him or not, but I believe she did end up seeing him after she saw me. But I'm not sure. But I know that she saw Dr. Jeremy Novich that day.

Q. Did you share anything with Dr. Novich on that day about her case?

A. Not that I recall. At this point I don't recall that.

Q. Do you know what the purpose of her meeting with Dr. Novich was?

A. I do not.

Q. Are you aware of what a medical status evaluation is at Port Authority Office of Medical Services?

MS. GRODENTZIK: Objection.

You could answer if you can.

A. I believe so, yes.

Q. What is a medical status evaluation?

A. It's an evaluation to determine

18

Kerlegrand

whether the employee is medically able to perform duties or not.

Q. On the day of August 4th did you have any hand in conducting a medical status evaluation of Ms. Talarico?

A. I believe that's part of the examination that I performed.

Q. And did you help draw a conclusion on her medical fitness to perform her work on that day?

A. I did.

Q. Did anyone else help you formulate that position on that day?

A. No.

Q. What was the conclusion you reached about her ability to perform her work --

A. I --

Q. -- status evaluation?

A. Well, medically, given her job title, she could still probably work with the hand like that, but if I remember correctly, I think I might have kept her out of work, I'm not sure.

19

Kerlegrand

Q. Do you recall why you kept her out of work?

A. I know I wanted her to be evaluated by the hand surgeon. I don't remember when the appointment with the hand surgeon was for. I believe it was the following day but I'm not sure. I think I wanted her to be evaluated to ensure that there were no more serious injuries than what my exam revealed and then we would do her work determination. I'm not sure.

Q. Did you do any follow up evaluations of Ms. Talarico after August 4, 2016?

MS. GRODENTZIK: Do you mean with respect to the hand?

MR. SOTO: I'll narrow it down.

Q. With respect to the hand?

A. No.

Q. Did you do any sort of follow-up medical status evaluation with Ms. Talarico after August 4, 2016?

A. No.

Q. Changing gears a bit.

20

Kerlegrand

Are you aware of any policies or procedures at the Port Authority surrounding the use of video surveillance equipment at the Office of Medical Services at 233 Park Avenue South?

MS. GRODENTZIK: Objection.

You can answer, if you know.

A. I did not know.

Q. My question right now is on policy and procedure. Are you aware of any policy and procedure surrounding the use of the security camera at 233 Park Avenue South?

A. Now?

Q. At the time of August 4, 2016?

A. No, I did not.

Q. Were you aware that this examination that you were conducting of Ms. Talarico was being recorded on a video camera?

A. I was not aware.

Q. When did you become aware that your examination of Ms. Talarico on August 4, 2016 had been recorded on a video

21

Kerlegrand

Q. camera?

A. I don't remember the exact date but I have it in my notes, but I would have to check. It was some time -- I would have to check. I think early 2017 I became aware -- in March 2017.

Q. How did you become aware that that evaluation had been recorded?

A. Dr. Fischer indicated it to me. I was examining an employee in another room and he came to me and said that I need to report to Robin Martin's office immediately. When I got to Robin's office Robin Martin told me to sit at her computer desk and review something on the computer. And when they turned the computer on, I believe it was either Dr. Fischer or Robin Martin started the computer feed, it showed Charlene Talarico's examination.

Q. What was your reaction when you learned that that examination had been video taped?

A. Extreme shock, distress, outrage.

Q. And why did you feel shock,

22

Kerlegrand

distress, and outrage?

A. I immediately said: This was recorded? Where is the camera? Why was this recorded?

And then Robin answered: You just need to narrate your exam for that day.

Q. When she said you just need to narrate what happened that day, was that for her for anybody in particular?

A. I asked Robin can you explain why I need to narrate this, why do I need to narrate the video feed?

Q. What did she say?

A. She said that Charlene Talarico is claiming that she was not examined by a physician on August 4, 2016. So would I mind going through the video feed to explain each of my actions throughout the video.

Q. Did she say what venue you would be explaining your actions in?

A. As the video feed continued, Robin told me to say what am I doing at

23

Kerlegrand

each point in the video.

Q. So you were narrating to her what you were doing in the video?

A. There were other people in Robin's office.

Q. Do you recall who those individuals were aside from Robin Martin and Dr. Fischer?

A. Paulette Counts was there and Detective Gaunt, G-A-U-N-T.

Q. Just to go back a bit. Who is Dr. Fischer?

A. Dr. Fischer is the chief medical officer of Port Authority, I believe, that was his title at the time.

Q. And who is Paulette Counts?

A. Paulette Counts, I don't know what her official title was. I think it was operational supervisor but I'm not sure.

Q. Do you recall who Detective Gaunt was?

A. Gaunt, he was a detective with the Port Authority Police.

24

Kerlegrand

Q. And during the course of this meeting in which you narrated what was happening in this video, did you ever receive any indication on how the video had been produced?

A. I did at one point.

Q. What did you learn?

A. When I finished narrating the first time I was asked to narrate again. And after the second time, I stated that I'm very concerned that this is on video. And who had knowledge that there's a camera in the emergency room. And each person said they didn't know. I said where is the camera and they said they didn't know. And I said, well, from the feed, the video feed, the camera is probably above the door that goes into the reception room, and I want to go look right now and see if there's a camera. So we all went and looked.

Q. What did you discover when you all went and looked?

A. We saw it above the double door

25

1        Kerlegrand
2  that is between the emergency room and the
3  inner reception area.
4      Q.   Did you receive any indication
5  that day on how this video had been stored
6  after it had been recorded?
7      A.   Not on that day, no.
8      Q.   Did you subsequently come to
9  learn how the video had been stored after
10 it had been recorded?
11          MS. GRODENTZIK: Objection to
12     form.
13          You can answer.
14     A.   I don't know about storage but I
15 kept asking how did the video end up here,
16 what happened.
17 BY MR. SOTO:
18     Q.   Who did you direct those
19 inquiries to?
20     A.   I directed those inquiries to Dr.
21 Fischer and to Robin Martin.
22     Q.   What response did you receive?
23     A.   I was told that as part of the
24 discovery for the criminal case these
25 videos were included with the documents

26

1        Kerlegrand
2  that were sent over to the prosecutor in
3  Weehawken.
4      Q.   The room in which Ms. Talarico
5  was examined by yourself on August 4, 2016,
6  do you have an estimate on how often exams
7  are conducted in that room in 2016 on a
8  daily basis?
9           MS. GRODENTZIK: Objection to
10     form.
11          You can answer.
12     A.   I really don't know.
13     Q.   Is it a room that was often in
14 use or rarely in use?
15     A.   It was often in use.
16     Q.   Before you indicated you were,
17 among other emotions, you were outraged
18 that this examination had been videotaped.
19 Why were you outraged?
20     A.   I was outraged because -- for
21 several reasons. First of all, I was the
22 physician conducting the exam and I never
23 gave consent to have an exam videotaped.
24 That's not something I would've consented
25 to and I was never given the opportunity.

