**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHARLENE TALARICO,

                Plaintiff,                            18 **CIVIL** 909 (JPO)

        -against-                         **JUDGMENT**

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 23, 2022, the Port Authority's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
         February 23, 2022

                                                              **RUBY J. KRAJICK**
                                                                _____
                                                                  **Clerk of Court**
                                      **BY:**
                                                                   **Deputy Clerk**