UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

CHARLENE TALARICO, *et al.*,

                                **Plaintiff,**                        Index No.: 18-0909(JPO)

      -against-                                                   **NOTICE OF APPEAL**

**PORT AUTHORITY OF NEW YORK AND NEW JERSEY,**

                                **Defendant.**

------------------------------------------------------------------- X

       Plaintiff appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered on February 23, 2022 dismissing this matter, and the Judgment entered on the same date.

Dated:  New York, New York
           March 21, 2022

                                                                 ADVOCATES FOR JUSTICE,
                                                                  CHARTERED ATTORNEYS
                                                                  *Attorneys for Plaintiff*

                                                                  By: /s/ *Richard Soto*
                                                                       Richard Soto
                                                                       225 Broadway, Suite 1902
                                                                       New York, New York 10007
                                                                       (212) 285-1400
                                                                       rsoto@advocatesny.com

TO:    David Robert Kromm
         Port Authority of New York and New Jersey
         *Attorney for Defendant*
         4 World Trade Center
         150 Greenwich Street
         24th Floor
         New York, New York 10007