27

1        Kerlegrand
2  I saw it as a violation of my rights and
3  the employee's rights.
4      Q.   You said there were several
5  reasons. Are there other reasons other
6  than that that you were outraged over the
7  videotaping?
8      A.   At the time I couldn't understand
9  why the camera was there and there were
10 many things going through my mind. What
11 was the reason the cameras are there. Are
12 they checking up on us, employees, or what
13 are they looking for.
14     Q.   Did you ever seek any explanation
15 of why the camera was there in the initial
16 first place?
17     A.   Yes.
18     Q.   Who did you direct that inquiry
19 to?
20     A.   Dr. Fischer.
21     Q.   Did you receive a satisfactory
22 response to that inquiry?
23          MS. GRODENTZIK: Objection.
24          You could answer.
25     A.   I received a response but didn't

28

1        Kerlegrand
2  think it was satisfactory.
3  BY MR. SOTO:
4      Q.   What was the nature of the
5  response?
6      A.   The response was that the camera
7  must have been there from the time the
8  medical department had taken over that
9  space I believe back in 20 -- 2003. The
10 camera might have been put there to make
11 sure no one was stealing medications from
12 the medication cabinet.
13     Q.   Why did you deem that response
14 unsatisfactory?
15     A.   I explained to Dr. Fischer that
16 we don't keep medications in that cabinet
17 that's in view of the camera so why is the
18 camera still there.
19     Q.   When you pointed that out did you
20 receive any sort of a response?
21     A.   Yes, I did.
22     Q.   What was the response?
23     A.   The response was, well, we moved
24 in after 9/11. It might be that we were
25 keeping medications in that cabinet at that

**29**

Kerlegrand

2  time. I'm not sure why it's there now.
3  That's basically the response I got.
4        MR. SOTO: I think I'm pretty
5    much done with the main line of my
6    questioning. I do want to try and see
7    if we can share this video on screen.
8        Off the record.
9        (Whereupon, an off-the-record
10   discussion was held.)
11       (Whereupon, the video was so
12   marked as Plaintiffs' Exhibit 1 for
13   identification as of this date.)
14       MR. SOTO: I have a video here.
15   It's an MP4 file. It's marked
16   TH11-133100-135207. We'll just mark
17   this as Exhibit 1, even though I don't
18   have a physical copy to circulate but
19   we'll try to circulate a physical copy
20   of this at a later time.
21       It's a 22-minute video. I'm just
22   going to briefly play the first couple
23   of minutes.
24       MS. GRODENTZIK: Just for the
25   record, do you want to read the

**30**

Kerlegrand

2  timestamp that you're playing so that
3  we know where you started and where
4  you're ending?
5        MR. SOTO: Sure.
6  BY MR. SOTO:
7    Q.   The timestamp on this
8  16-08-04-13:31:03 hours. I will start
9  playing. I'm going to pause right here.
10 I'm pausing at 13:31 dash 07.
11      Do you recognize this video, Dr.
12 Kerlegrand?
13   A.   Yes, I do.
14   Q.   How do you recognize this?
15   A.   That is the emergency room.
16 That's me standing with the white coat and
17 that is Charlene Talarico.
18   Q.   You mentioned before that you had
19 been shown a video by Robin Martin and Dr.
20 Fischer. Is this the video that they
21 showed you that they asked you to narrate?
22   A.   This is only one frame but I
23 believe this is the video, this is part of
24 the video, yes.
25   Q.   Who is the individual on the

**31**

Kerlegrand

2  right in this video snapshot?
3    A.   That's me.
4    Q.   And who is the individual on the
5  left?
6    A.   That's Ms. Talarico.
7    Q.   I'm not going to go through the
8  entire video with you. I do just have one
9  question about this video.
10      Before you were discussing going
11 back to this room and examining the
12 physical location of the video. So from
13 this vantage point, where in this room is
14 the video camera located?
15   A.   The video camera is close to the
16 ceiling, very high up, and it's above two
17 double doors.
18   Q.   And what sort of vantage point
19 does it have into this area?
20      MS. GRODENTZIK: Objection.
21   You could answer if you know.
22   And, also, the video speaks for
23   itself.
24   A.   This shows part of the emergency
25 room.

**32**

Kerlegrand

2  BY MR. SOTO:
3    Q.   Did you ever notice this camera
4  in this room before you had been alerted to
5  its presence by Dr. Fischer and Ms.
6  Martin?
7    A.   No.
8        MR. SOTO: I'm going to try to
9    stop sharing this now.
10       Let me just take a minute and to
11   see if I have any further questions and
12   you can do redirect if you want.
13       (Whereupon, a short recess was
14   taken.)
15       COURT REPORTER: Are you ordering
16   this transcript?
17       MS. GRODENTZIK: Yes, thanks.
18       MR. SOTO: Just a couple of
19   questions.
20 BY MR. SOTO:
21   Q.   Doctor, were you aware if -- you
22 said yourself that you weren't aware if
23 this exam was being videotaped. Do you
24 know if Mr. Talarico was aware at the time
25 that this exam was being conducted by

33

Kerlegrand

yourself that she was being videotaped?

    MS. GRODENTZIK:  Objection.

    You could answer if you know.

    A.    I do not know.

BY MR. SOTO:

    Q.    And just to make it clear for the record, since you weren't aware that this was being videotaped, you were unable to communicate to Ms. Talarico when you were taking this exam, that her examination was being videotaped?

    MS. GRODENTZIK:  Objection.

    You could answer.

    A.    Correct.

BY MR. SOTO:

    Q.    After learning this exam had been videotaped, did you change at all your routine for conducting medical examinations at 233 Park Avenue South?

    MS. GRODENTZIK:  Objection.

    You could answer.

    Relevance.

    A.    I really don't remember.  I mean, I don't know for sure.  I think I would but

34

Kerlegrand

I don't know.

BY MR. SOTO:

    Q.    Did you ask to be informed going forward after learning this exam had been videotaped to be kept abreast of when your medical examinations were being videotaped by the Port Authority?

    MS. GRODENTZIK:  Objection.

    You could answer.

    A.    I asked to know where else in Port Authority there may be cameras.

BY MR. SOTO:

    Q.    Who did you ask?

    A.    Dr. Fischer.

    Q.    What response did you receive to that inquiry?

    A.    I believe he told me at 233 Park Avenue South that was the only camera.  And that at the Tech Center there might have been a camera in one of the hallways for one of the equipment.  And at Journal Square.  I don't remember.

    Q.    And when you made that inquiry and he told you about the existence of

35

Kerlegrand

these possible other cameras, did he indicate to you what protocol there would be in terms of keeping you abreast of when you were actually being videotaped, conducting examinations?

    A.    Well, the information wasn't given to me all at once.  If I remember correctly, he had to contact the building maintenance supervisor for each facility. And as he got a response from each of those supervisors, he would then inform me.

    So he emailed me, I believe, a floor plan for 233 Park Avenue South that showed where cameras used to be and where there was only this one existing.  And I think by that time it was no longer there.

    And then at a later date, I got an email that showed a picture of a hallway at the Tech Center of a common hallway. The Tech Center.  Port Authority Tech Center is the complete name.

    Q.    Do you still have copies of those emails?

    A.    I don't have -- I would have to

36

Kerlegrand

-- I have notes that I took at the time and it took me a long time to find them because they're in my Port Authority papers.  I finally found the notes that I took.

    Q.    Those notes that you took, when did you take those notes?

    A.    I started taking the notes the day of February 2017.

    MR. SOTO:  I ask for supplemental production of Dr. Kerlegrand's notes. I'll put it in writing.

BY MR. SOTO:

    Q.    So this is information you're discussing you got from Dr. Fischer about locations of cameras, but did he ever give you any indication on, moving forward, how the Port Authority might keep you abreast of when the cameras were actually turned on while you were conducting evaluations?

    MS. GRODENTZIK:  Objection.

    Assumes facts not established or known, but you can answer if you can.

    A.    I actually don't understand the question.

```
                                    37
 1                  Kerlegrand
 2   BY MR. SOTO:
 3       Q.   You indicated before that you
 4   were outraged that this examination had
 5   been filmed without your consent.  Did Dr.
 6   Fischer or anyone else at the Port
 7   Authority ever tell you about, moving
 8   forward, how would they address that
 9   outrage and keep you informed when and if
10   medical examinations were being filmed?
11            MS. GRODENTZIK:  Same objection.
12            You can answer if you can.
13       A.   Well, I remember at one point,
14   I'm not sure during the time it was, Dr.
15   Fischer did tell me that there are no video
16   cameras that are in patients' rooms.
17   BY MR. SOTO:
18       Q.   Do you recall when exactly he
19   told you that?
20       A.   I don't know for sure but I know
21   we did have that conversation.  I was
22   actually covering for Dr. Whiteley at
23   Journal Square Medical Center, and Dr.
24   Fischer called me and told me that he
25   investigated with each of the building
```

```
                                    38
 1                  Kerlegrand
 2   maintenance people at each facility, and
 3   there are no cameras there in the
 4   examination rooms.
 5       Q.   After you learned that this
 6   examination of Mr. Talarico had been
 7   videotaped, aside from Ms. Martin and Dr.
 8   Fischer, did you discuss this with any
 9   colleagues at Office of Medical Services?
10       A.   I discussed this with at least
11   two other people.
12       Q.   Who are these other people?
13       A.   One was Mary Burke, the nurse who
14   was in the exam room with me on August 4th.
15       Q.   And do you recall who the other
16   individual was?
17       A.   Loretta Platero.  She was the
18   nurse supervisor.
19       Q.   What was Nurse Burke's reaction?
20       A.   Surprise.  She's actually in the
21   video as well.  She was surprised.
22       Q.   What was Nurse Platero's
23   reaction?
24       A.   She was surprised because part of
25   that room is her office.  So the nurse
```

```
                                    39
 1                  Kerlegrand
 2   supervisor's office is within that space.
 3   There's a curtain that separates the nurse
 4   supervisor's desk from the rest of the
 5   emergency room.
 6            MR. SOTO:  I don't think I have
 7   any other questions at this point.
 8            Do you have any questions,
 9   Lauren?
10            MS. GRODENTZIK:  I don't have any
11   questions.
12            MR. SOTO:  So I think we're done.
13            COURT REPORTER:  Are you ordering
14   the original and one of this
15   transcript?
16            MR. SOTO:  Yes.
17            (Time noted:  4:05 p.m.)
```

```
                                    40
 1                  Kerlegrand
 2   October 19, 2020
 3            ERRATA
 4
 5   PAGE/LINE    CHANGE/REASON
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____
```

41

1  Kerlegrand
2
3
4
5
6
7
8  _____
9  PASCALE KERLEGRAND, M.D.
10
11
12
13 Subscribed and sworn to
14 before me this     day
15 of           2020
16
17 _____
18
19
20
21
22
23
24
25

42

1
2        CERTIFICATE
3 STATE OF NEW YORK )
4              ) ss.
5 COUNTY OF NEW YORK)
6
7    I, Sharon Tal, a Shorthand Reporter
8 and Notary Public within and for the State
9 of New York, do hereby certify:
10    That PASCALE KERLEGRAND, M.D., the
11 witness whose deposition is hereinbefore set
12 forth, was duly sworn by me and that such
13 deposition is a true record of the testimony
14 given by such witness.
15    I further certify that I am not
16 related to any of the parties to this action
17 by blood or marriage and that I am in no way
18 interested in the outcome of this matter.
19
20
21       _____
22            SHARON TAL
23
24
25

43

1
2 October 19, 2020
3
4           INDEX
5 WITNESS           EXAMINATION BY   PAGE
6 Pascale Kerlegrand   Mr. Soto      5
7
8 PLAINTIFFS'   PAGE
9 Exhibit 1    29    Video
10
11 REQUEST:    36
12
13
14
15
16
17
18
19
20
21
22
23
24
25

44

# 0

**07** [1] - 30:10
**07003** [1] - 5:15

# 1

**1** [3] - 29:12, 29:17, 43:9
**10007** [1] - 2:7
**10007-2366** [1] - 2:15
**10:30** [1] - 11:23
**12:30** [1] - 12:3
**13:31** [1] - 30:10
**16-08-04-13:31:03** [1] - 30:8
**18-CV-909(JPO** [1] - 1:7
**19** [4] - 1:11, 4:12, 40:2, 43:2
**1902** [1] - 2:6
**198** [1] - 5:13
**1992** [2] - 8:15, 9:2
**1:00** [1] - 12:4
**1st** [2] - 7:2, 7:9

# 2

**20** [1] - 28:9
**2003** [1] - 28:9
**2013** [1] - 7:9
**2016** [10] - 7:11, 7:25, 9:4, 19:15, 19:23, 20:16, 20:25, 22:18, 26:5, 26:7
**2017** [3] - 21:6, 21:7, 36:9
**2018** [3] - 7:2, 7:10, 8:8
**202.7** [1] - 4:11
**2020** [5] - 1:11, 4:12, 40:2, 41:15, 43:2
**22-minute** [1] - 29:21
**225** [1] - 2:6
**233** [8] - 8:2, 12:8, 16:18, 20:6, 20:13, 33:20, 34:18, 35:14
**29** [1] - 43:9

# 3

**36** [1] - 43:11
**3:00** [1] - 1:11

# 4

**4** [8] - 2:14, 9:4, 19:14, 19:23, 20:16, 20:25, 22:18, 26:5
**410** [1] - 5:14
**4:05** [1] - 39:17
**4th** [3] - 7:9, 18:4, 38:14

# 5

**5** [1] - 43:6
**5th** [1] - 16:13

# 9

**9/11** [1] - 28:24
**9:30** [1] - 11:23

# A

**ability** [2] - 6:15, 18:17
**able** [1] - 18:2
**abreast** [3] - 34:6, 35:4, 36:18
**absentees** [1] - 7:19
**accompanied** [2] - 12:20, 13:13
**accused** [1] - 13:19
**ace** [1] - 15:12
**ace-bandage** [1] - 15:12
**acknowledge** [2] - 4:4, 4:7
**acronym** [1] - 15:10
**action** [1] - 42:16
**actions** [2] - 22:20, 22:23
**actual** [1] - 13:25
**address** [2] - 5:12, 37:8
**administer** [2] - 3:12, 4:9
**administered** [1] - 4:8
**ADVOCATES** [1] - 2:4
**affect** [1] - 6:15
**afternoon** [1] - 5:18
**agree** [3] - 4:20, 4:23, 4:24
**AGREED** [3] - 3:4, 3:9, 3:13
**agreement** [2] - 4:16, 4:17
**alcohol** [1] - 7:21
**alerted** [1] - 32:4
**altercation** [1] - 11:5
**AND** [4] - 1:8, 3:4, 3:9, 3:13
**answer** [15] - 6:4, 10:8, 10:17, 17:21, 20:8, 25:13, 26:11, 27:24, 31:21, 33:4, 33:14, 33:22, 34:10, 36:23, 37:12
**answered** [1] - 22:6
**answers** [1] - 6:16
**anti** [1] - 15:14
**anti-inflammatory** [1] - 15:14
**APPEARANCES** [1] - 2:2
**appointment** [2] - 16:11, 19:6
**apprise** [1] - 6:2
**apt** [1] - 5:14
**area** [2] - 25:3, 31:19
**arrangement** [1] - 4:14
**arrive** [1] - 11:25
**aside** [2] - 23:8, 38:7

**assumes** [2] - 10:15, 36:22
**attention** [1] - 9:4
**ATTORNEYS** [1] - 2:4
**attorneys** [1] - 4:2
**Attorneys** [2] - 2:5, 2:11
**August** [12] - 7:11, 7:24, 9:4, 16:13, 18:4, 19:14, 19:23, 20:16, 20:24, 22:18, 26:5, 38:14
**Authority** [21] - 2:12, 4:22, 5:22, 7:6, 7:12, 7:24, 8:5, 8:7, 8:9, 9:20, 14:19, 17:18, 20:3, 23:15, 23:25, 34:8, 34:12, 35:21, 36:4, 36:18, 37:7
**AUTHORITY** [2] - 1:8, 2:10
**authorized** [1] - 3:11
**Avenue** [10] - 5:14, 8:3, 11:9, 12:8, 16:18, 20:6, 20:13, 33:20, 34:19, 35:14
**aware** [12] - 17:17, 20:2, 20:11, 20:18, 20:22, 20:23, 21:7, 21:8, 32:21, 32:22, 32:24, 33:8

# B

**bandage** [1] - 15:12
**based** [1] - 15:6
**basis** [1] - 26:8
**became** [1] - 21:6
**become** [3] - 8:13, 20:23, 21:8
**behalf** [1] - 1:4
**better** [1] - 6:9
**between** [2] - 3:5, 25:2
**beverage** [1] - 13:17
**bit** [3] - 12:22, 19:25, 23:12
**blood** [1] - 42:17
**Bloomfield** [2] - 5:13, 5:14
**body** [1] - 5:24
**bottle** [1] - 13:16
**briefly** [1] - 29:22
**Broadway** [1] - 2:6
**Buffalo** [2] - 8:21, 8:22
**building** [2] - 35:9, 37:25
**Burke** [2] - 13:4, 38:13
**Burke's** [1] - 38:19
**BY** [18] - 2:8, 2:16, 5:17, 10:10, 10:21, 25:17, 28:3, 30:6, 32:2, 32:20, 33:6, 33:16, 34:3, 34:13, 36:13, 37:2, 37:17, 43:5

# C

**cabinet** [3] - 28:12, 28:16, 28:25
**camera** [19] - 20:13, 20:21, 21:2, 22:4, 24:13, 24:16, 24:18, 24:21, 27:9, 27:15, 28:6, 28:10, 28:17, 28:18, 31:14, 31:15, 32:3, 34:19, 34:21
**cameras** [8] - 27:11, 34:12, 35:2, 35:15, 36:16, 36:19, 37:16, 38:3
**career** [1] - 7:4
**case** [4] - 6:12, 10:20, 17:11, 25:24
**ceiling** [1] - 31:16
**cellphone** [1] - 13:18
**Center** [6] - 2:14, 34:20, 35:20, 35:21, 35:22, 37:23
**CERTIFICATE** [1] - 42:2
**certification** [1] - 7:18
**certify** [2] - 42:9, 42:15
**change** [1] - 33:18
**CHANGE/REASON** [1] - 40:5
**changing** [1] - 19:25
**Charlene** [9] - 5:20, 9:6, 11:4, 11:8, 13:14, 13:22, 21:20, 22:16, 30:17
**CHARLENE** [1] - 1:4
**CHARTERED** [1] - 2:4
**check** [2] - 21:5, 21:6
**checking** [1] - 27:12
**chief** [1] - 23:14
**circulate** [2] - 29:18, 29:19
**City** [1] - 6:23
**claiming** [2] - 11:4, 22:17
**clarify** [2] - 6:5, 6:11
**class** [1] - 1:4
**clear** [1] - 33:7
**clinical** [1] - 15:23
**close** [1] - 31:15
**coat** [1] - 30:16
**colleagues** [1] - 38:9
**coming** [1] - 11:8
**common** [1] - 35:20
**communicate** [1] - 33:10
**communicated** [1] - 10:25
**communication** [1] - 10:23
**complete** [1] - 35:22
**compression** [1] - 15:12
**computer** [4] - 21:15, 21:16, 21:17, 21:19
**concerned** [1] - 24:12
**conclusion** [2] - 18:10, 18:16
**conditions** [1] - 6:15
**conduct** [1] - 11:12
**conducted** [2] - 26:7, 32:25
**conducting** [6] - 18:5, 20:19, 26:22, 33:19, 35:6, 36:20
**consent** [3] - 4:13, 26:23, 37:5
**consented** [1] - 26:24
**contact** [1] - 35:9

**Continued** [1] - 4:25
**continued** [1] - 22:24
**conversation** [2] - 11:20, 37:21
**copies** [1] - 35:23
**copy** [4] - 14:10, 14:14, 29:18, 29:19
**correct** [1] - 33:15
**correctly** [2] - 18:24, 35:9
**counsel** [3] - 3:5, 4:13, 5:20
**Counts** [3] - 23:10, 23:17, 23:18
**COUNTY** [1] - 42:5
**couple** [2] - 29:22, 32:18
**course** [2] - 14:22, 24:2
**COURT** [3] - 1:2, 32:15, 39:13
**court** [1] - 1:16
**cover** [1] - 8:3
**covering** [1] - 37:22
**criminal** [1] - 25:24
**Cuomo** [1] - 4:11
**current** [1] - 6:19
**curtain** [1] - 39:3

### D

**daily** [1] - 26:8
**damage** [1] - 15:23
**dash** [1] - 30:10
**date** [4] - 9:6, 21:3, 29:13, 35:18
**DAVID** [1] - 2:17
**deal** [1] - 14:23
**deem** [1] - 28:13
**Defendant** [3] - 1:9, 1:15, 2:11
**department** [1] - 28:8
**Department** [1] - 6:22
**DEPARTMENT** [1] - 2:10
**depose** [1] - 6:17
**deposition** [8] - 1:14, 3:10, 3:15, 4:3, 4:5, 4:6, 42:11, 42:13
**Deputy** [1] - 6:21
**describe** [1] - 12:15
**desk** [2] - 21:16, 39:4
**Detective** [2] - 23:11, 23:22
**detective** [1] - 23:24
**determination** [1] - 19:12
**determine** [2] - 14:22, 17:25
**Diane** [4] - 13:12, 13:19, 13:21
**different** [1] - 8:5
**direct** [4] - 13:9, 13:10, 25:18, 27:18
**directed** [1] - 25:20
**director** [1] - 9:18
**Director** [1] - 6:21

**discover** [1] - 24:23
**discovery** [1] - 25:24
**discuss** [1] - 38:8
**discussed** [1] - 38:10
**discussing** [2] - 31:10, 36:15
**discussion** [1] - 29:10
**distress** [2] - 21:24, 22:2
**DISTRICT** [2] - 1:2, 1:2
**Division** [1] - 14:20
**division** [1] - 9:19
**Doctor** [1] - 5:18
**doctor** [2] - 8:14, 32:21
**documents** [1] - 25:25
**done** [2] - 29:5, 39:12
**door** [2] - 24:18, 24:25
**doors** [1] - 31:17
**double** [2] - 24:25, 31:17
**down** [1] - 19:18
**Dr** [26] - 10:2, 10:18, 16:22, 16:25, 17:3, 17:8, 17:10, 17:15, 21:10, 21:18, 23:9, 23:13, 25:20, 27:20, 28:15, 30:11, 30:19, 32:5, 34:15, 36:11, 36:15, 37:5, 37:14, 37:22, 37:23, 38:7
**dr** [1] - 23:14
**draw** [2] - 9:3, 18:9
**drug** [1] - 7:21
**duly** [2] - 5:4, 42:12
**during** [3] - 14:7, 24:2, 37:14
**duties** [1] - 18:3

### E

**early** [1] - 21:6
**eighth** [2] - 12:8, 12:11
**either** [4] - 10:18, 13:16, 15:15, 21:18
**electronic** [1] - 14:21
**elevation** [1] - 15:13
**Eller** [4] - 13:12, 13:13, 13:19, 13:21
**Ellers** [1] - 13:12
**email** [1] - 35:19
**emailed** [1] - 35:13
**emails** [1] - 35:24
**emergency** [8] - 12:13, 12:19, 12:21, 24:14, 25:2, 30:15, 31:24, 39:5
**emotions** [1] - 26:17
**employed** [3] - 7:5, 7:8, 8:7
**employee** [2] - 18:2, 21:11
**employee's** [1] - 27:3
**employees** [2] - 7:16, 27:12
**employment** [1] - 6:19
**end** [2] - 17:6, 25:15
**ending** [1] - 30:4
**ensure** [3] - 15:3, 15:21, 19:9

**entire** [1] - 31:8
**equipment** [2] - 20:5, 34:22
**ERRATA** [1] - 40:3
**ESQ** [3] - 2:8, 2:16, 2:17
**established** [2] - 10:16, 36:22
**estimate** [1] - 26:6
**evaluate** [1] - 7:16
**evaluated** [4] - 7:20, 11:7, 19:5, 19:9
**evaluation** [19] - 9:5, 9:9, 9:12, 10:5, 10:12, 10:24, 11:9, 11:13, 11:25, 12:6, 12:11, 12:16, 17:18, 17:24, 17:25, 18:6, 18:20, 19:22, 21:9
**evaluations** [2] - 19:14, 36:20
**exact** [1] - 21:3
**exactly** [1] - 37:18
**exam** [10] - 19:11, 22:7, 26:22, 26:23, 32:23, 32:25, 33:11, 33:17, 34:5, 38:14
**examination** [12] - 13:24, 14:8, 18:8, 20:19, 20:24, 21:20, 21:22, 26:18, 33:11, 37:4, 38:4, 38:6
**EXAMINATION** [2] - 5:16, 43:5
**examinations** [4] - 33:19, 34:7, 35:6, 37:10
**examine** [1] - 12:23
**examined** [3] - 5:5, 22:17, 26:5
**examining** [2] - 21:11, 31:11
**exams** [3] - 7:17, 7:18, 26:6
**except** [1] - 3:6
**Executive** [1] - 4:10
**Exhibit** [3] - 29:12, 29:17, 43:9
**existence** [1] - 34:25
**existing** [1] - 35:16
**explain** [2] - 22:12, 22:20
**explained** [1] - 28:15
**explaining** [1] - 22:23
**explanation** [1] - 27:14
**extreme** [1] - 21:24

### F

**facility** [2] - 35:10, 38:2
**facts** [2] - 10:15, 36:22
**family** [1] - 8:18
**February** [1] - 36:9
**feed** [6] - 21:19, 22:14, 22:19, 22:24, 24:17, 24:18
**few** [1] - 5:25
**file** [1] - 29:15

**filing** [1] - 3:14
**filmed** [2] - 37:5, 37:10
**finally** [1] - 36:5
**finish** [1] - 6:3
**finished** [1] - 24:9
**first** [7] - 5:3, 6:3, 14:25, 24:10, 26:21, 27:16, 29:22
**Fischer** [18] - 10:2, 10:18, 21:10, 21:18, 23:9, 23:13, 23:14, 25:21, 27:20, 28:15, 30:20, 32:5, 34:15, 36:15, 37:6, 37:15, 37:24, 38:8
**fitness** [1] - 18:10
**floor** [3] - 12:9, 12:11, 35:14
**follow** [2] - 19:13, 19:21
**follow-up** [1] - 19:21
**following** [2] - 16:12, 19:8
**follows** [1] - 5:6
**FOR** [1] - 2:4
**form** [5] - 3:7, 10:7, 10:15, 25:12, 26:10
**formulate** [1] - 18:14
**forth** [1] - 42:12
**forward** [3] - 34:5, 36:17, 37:8
**fracture** [2] - 15:3, 15:7
**frame** [1] - 30:22
**Friday** [1] - 16:14
**FURTHER** [2] - 3:9, 3:13

### G

**G-A-U-N-T** [1] - 23:11
**Gaunt** [2] - 23:11, 23:22
**gaunt** [1] - 23:24
**gears** [1] - 19:25
**given** [4] - 18:21, 26:25, 35:8, 42:14
**Governor** [1] - 4:11
**grab** [1] - 13:21
**graduate** [1] - 8:24
**Grodentzik** [1] - 4:22
**GRODENTZIK** [20] - 2:16, 4:21, 10:6, 10:14, 17:20, 19:16, 20:7, 25:11, 26:9, 27:23, 29:24, 31:20, 32:17, 33:3, 33:13, 33:21, 34:9, 36:21, 37:11, 39:10
**ground** [1] - 5:25

### H

**half** [1] - 7:3
**hallway** [2] - 35:19, 35:20
**hallways** [1] - 34:21
**hand** [18] - 12:24, 13:7, 13:17, 13:22, 13:23, 13:25, 14:24, 15:2, 15:18, 15:20, 15:25, 18:5, 18:23, 19:5,

19:6, 19:17, 19:19
 **held** [2] - 14:18, 29:10
 **help** [4] - 6:5, 6:11, 18:9, 18:13
 **HEREBY** [1] - 3:4
 **hereby** [1] - 42:9
 **hereinbefore** [1] - 42:11
 **hereto** [1] - 3:6
 **high** [1] - 31:16
 **higher** [1] - 8:10
 **history** [2] - 12:22, 13:6
 **holding** [1] - 13:15
 **hours** [1] - 30:8
 **Howard** [1] - 10:2

# I

 **ibuprofen** [1] - 15:15
 **ice** [1] - 15:11
 **identification** [1] - 29:13
 **immediate** [3] - 9:21, 9:23, 9:24
 **immediately** [2] - 21:14, 22:3
 **included** [1] - 25:25
 **INDEX** [1] - 43:3
 **indicate** [3] - 4:16, 11:15, 35:3
 **indicated** [3] - 21:10, 26:16, 37:3
 **indication** [3] - 24:5, 25:4, 36:17
 **individual** [3] - 30:25, 31:4, 38:16
 **individually** [1] - 1:4
 **individuals** [1] - 23:8
 **inflammatory** [1] - 15:14
 **inform** [1] - 35:12
 **information** [2] - 35:7, 36:14
 **informed** [2] - 34:4, 37:9
 **initial** [1] - 27:15
 **injured** [6] - 9:11, 9:14, 11:5, 11:17, 12:25, 13:23
 **injuries** [2] - 15:4, 19:10
 **injury** [6] - 7:18, 9:12, 11:7, 12:23, 13:6, 14:5
 **inner** [1] - 25:3
 **inquiries** [2] - 25:19, 25:20
 **inquiry** [4] - 27:18, 27:22, 34:17, 34:24
 **instructions** [1] - 11:12
 **interaction** [1] - 13:20
 **interested** [1] - 42:18
 **introduced** [1] - 12:21
 **investigated** [1] - 37:25
 **IS** [3] - 3:4, 3:9, 3:13
 **issue** [1] - 15:24
 **issued** [1] - 4:11
 **IT** [3] - 3:4, 3:9, 3:13

 **itself** [1] - 31:23

# J

 **Jacob** [1] - 8:22
 **Jeremy** [3] - 16:22, 17:3, 17:8
 **JERSEY** [1] - 1:8
 **Jersey** [3] - 2:13, 5:14, 7:6
 **job** [3] - 6:25, 7:11, 18:21
 **Journal** [2] - 34:22, 37:23
 **June** [3] - 7:2, 7:9, 8:7
 **JUSTICE** [1] - 2:4

# K

 **keep** [3] - 28:16, 36:18, 37:9
 **keeping** [2] - 28:25, 35:4
 **kept** [4] - 18:24, 19:2, 25:15, 34:6
 **Kerlegand** [1] - 5:9
 **KERLEGRAND** [4] - 1:15, 5:2, 41:9, 42:10
 **Kerlegrand** [2] - 30:12, 43:6
 **Kerlegrand's** [1] - 36:11
 **kind** [2] - 13:16, 15:14
 **knowledge** [1] - 24:13
 **known** [1] - 36:22
 **KROMM** [1] - 2:17

# L

 **Lauren** [2] - 4:21, 39:9
 **LAUREN** [1] - 2:16
 **LAW** [1] - 2:10
 **lawsuit** [1] - 5:21
 **learn** [2] - 24:8, 25:9
 **learned** [2] - 21:22, 38:5
 **learning** [2] - 33:17, 34:5
 **least** [1] - 38:10
 **left** [1] - 31:5
 **licensed** [1] - 8:13
 **lieu** [1] - 4:8
 **ligaments** [1] - 15:22
 **line** [1] - 29:5
 **located** [1] - 31:14
 **location** [2] - 7:23, 31:12
 **locations** [2] - 8:5, 36:16
 **look** [1] - 24:20
 **looked** [2] - 24:22, 24:24
 **looking** [1] - 27:13
 **Loretta** [1] - 38:17
 **lunch** [1] - 12:3

# M

 **M.D** [5] - 1:15, 5:2, 5:10, 41:9, 42:10
 **main** [2] - 8:2, 29:5
 **maintenance** [3] - 7:17, 35:10, 38:2
 **male** [1] - 13:13
 **male's** [1] - 13:14
 **manner** [1] - 4:15
 **march** [1] - 7:9
 **March** [2] - 4:12, 21:7
 **mark** [1] - 29:16
 **marked** [2] - 29:12, 29:15
 **marriage** [1] - 42:17
 **Martin** [13] - 9:15, 9:16, 10:4, 10:22, 11:2, 11:15, 21:15, 21:19, 23:8, 25:21, 30:19, 32:6, 38:7
 **Martin's** [1] - 21:13
 **Mary** [2] - 13:4, 38:13
 **matter** [1] - 42:18
 **mean** [2] - 19:16, 33:24
 **Medical** [6] - 6:21, 14:19, 17:19, 20:5, 37:23, 38:9
 **medical** [26] - 7:20, 8:14, 8:19, 8:25, 9:5, 9:19, 10:5, 10:12, 10:23, 11:25, 12:6, 12:15, 14:15, 14:17, 14:21, 16:17, 17:17, 17:23, 18:5, 18:10, 19:22, 23:14, 28:8, 33:19, 34:7, 37:10
 **medically** [3] - 11:7, 18:2, 18:21
 **medication** [1] - 28:12
 **medications** [4] - 6:14, 28:11, 28:16, 28:25
 **medicine** [1] - 8:18
 **Medicine** [1] - 8:22
 **meeting** [5] - 13:9, 13:11, 13:21, 17:15, 24:3
 **memory** [1] - 14:3
 **mentioned** [2] - 8:6, 30:18
 **might** [10] - 6:15, 16:21, 16:24, 17:3, 17:4, 18:24, 28:10, 28:24, 34:20, 36:18
 **mind** [2] - 22:19, 27:10
 **minute** [1] - 32:10
 **minutes** [1] - 29:23
 **mistaken** [1] - 14:4
 **morning** [1] - 11:21
 **moved** [2] - 8:9, 28:23
 **moving** [2] - 36:17, 37:7
 **MP4** [1] - 29:15
 **MR** [26] - 4:19, 5:17, 10:10, 10:21, 19:18, 25:17, 28:3, 29:4, 29:14, 30:5, 30:6, 32:2, 32:8, 32:18, 32:20, 33:6, 33:16, 34:3, 34:13, 36:10, 36:13, 37:2, 37:17, 39:6,

39:12, 39:16
 **MS** [19] - 4:21, 10:6, 10:14, 17:20, 19:16, 20:7, 25:11, 26:9, 27:23, 29:24, 31:20, 32:17, 33:3, 33:13, 33:21, 34:9, 36:21, 37:11, 39:10
 **must** [1] - 28:7

# N

 **name** [7] - 4:17, 5:8, 5:18, 13:2, 13:12, 13:14, 35:22
 **naproxen** [1] - 15:15
 **narrate** [6] - 22:7, 22:10, 22:13, 22:14, 24:10, 30:21
 **narrated** [1] - 24:3
 **narrating** [2] - 23:3, 24:9
 **narrow** [1] - 19:18
 **nature** [1] - 28:4
 **need** [5] - 21:12, 22:7, 22:9, 22:13
 **needed** [1] - 11:6
 **never** [2] - 26:22, 26:25
 **NEW** [5] - 1:2, 1:8, 42:3, 42:5
 **New** [12] - 1:19, 2:7, 2:12, 2:15, 5:5, 5:14, 6:22, 7:6, 8:23, 42:9
 **next** [1] - 4:25
 **Notary** [3] - 1:18, 5:4, 42:8
 **noted** [1] - 39:17
 **notes** [13] - 14:2, 14:7, 14:11, 14:14, 15:16, 16:15, 21:4, 36:2, 36:5, 36:6, 36:7, 36:8, 36:11
 **notice** [1] - 32:3
 **notified** [1] - 11:4
 **Novich** [5] - 17:2, 17:4, 17:8, 17:11, 17:15
 **Number** [1] - 4:11
 **Nurse** [2] - 38:19, 38:22
 **nurse** [8] - 10:18, 12:20, 13:2, 16:10, 38:13, 38:18, 38:25, 39:3
 **nurses** [2] - 10:19, 16:10
 **NY** [2] - 2:7, 2:15

# O

 **oath** [3] - 3:12, 4:8, 4:9
 **Objection** [9] - 10:6, 17:20, 25:11, 27:23, 31:20, 33:3, 33:13, 33:21, 34:9
 **objection** [5] - 10:14, 20:7, 26:9, 36:21, 37:11
 **objections** [2] - 3:6, 4:14
 **October** [3] - 1:11, 40:2, 43:2
 **OF** [4] - 1:2, 1:8, 42:3, 42:5
 **off-the-record** [1] - 29:9

**Office** [3] - 17:19, 20:5, 38:9
**office** [6] - 11:3, 21:13, 21:14, 23:6, 38:25, 39:2
**officer** [3] - 3:11, 7:20, 23:15
**official** [1] - 23:19
**often** [3] - 26:6, 26:13, 26:15
**once** [1] - 35:8
**one** [14] - 10:19, 13:17, 13:19, 16:10, 24:7, 28:11, 30:22, 31:8, 34:21, 34:22, 35:16, 37:13, 38:13, 39:14
**operational** [1] - 23:20
**opportunity** [1] - 26:25
**order** [1] - 1:17
**Order** [1] - 4:10
**ordering** [2] - 32:15, 39:13
**original** [1] - 39:14
**outcome** [1] - 42:18
**outrage** [3] - 21:24, 22:2, 37:9
**outraged** [5] - 26:17, 26:19, 26:20, 27:6, 37:4

**P**

**P.M** [1] - 1:11
**p.m** [2] - 12:4, 39:17
**PAGE** [2] - 43:5, 43:8
**page** [1] - 4:25
**PAGE/LINE** [1] - 40:5
**papers** [1] - 36:4
**Park** [9] - 8:2, 11:9, 12:8, 16:18, 20:6, 20:13, 33:20, 34:18, 35:14
**part** [6] - 14:20, 18:7, 25:23, 30:23, 31:24, 38:24
**participating** [1] - 4:3
**particular** [8] - 7:22, 8:8, 8:16, 10:13, 12:10, 15:19, 15:25, 22:11
**parties** [3] - 3:6, 4:12, 42:16
**Pascale** [2] - 5:9, 43:6
**PASCALE** [4] - 1:15, 5:2, 41:9, 42:10
**patients'** [1] - 37:16
**Paulette** [3] - 23:10, 23:17, 23:18
**pause** [1] - 30:9
**pausing** [1] - 30:10
**paying** [1] - 8:10
**people** [4] - 23:5, 38:2, 38:11, 38:12
**perform** [7] - 9:5, 10:5, 10:12, 10:24, 18:3, 18:11, 18:17
**performed** [2] - 11:10, 18:8
**person** [4] - 4:9, 10:13, 16:4, 24:14
**phone** [1] - 13:22
**physical** [3] - 29:18, 29:19, 31:12
**physically** [1] - 4:4
**physician** [5] - 7:13, 7:15, 7:24, 22:18, 26:22
**physicians** [1] - 8:4
**picture** [1] - 35:19
**place** [5] - 11:20, 12:7, 12:12, 12:13, 27:16
**Plaintiff** [1] - 2:5
**plaintiff** [2] - 4:20, 5:20
**Plaintiffs** [2] - 1:6, 1:16
**PLAINTIFFS'** [1] - 43:8
**Plaintiffs'** [1] - 29:12
**plan** [1] - 35:14
**Platero** [1] - 38:17
**Platero's** [1] - 38:22
**play** [1] - 29:22
**playing** [2] - 30:2, 30:9
**point** [10] - 7:4, 11:11, 13:19, 17:12, 23:2, 24:7, 31:13, 31:18, 37:13, 39:7
**pointed** [1] - 28:19
**Police** [1] - 23:25
**policies** [1] - 20:2
**policy** [2] - 20:11, 20:12
**Port** [21] - 2:12, 4:22, 5:22, 7:5, 7:12, 7:24, 8:4, 8:7, 8:9, 9:19, 14:19, 17:18, 20:3, 23:15, 23:25, 34:8, 34:12, 35:21, 36:4, 36:18, 37:6
**PORT** [2] - 1:8, 2:10
**posed** [1] - 6:7
**position** [2] - 8:11, 18:14
**possible** [1] - 35:2
**post** [2] - 7:18, 9:12
**post-injury** [2] - 7:18, 9:12
**practice** [2] - 8:17, 10:3
**presence** [1] - 32:5
**present** [1] - 4:5
**pretty** [1] - 29:4
**procedure** [2] - 20:11, 20:12
**procedures** [1] - 20:3
**produced** [1] - 24:6
**production** [1] - 36:11
**professionals** [1] - 16:18
**prosecutor** [1] - 26:2
**protocol** [1] - 35:3
**psychologist** [1] - 16:22
**Public** [3] - 1:18, 5:4, 42:8
**purpose** [2] - 9:8, 17:14
**pursuant** [2] - 1:16, 4:10
**put** [2] - 28:10, 36:12

**Q**

**questioning** [2] - 5:25, 29:6
**questions** [7] - 6:11, 6:16, 32:11, 32:19, 39:7, 39:8, 39:11

**R**

**rarely** [1] - 26:14
**ray** [1] - 15:6
**rays** [1] - 14:25
**reached** [1] - 18:17
**reaction** [3] - 21:21, 38:19, 38:23
**read** [1] - 29:25
**really** [2] - 26:12, 33:24
**reason** [3] - 8:8, 15:19, 27:11
**reasons** [4] - 8:12, 26:21, 27:5
**receive** [7] - 11:11, 24:5, 25:4, 25:22, 27:21, 28:20, 34:16
**received** [1] - 27:25
**reception** [2] - 24:19, 25:3
**recess** [1] - 32:13
**recognize** [2] - 30:11, 30:14
**recommended** [4] - 15:8, 15:13, 15:17, 15:20
**recommending** [1] - 16:7
**record** [12] - 4:18, 5:8, 6:5, 6:12, 14:16, 14:17, 14:21, 29:8, 29:9, 29:25, 33:8, 42:13
**recorded** [7] - 20:20, 20:25, 21:9, 22:4, 22:5, 25:6, 25:10
**recording** [1] - 13:20
**redirect** [1] - 32:12
**redness** [1] - 14:4
**referred** [1] - 16:2
**related** [1] - 42:16
**relevance** [1] - 33:23
**remember** [14] - 9:17, 11:22, 12:2, 12:18, 13:14, 16:11, 16:23, 18:23, 19:6, 21:3, 33:24, 34:23, 35:8, 37:13
**remotely** [3] - 1:17, 4:7, 4:10
**rephrase** [1] - 6:8
**report** [1] - 21:13
**reported** [1] - 1:17
**REPORTER** [5] - 4:2, 5:7, 5:11, 32:15, 39:13
**Reporter** [2] - 1:18, 42:7
**reporting** [2] - 4:6, 4:15
**REQUEST** [1] - 43:11
**reserved** [1] - 3:7
**respect** [2] - 19:17, 19:19
**respective** [1] - 3:5
**response** [12] - 25:22, 27:22, 27:25, 28:5, 28:6, 28:13, 28:20, 28:22, 28:23, 29:3, 34:16, 35:11
**responses** [1] - 6:10
**responsibilities** [1] - 7:14
**responsibility** [1] - 8:11
**rest** [2] - 15:11, 39:4
**result** [1] - 13:23
**results** [1] - 7:21
**return** [1] - 7:18
**reveal** [1] - 13:25
**revealed** [1] - 19:11
**review** [2] - 7:20, 21:16
**reviewed** [1] - 7:21
**RICE** [1] - 15:9
**RICHARD** [1] - 2:8
**richard** [1] - 4:19
**Richard** [1] - 5:19
**rights** [2] - 27:2, 27:3
**Robin** [13] - 9:15, 9:16, 10:22, 11:2, 21:13, 21:15, 21:18, 22:6, 22:12, 22:25, 23:8, 25:21, 30:19
**Robin's** [2] - 21:14, 23:6
**room** [20] - 4:3, 4:5, 12:10, 12:19, 12:21, 21:11, 24:14, 24:19, 25:2, 26:4, 26:7, 26:13, 30:15, 31:11, 31:13, 31:25, 32:4, 38:14, 38:25, 39:5
**rooms** [3] - 12:14, 37:16, 38:4
**routine** [1] - 33:19
**rules** [1] - 5:25

**S**

**Sanitation** [1] - 6:22
**satisfactory** [2] - 27:21, 28:2
**saw** [4] - 17:7, 17:8, 24:25, 27:2
**scheduled** [4] - 16:17, 16:21, 16:25, 17:5
**school** [2] - 8:20, 8:25
**School** [1] - 8:22
**screen** [1] - 29:7
**sealing** [1] - 3:14
**second** [2] - 6:5, 24:11
**security** [1] - 20:13
**see** [9] - 15:17, 15:20, 16:8, 16:17, 16:25, 17:5, 24:20, 29:6, 32:11
**seeing** [2] - 15:5, 17:6
**seek** [1] - 27:14
**seem** [1] - 15:7
**sent** [1] - 26:2
**separates** [1] - 39:3
**serious** [1] - 19:10
**Services** [3] - 17:19, 20:5, 38:9

48

**set** [1] - 42:11
**several** [2] - 26:21, 27:4
**share** [2] - 17:10, 29:7
**sharing** [1] - 32:9
**SHARON** [1] - 42:22
**Sharon** [2] - 1:17, 42:7
**shock** [2] - 21:24, 21:25
**short** [1] - 32:13
**Shorthand** [2] - 1:18, 42:7
**showed** [4] - 21:19, 30:21, 35:15, 35:19
**shown** [1] - 30:19
**shows** [1] - 31:24
**sick** [1] - 7:19
**sign** [1] - 14:5
**signed** [1] - 3:10
**similarly** [1] - 1:4
**sit** [1] - 21:15
**situated** [1] - 1:5
**snapshot** [1] - 31:2
**soft** [1] - 15:22
**sort** [3] - 19:21, 28:20, 31:18
**SOTO** [27] - 2:8, 4:19, 5:17, 10:10, 10:21, 19:18, 25:17, 28:3, 29:4, 29:14, 30:5, 30:6, 32:2, 32:8, 32:18, 32:20, 33:6, 33:16, 34:3, 34:13, 36:10, 36:13, 37:2, 37:17, 39:6, 39:12, 39:16
**Soto** [3] - 4:19, 5:19, 43:6
**South** [9] - 8:3, 11:9, 12:8, 16:18, 20:6, 20:14, 33:20, 34:19, 35:14
**SOUTHERN** [1] - 1:2
**space** [2] - 28:9, 39:2
**speaks** [1] - 31:22
**specialist** [1] - 16:9
**specialization** [1] - 8:17
**specific** [1] - 11:12
**sprain** [2] - 14:6, 15:9
**Square** [2] - 34:23, 37:23
**ss** [1] - 42:4
**staff** [3] - 7:13, 7:15, 7:23
**standard** [2] - 10:3, 15:8
**standing** [1] - 30:16
**start** [1] - 30:8
**started** [4] - 12:23, 21:19, 30:3, 36:8
**state** [1] - 5:7
**State** [3] - 1:19, 5:5, 42:8
**STATE** [1] - 42:3
**statement** [1] - 5:23
**STATES** [1] - 1:2
**stating** [1] - 4:17
**station** [1] - 8:2
**status** [6] - 6:20, 17:18, 17:23, 18:6, 18:20, 19:22
**stealing** [1] - 28:11
**still** [3] - 18:22, 28:18, 35:23

**STIPULATED** [3] - 3:4, 3:9, 3:13
**STIPULATIONS** [1] - 3:2
**stop** [1] - 32:9
**storage** [1] - 25:14
**stored** [2] - 25:5, 25:9
**Subscribed** [1] - 41:13
**subsequently** [1] - 25:8
**Suite** [1] - 2:6
**supervisor** [9] - 9:21, 9:24, 10:19, 11:6, 13:9, 13:10, 23:20, 35:10, 38:18
**supervisor's** [2] - 39:2, 39:4
**supervisors** [1] - 35:12
**supplemental** [1] - 36:10
**supposed** [1] - 16:8
**surgeon** [5] - 15:18, 15:20, 16:2, 19:5, 19:7
**surname** [2] - 16:23, 17:4
**surprise** [1] - 38:20
**surprised** [2] - 38:21, 38:24
**surrounding** [2] - 20:4, 20:12
**surveillance** [2] - 7:17, 20:4
**swelling** [2] - 14:3, 14:24
**sworn** [5] - 3:10, 5:4, 5:23, 41:13, 42:12

**T**

**TAL** [1] - 42:22
**Tal** [2] - 1:17, 42:7
**Talarico** [22] - 5:21, 9:6, 11:4, 11:8, 11:16, 11:24, 12:16, 13:5, 13:15, 16:16, 18:6, 19:14, 19:22, 20:20, 20:24, 22:16, 26:4, 30:17, 31:6, 32:24, 33:10, 38:6
**TALARICO** [1] - 1:4
**Talarico's** [3] - 12:24, 13:22, 21:20
**taped** [1] - 21:23
**task** [1] - 10:19
**Tech** [4] - 34:20, 35:20, 35:21
**terms** [1] - 35:4
**test** [1] - 7:21
**testified** [1] - 5:6
**testimony** [1] - 42:13
**TH11-133100-135207** [1] - 29:16
**THE** [7] - 1:8, 4:2, 4:24, 5:7, 5:9, 5:11, 5:13
**therefore** [1] - 15:7
**third** [2] - 6:9, 15:17
**throughout** [2] - 8:4, 22:20
**timestamp** [2] - 30:2, 30:7
**timing** [1] - 16:8
**tissue** [1] - 15:23

**title** [5] - 7:11, 9:17, 18:22, 23:16, 23:19
**today** [2] - 5:23, 6:17
**took** [7] - 11:20, 12:11, 12:13, 36:2, 36:3, 36:5, 36:6
**torn** [1] - 15:22
**Trade** [1] - 2:14
**transcript** [2] - 32:16, 39:15
**treatment** [2] - 14:23, 15:8
**trial** [1] - 3:8
**tried** [1] - 13:21
**true** [1] - 42:13
**truthful** [1] - 6:16
**try** [4] - 6:8, 29:6, 29:19, 32:8
**turned** [2] - 21:17, 36:19
**two** [6] - 7:2, 7:3, 8:12, 12:5, 31:16, 38:11

**U**

**unable** [1] - 33:9
**understand** [4] - 6:6, 6:9, 27:8, 36:24
**UNITED** [1] - 1:2
**university** [1] - 8:21
**unsatisfactory** [1] - 28:14
**up** [6] - 17:6, 19:13, 19:21, 25:15, 27:12, 31:16

**V**

**vantage** [2] - 31:13, 31:18
**venue** [1] - 22:22
**verbal** [1] - 6:10
**Video** [1] - 43:9
**video** [35] - 20:4, 20:20, 20:25, 21:23, 22:14, 22:19, 22:21, 22:24, 23:2, 23:4, 24:4, 24:5, 24:12, 24:17, 25:5, 25:9, 25:15, 29:7, 29:11, 29:14, 29:21, 30:11, 30:19, 30:20, 30:23, 30:24, 31:2, 31:8, 31:9, 31:12, 31:14, 31:15, 31:22, 37:15, 38:21
**Videoconference** [1] - 1:14
**videos** [1] - 25:25
**videotaped** [11] - 26:18, 26:23, 32:23, 33:2, 33:9, 33:12, 33:18, 34:6, 34:7, 35:5, 38:7
**videotaping** [1] - 27:7
**view** [1] - 28:17
**violation** [1] - 27:2

**W**

**waive** [1] - 4:14

**waived** [1] - 3:15
**walking** [1] - 12:19
**water** [1] - 13:16
**Weehawken** [1] - 26:3
**white** [1] - 30:16
**Whiteley** [1] - 37:22
**WITNESS** [4] - 4:24, 5:9, 5:13, 43:5
**witness** [3] - 5:3, 42:11, 42:14
**World** [1] - 2:14
**would've** [1] - 26:24
**writing** [1] - 36:12

**X**

**X-ray** [1] - 15:6
**X-rays** [1] - 14:25

**Y**

**years** [2] - 7:3
**YORK** [4] - 1:2, 1:8, 42:3, 42:5
**York** [9] - 1:19, 2:7, 2:12, 2:15, 5:5, 6:22, 7:6, 8:23, 42:9
**yourself** [3] - 26:5, 32:22, 33:2